```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CIVIL DOCKET ENTRIES FOR CASE A04-0227--CV (JKS)
                                "JUDY L. BERMAN V APD ET AL"

                    Including terminated parties, excluding terminated counsel
```

```
  Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
 Magistrate Judge:
    Referral Rule:
            Filed: 09/27/04
           Closed: NO

     Jurisdiction: (3) Federal Question (US Govt not a Party)
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (440) Other Civil Rights

           Origin: (2) Removed from State Court
           Demand:
       Filing fee: Paid $150.00 on 09/27/04 receipt # 00124076
         Trial by: Jury
```

| Parties of Record: | | Counsel of Record: |
|---|---|---|
| PLF 1.1 | BERMAN, JUDY L. | John C. Pharr<br>Law Offices of John C. Pharr<br>733 W. 4th Avenue, Suite 308<br>Anchorage, AK 99501-2103<br>907-272-2525<br>FAX 907-277-9859 |
| DEF 1.1 | ANCHORAGE POLICE DEPT | Mary B. Pinkel<br>Municipality Attorney's Office<br>POB 196650<br>Anchorage, AK 99519-6650<br>907-343-4545<br>FAX 907-343-4550 |
| DEF 2.1 | DUTTON, R. | Mary B. Pinkel<br>(see above) |
| DEF 3.1 | DAVIS, G. | Mary B. Pinkel<br>(see above) |

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE A04-0227--CV (JKS)
                              "JUDY L. BERMAN V APD ET AL"

                                   For all filing dates
```

```
   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
   Magistrate Judge:
     Referral Rule:
             Filed: 09/27/04
            Closed: NO

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (440) Other Civil Rights

            Origin: (2) Removed from State Court
            Demand:
        Filing fee: Paid $150.00 on 09/27/04 receipt # 00124076
          Trial by: Jury
```

```
Document #  Filed     Docket text

   1 -  1   09/27/04  DEF 1 Notice of Removal of state court action 3AN-04-05940 CI w/att
                      exhs.

   1 -  2   09/27/04  DEF 1 Jury Demand.

   2 -  1   09/27/04  DEF 1 Attorney Appearance of Linda J. Johnson.

   3 -  1   09/27/04  DEF 1 Notice of Filing and Designation of State Court Proceedings
                      Record.

   4 -  1   09/27/04  DEF 1 Notice to Adverse Parties of Filing of Notice of Removal.

   5 -  1   09/27/04  DEF 1 Service List of All Parties and Their Counsel.

   6 -  1   10/01/04  JKS Minute Order subsequent to removal that w/in 10 days petitioner to
                      file copies of state court docs & svc list.  cc: cnsl

   7 -  1   10/04/04  DEF 1 Answer to Complaint.

   8 -  1   10/07/04  DEF 1 Notice of compliance.

   9 -  1   12/10/04  JKS Minute Order re pltf to file proof of svc re D2,3. cc: cnsl

  10 -  1   12/14/04  DEF 1 Attorney Substitution of T. Hillhouse (MUNI) for L. Johnson
                      (MUNI).

  11 -  1   12/28/04  JKS Minute Order (warning) pltf to file proof of service re D2,3 due 120
                      days from flg of complaint or defs may be dsmssd. cc: cnsl

  12 -  1   01/05/05  PLF 1 Return of Service Executed re: DEF 1 on 9/13/04; DEF 2 on 8/12/04
                      & DEF 3 on 8/9/04.

  13 -  1   01/06/05  JKS Minute Order re plt to require an answer or apply for dftl re D3,4
                      due w/in 20 days. cc: cnsl

  14 -  1   01/25/05  DEF 2-3 Limited Attorney Appearance of Theresa Hillhouse.
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A04-0227--CV (JKS)
                             "JUDY L. BERMAN V APD ET AL"

                              For all filing dates


 Document #    Filed     Docket text

     15 -  1   01/25/05  DEF 2-3 motion to dismiss defendants R. Dutton & Sgt. G. Davis w/att aff
                         & exhs.

     16 -  1   02/14/05  PLF 1 opposition to DEF 2-3 motion to dismiss defendants R. Dutton &
                         Sgt. G. Davis (15-1).

     17 -  1   02/14/05  PLF 1 motion (application) for entry of default as to DEF 2-3.

     18 -  1   02/24/05  DEF 2-3 reply to opposition to DEF 2-3 motion to dismiss defendants R.
                         Dutton & Sgt. G. Davis (15-1).

     19 -  1   02/24/05  DEF 2-3 opposition to PLF 1 motion (application) for entry of default as
                         to DEF 2-3 (17-1).

     20 -  1   02/25/05  JKS Minute Order denying motion (application) for entry of default as to
                         DEF 2-3 (17-1). cc: cnsl

     21 -  1   04/07/05  PLF 1 Return of Service Executed on Muni Clerk (4/4/05) re: DEF 2 & 3.

     22 -  1   04/21/05  DEF 2-3 Objection to supplemental proof of service.

     22 -  2   04/21/05  DEF 2-3 motion (renewed) motion to dismiss defs' R. Dutton & Sgt. G.
                         Davis.

     23 -  1   04/22/05  JKS Order denying motion to dismiss defs' R. Dutton & Sgt. G. Davis
                         (15-1), motion (renewed) motion to dismiss defs' R. Dutton & Sgt. G.
                         Davis (22-2); DEF 2-3 answer due 5/6/05. cc: cnsl

     24 -  1   05/06/05  DEF 2-3 Attorney Appearance of T. Hillhouse (MUNI).

     25 -  1   05/11/05  DEF 2-3 Answer to Complaint.

     26 -  1   05/11/05  JKS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                         due w/in 28 days from svc of this ord. cc: cnsl

     27 -  1   06/08/05  PLF 1; DEF 1-3 S&P Conference Report.

     28 -  1   06/13/05  RRB Scheduling and Planning Order setting pretrial ddlns: Original disc
                         12/30/05; Dispositive mots ddln 01/30/06; 2 dy TBJ estimate. cc: cnsl

     29 -  1   06/30/05  DEF 1-3 Preliminary Witness List.

     30 -  1   07/06/05  PLF 1 Preliminary Witness List.

     31 -  1   10/04/05  DEF 1-3 Attorney Substitution of Mary B. Pinkel for Theresa Hillhouse as
                         cousnel for defendants.

     32 -  1   11/15/05  DEF 1-3 Final Witness List.

     33 -  1   11/18/05  PLF 1 Final Witness List.

     34 -  1   11/18/05  DEF 1-3 Expert Disclosure.
```