FILED
US DISTRICT COURT
DISTRICT OF ALASKA
2005 DEC 15 AM 11:19

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

JUDY L. BERMAN, )
)
        Plaintiff, )
)
v. )
)
ANCHORAGE POLICE DEPARTMENT, )
OFC. R. DUTTON, and SGT. G. DAVIS, )
)
        Defendants. )
_____ ) Case No. A04-227 CIV (JKS)

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

COMES NOW John C. Pharr of the LAW OFFICES OF JOHN C. PHARR, counsel for Judy L. Berman, and hereby moves this court pursuant to Local Civil Rule 83.1(f)(3)[A](iii) to withdraw in the above matter for good cause. This motion is supported by the attached affidavit of counsel.

DATED at Anchorage, Alaska, this 14th day of December 2005.

        LAW OFFICES OF JOHN C. PHARR
        Attorneys for Judy L. Berman

        By: _____
        John C. Pharr
        Alaska Bar No. 8211140

LAW OFFICES OF
JOHN C. PHARR
733 W. 4th Avenue
Suite 308
Anchorage, AK 99501
Ph (907) 272-2525
Fax (907) 277-9859

35

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JUDY L. BERMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ANCHORAGE POLICE DEPARTMENT, | ) |
| OFC. R. DUTTON, and SGT. G. DAVIS, | ) |
| | ) |
| Defendants. | ) |
| | ) Case No. A04-227 CIV (JKS) |

### AFFIDAVIT OF JOHN C. PHARR

STATE OF ALASKA         )
                        ) ss.
THIRD JUDICIAL DISTRICT )

I, JOHN PHARR, depose and state as follows:

1. I am attorney for plaintiff herein.

2. I no longer have the time to continue on with this case because of my caseload. I have asked Ms. Berman to allow me to withdraw.

3. Now that the major depositions are done, I cannot stay in this case any longer because of commitments on my time.

4. Ms. Berman has a good case and is a fine person and attorney. I wish her well, but there are plenty of other attorneys in this city who could take her case. I just cannot do it any more.

5. Therefore, I would ask the court to withdraw as counsel of record for good cause.

LAW OFFICES OF
JOHN C. PHARR
733 W. 4th Avenue
Suite 308
Anchorage, AK 99501
Ph (907) 272-2525
Fax (907) 277-9859

*AFFIDAVIT OF JOHN C. PHARR*
*Judy L. Berman v. Anchorage Police Department, Ofc. R. Dutton, and Sgt. G. Davis*
*Case No. A04-227 CIV (JKS)*                                            Page 1 of 2

FURTHER YOUR AFFIANT SAYETH NAUGHT.

DATED at Anchorage, Alaska, this 14th day of December 2005.

                      LAW OFFICES OF JOHN C. PHARR
                      Attorneys for Judy L. Berman

By: _____
    John C. Pharr, Esq.,
    Alaska Bar No. 8211140

SUBSCRIBED AND AFFIRMED before me this 14th day of December 2005, at Anchorage, Alaska.

_____
Notary Public in and for Alaska
My commission expires: June 8, 2006

LAW OFFICES OF
JOHN C. PHARR
733 W. 4th Avenue
Suite 308
Anchorage, AK 99501
Ph (907) 272-2525
Fax (907) 277-9859

*AFFIDAVIT OF JOHN C. PHARR*
*Judy L. Berman v. Anchorage Police Department, Ofc. R. Dutton, and Sgt. G. Davis*
*Case No. A04-227 CIV (JKS)*                                    Page 2 of 2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JUDY L. BERMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ANCHORAGE POLICE DEPARTMENT, | ) |
| OFC. R. DUTTON, and SGT. G. DAVIS, | ) |
| | ) |
| Defendants. | ) |
| | ) Case No. A04-227 CIV (JKS) |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of December 2005, I served a true and correct copy of <u>Motion to Withdraw as Counsel of Record</u>, <u>Affidavit of John C. Pharr</u>, proposed order, and <u>Notice of Hearing</u> by hand delivery via Elite Courier Services on the following:

        Mary B. Pinkel
        Asst. Municipal Attorney
        632 W. 6th Ave, Suite 210
        Anchorage, Alaska 99501

        Judy L. Berman
        406 "G" St, Suite 208
        Anchorage, Alaska 99501

DATED at Anchorage, Alaska, this 15th day of December 2005.

        LAW OFFICES OF JOHN C. PHARR
        Attorneys for Judy L. Berman

        By: _____
            Sharon Leippi, Secretary

LAW OFFICES OF
JOHN C. PHARR
733 W. 4th Avenue
Suite 308
Anchorage, AK 99501
Ph (907) 272-2525
Fax (907) 277-9859