FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 21 PM 3: 30

Mary B. Pinkel
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
e-mail: pinkelmb@muni.org
(907) 343-4545
Facsimile: (907) 343-4550

Attorney for Defendants Anchorage
Police Department; Officer Robert Dutton;
and Sergeant Gil Davis

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JUDY L. BERMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ANCHORAGE POLICE DEPARTMENT, | ) |
| OFC. R. DUTTON, and SGT. G. DAVIS, | ) |
| | ) |
| Defendants. | ) |

U.S. District Court Case No. A04-227 CIV (JKS)

### STIPULATION FOR EXTENSION OF TIME

The parties, by and through their undersigned counsel, hereby stipulate and agree that the time for the filing of the defendants' opposition to the Plaintiff's Motion to Exclude Testimony of Expert Witness shall be extended to January 13, 2006.

MUNICIPALITY
OF
ANCHORAGE

OFFICE OF THE
MUNICIPAL ATTORNEY

P.O. Box 196650
Anchorage, Alaska
99519-6650

Telephone: 343-4545
Facsimile: 343-4550

37

Dated this 21st day of December, 2005.

By: *(signature)* /s/ John C. Pharr
John C. Pharr
Alaska Bar No. 8211140

Dated this 21st day of December, 2005.

FREDERICK H. BONESS
MUNICIPAL ATTORNEY

By: *(signature)*
Mary B. Pinkel
Assistant Municipal Attorney
Alaska Bar Number 8505030

MUNICIPALITY
OF
ANCHORAGE

OFFICE OF THE
MUNICIPAL ATTORNEY
P.O. Box 196650
Anchorage, Alaska
99519-6650

Telephone: 343-4545
Facsimile: 343-4550

Stipulation for Extension of Time and Order
Judy L. Berman v. Anchorage Police Department, Ofc. R. Dutton and Sgt. G. Davis
Case No. A04-227 CIV (JKS)
Page 2 of 3

FILED

DEC 2 2 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ Deputy

## ORDER

Based on the foregoing stipulation, IT IS HEREBY ORDERED that the time for the defendants to file an opposition to the Plaintiff's Motion to Exclude Testimony of Expert Witness is hereby extended to January 13, 2006.

DATED this 22 day of December, 2005.

_____
The Honorable James K. Singleton
United States District Court Judge

Respectfully submitted this ___ day of December, 2005.

Certificate of Service
I hereby certify that I caused to be hand delivered a
true and correct copy of this foregoing document
to John Pharr on December 21st, 2005.

Sheri Curro

A04-0227--CV (JKS)      pm 12-22-05
---------------------------------------
J. PHARR
H. PINKEL (MUNI)

MUNICIPALITY
OF
ANCHORAGE

OFFICE OF THE
MUNICIPAL ATTORNEY

P.O. Box 196650
Anchorage, Alaska
99519-6650

Telephone: 343-4545
Facsimile: 343-4550

Stipulation for Extension of Time and Order
Judy L. Berman v. Anchorage Police Department, Ofc. R. Dutton and Sgt. G. Davis
Case No. A04-227 CIV (JKS)
Page 3 of 3