Judy L. Berman
406 G Street, Suite 208
Anchorage, AK 99501
(907) 272-3952

FILED
DEC 30 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

JUDY L. BERMAN,                )
                               )
     Plaintiff,                )
                               )
vs.                            )
                               )
ANCHORAGE POLICE DEPT.,        )
OFC. ROBERT DUTTON, and        )
SGT. GIL DAVIS,                )
                               )
     Defendants.               )
_____)
Case No. A04-0227 CV (JKS)

### PLAINTIFF'S RESPONSE TO MOTION TO WITHDRAW AS COUNSEL OF RECORD

The plaintiff, Judy L. Berman, hereby files her response to her attorney's Motion to Withdraw. As stated in the Affidavit filed herewith, there would seem to be no point in opposing the motion as counsel has made it clear that he feels his time commitments prevent him from staying in the case. The plaintiff does however question whether this is really "good cause" as contemplated by Local Civil Rule 83.1, and also believes that, at the very least, counsel should not have withdrawn until substitute counsel had been secured.

38

DATED this 30th day of December, 2005.

_____
Judy L. Berman
(Alaska Bar No. 9106027)

Certificate of Service

I certify that on the 30th day of December, 2005 a true and correct copy of the foregoing document was mailed to:

John C. Pharr, Esq.
733 w. 4th Ave, Suite 308
Anchorage, AK 99501

Mary Pinkel
Assistant Municipal Attorney
P.O. Box 196650
Anchorage, AK 99519

_____
Judy L. Berman

Judy L. Berman
406 G Street, Suite 208
Anchorage, AK 99501
(907)272-3952

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JUDY L. BERMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ANCHORAGE POLICE DEPT., | ) |
| OFC. ROBERT DUTTON, and | ) |
| SGT. GIL DAVIS, | ) |
| | ) |
| Defendants. | ) |
| | ) |

Case No.  A04-0227 CV (JKS)

## AFFIDAVIT OF JUDY L. BERMAN

STATE OF ALASKA           )
                          )ss:
THIRD JUDICIAL DISTRICT   )

    JUDY L. BERMAN, being first duly sworn, deposes and states as follows:

    1.  I am the plaintiff in the above-referenced case, and I am making this affidavit in response to my attorney's motion to withdraw as counsel of record.

    2.  John Pharr's motion to withdraw places me in a difficult position.  On the one hand, I obviously don't want an attorney to represent me if he does not feel he has enough time to devote to my case.  On the other hand I do not believe that "lack of time" is an appropriate reason to withdraw from representing a client.

3. I believe an attorney has a responsibility not to take on more work than he or she can adequately manage. If an attorney finds themselves with too many pressing matters at one time, the appropriate response would seem to be to move for an extension of time, if applicable, or to hire additional staff. Another possible remedy would be to refer the case to other counsel, with the consent of the client and the new counsel. Simply abandoning a client does not seem to be responsible or humane.

4. When Mr. Pharr asked me to allow him to withdraw because of the demands on his time, I told him I would try to find another attorney. It was understood that he would remain attorney of record until I was able to do so.

5. I believe Mr. Pharr should not have withdrawn prior to my finding substitute counsel, and that he should have assisted me in securing a new attorney, if necessary.

6. While I don't think that there would be any point to my opposing Mr. Pharr's motion to withdraw, I would respectfully suggest to the Court that he could have acted in a more responsible manner.

FURTHER AFFIANT SAYETH NAUGHT

DATED this 30th day of December, 2005.

_____
Judy L. Berman

SUBSCRIBED AND SWORN to before me this 30 day of December, 2005.



_____
NOTARY PUBLIC IN FOR ALASKA
My commission expires 10·31·07

Certificate of Service

I certify that on the 30th day of December, 2005 a true and correct copy of the foregoing document was mailed to:

John Pharr, Esq.
733 W. 4th Avenue, Suite 308
Anchorage, AK 99501

Mary Pinkel
Assistant Municipal Attorney
P.O. Box 196650
Anchorage, AK 99519

_____
Judy L. Berman

-3-