Mary B. Pinkel
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska  99519-6650
E-mail: pinkelmb@muni.org
(907) 343-4545
Facsimile: 343-4550

Attorney for Defendants Anchorage
Police Department; Ofc. R. Dutton;
And Sgt. Gil Davis

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JUDY L. BERMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ANCHORAGE POLICE DEPARTMENT, | ) |
| OFFICER ROBERT DUTTON, and | ) |
| SERGEANT GIL DAVIS, | ) |
| | ) |
| Defendants. | ) |
| | ) |

U.S. District Court Case No. A04-227 CIV (JKS)

### SUPPLEMENTAL EXPERT DISCLOSURE

Defendants' the Anchorage Police Department, Officer Robert Dutton and Sergeant Gil Davis, ("The Municipal Defendants"), through counsel, the Municipal Attorney, supplements their disclosure of their expert witness to clarify the fact that expert witness John Daily has not testified as an expert at trial or in deposition within the preceding four years.  It is counsel's understanding, based upon discussion with Officer Daily and the Anchorage District Attorney's Office, that Officer Daily has not been noticed as an "expert"

in the recent cases in which he has testified for the state in Anchorage Superior Court. Rather, he has testified as an "on the scene" officer. According to the District Attorney's Office, the cases where Officer Daily has testified in the preceding four years are: *State v. Joshua Wade,* Case No. 3AN-S008436 (Anchorage Superior Court 2000), which was tried in 2003, and *State v. Brett Maness,* Case No. 3AN-S979480 (Anchorage Superior Court 1997), which was re-tried in late 2002. However, the State did not notice Officer Daily as an expert in these two cases.

Respectfully submitted this 12th day of January, 2006.

FREDERICK H. BONESS
Municipal Attorney

By: /s/ Mary B. Pinkel
    Mary B. Pinkel
    Assistant Municipal Attorney
    Alaska Bar No. 8505030

The undersigned hereby certifies that on 01/12/06 a true and correct copy of the *Supplemental Expert Disclosure* was served on:
- John Pharr

by first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

/s/ Sheri Curro
Sheri Curro, Legal Secretary
Municipal Attorney's Office