Mary B. Pinkel
Assistant Municipal Attorney
Municipality of Anchorage Department of Law
Civil Division
P.O. Box 196650
Anchorage, Alaska  99519-6650
(907) 343-4545 (phone)
(907) 343-4550 (fax)
pinkelmb@muni.org

Attorney for Defendants Anchorage
Police Department, Officer Robert Dutton,
And Sergeant Gil Davis

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JUDY L. BERMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ANCHORAGE POLICE DEPARTMENT, | ) |
| OFC. R. DUTTON, and SGT. G. DAVIS, | ) |
| | ) |
| Defendants. | ) |
| | ) |

U.S. District Court Case No. A04-227 CIV (JKS)

## NON-OPPOSITION TO MOTION TO WITHDRAW

The Plaintiff's attorney, John C. Pharr, has moved to withdraw from his representation of Ms. Judy Berman in this case. Defendants the Anchorage Police Department, Officer Robert Dutton and Sergeant Gil Davis ("the Municipal Defendants") do not oppose Mr. Pharr's Motion to Withdraw.  However, since the withdrawal would leave Ms. Berman

without an attorney of record, counsel expects that the court will schedule a hearing in this matter, as indicated in Local Rule 11.1.

Respectfully submitted this 12th day of January, 2006.

                                         FREDERICK H. BONESS
                                         Municipal Attorney

                                         By: /s/ Mary B. Pinkel
                                               Mary B. Pinkel
                                               Assistant Municipal Attorney
                                               Alaska Bar No. 8505030

The undersigned hereby certifies that on 01/12/06 a true and correct copy of the *Non-Opposition to Motion* to Withdraw was served on:

- John Pharr

by first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

/s/ Sheri Curro
Sheri Curro, Legal Secretary
Municipal Attorney's Office