Mary B. Pinkel
Assistant Municipal Attorney
Municipality of Anchorage Department of Law
Civil Division
P.O. Box 196650
Anchorage, Alaska  99519-6650
(907) 343-4545 (phone)
(907) 343-4550 (fax)
uslit@muni.org

Attorney for Defendants Anchorage
Police Department, Officer Robert Dutton,
And Sergeant Gil Davis

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| JUDY L. BERMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ANCHORAGE POLICE DEPARTMENT, | ) |
| OFFICER ROBERT DUTTON, and | ) |
| SGT. GIL DAVIS, | ) |
| | ) |
| Defendants. | ) |

U.S. District Court Case No. A04-227 CIV (JKS)

**NON-OPPOSED MOTION FOR EXTENSION OF TIME FOR THE FILING OF DISPOSITIVE MOTIONS AND MOTIONS IN LIMINE**

Defendants, the Anchorage Police Department, Officer Robert Dutton and Sergeant. Gil Davis ("the Municipal Defendants"), through counsel, the Municipal Attorney, move the court to extend the deadline for the filing of dispositive motions and motions in limine in this matter for an additional 30 days.   Under the Scheduling and Planning Order issued by the

court on June 13, 2005, the dispositive motions and motions in limine are due on January 27, 2006. However, counsel has received new case assignments in recent days which have demanded her attention and which make it difficult for her to meet the deadline previously imposed by the court. Counsel has conferred with opposing counsel, John Pharr, and he does not oppose the extension of this deadline. The Municipal Defendants therefore request that the court extend the deadline for the filing of dispositive motions and motions in limine from January 27, 2006 until February 27, 2006.

Respectfully submitted this 20th day of January, 2006.

                                        FREDERICK H. BONESS
                                        Municipal Attorney

                                        By: /s/ Mary B. Pinkel
                                               Mary B. Pinkel
                                               Assistant Municipal Attorney
                                               Alaska Bar No. 8505030

The undersigned hereby certifies that on 01/20/06 a true and correct copy of the *Non-Opposed Motion for Extension of Time for the Filing of Dispositive Motions in Limine* was served on:

- John Pharr

by first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

/s/ Sheri Curro
Sheri Curro, Legal Secretary
Municipal Attorney's Office