MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

*Berman v. Anchorage Police Department*
Case No. A04-0227 CV (JKS)

By:             THE HONORABLE JAMES K. SINGLETON

Deputy Clerk:   Dan Maus, Case Management: 677-6123*

PROCEEDINGS:    ORDER FROM CHAMBERS

Defendants' unopposed Motion for Extension of Time for the Filing of Dispositive Motions and Motions in Limine at Docket No. 43 is GRANTED.

**IT IS THEREFORE ORDERED:**

The deadline for the filing of dispositive motions and motions in limine is extended to Monday, February 27, 2006.

Entered at the direction of the Honorable James K. Singleton, United States District Judge.

DATE: January 23, 2006

\*       ALL INQUIRIES REGARDING THE SCHEDULING OR CALENDARING OF THIS CASE SHOULD BE DIRECTED TO THE ABOVE INDICATED CASE MANAGER.

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made in the form of a motion. *See* FED. R. CIV. P. 7(b)(1); D. Ak. LR 7.1(j) & 59(b). No one should telephone, fax, or write to chambers regarding pending cases. The Judge's secretary and law clerks are not permitted to discuss any aspect of this case, provide any information, or communicate with any person, including litigants, lawyers, witnesses, and the general public regarding pending cases.