Judy L. Berman
406 G Street, Suite 208
Anchorage, AK 99501
(907)272-3952

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

JUDY L. BERMAN,            )
                           )
     Plaintiff,            )
                           )
vs.                        )
                           )
ANCHORAGE POLICE DEPT.,    )
OFC. ROBERT DUTTON, and    )
SGT. GIL DAVIS,            )
                           )
     Defendants.           )
_____)
Case No.  A04-0227 CV (JKS)

## MOTION TO ACCEPT PLEADINGS FILED BY PLAINTIFF

COMES NOW the plaintiff, Judy L. Berman, and hereby moves this court to accept pleadings and other documents filed by her. The plaintiff's counsel of record has filed a motion to withdraw, stating that he no longer has time to work on the case, and the court has not yet ruled on his motion.

Since the plaintiff's reply to the defendants' opposition to her motion to exclude the testimony of the defendants' proposed expert witness is due today, and since the deadline for filing motions in the case is approaching, the plaintiff respectfully requests that the court accept filings from her on a pro se basis, at least until there has been a ruling on her former counsel's motion.

-2-

The plaintiff also notes that she is currently licensed to practice in State and Federal courts in Alaska.

DATED this 23rd day of January, 2006.

_____
Judy L. Berman
Alaska Bar No. 9106027