IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
JUDY L. BERMAN,              )
                             )
     Plaintiff,              )
                             )
vs.                          )
                             )
ANCHORAGE POLICE DEPT.,      )
OFC. ROBERT DUTTON, and      )
SGT. GIL DAVIS,              )
                             )
     Defendants.             )
_____ )
```
Case No.  A04-0227 CV (JKS)

### NOTICE OF FILING CORRECTED SIGNATURE PAGE

The plaintiff, Judy L. Berman, hereby gives notice of the filing of a corrected signature page, and certificate of service, to the previously filed Motion to Accept Pleadings Filed by Plaintiff.

DATED this 25th day of January, 2006.

_s/  Judy L. Berman_____
Judy L. Berman
406 G Street, Suite 208
Anchorage, AK 99501
Phone: (907)272-3952
Fax: (907)272-3953
E-mail: judyberman@gci.net
Alaska Bar No. 9106027

-2-

## **Certificate of Service**

I hereby certify that on January
25th, 2006, a copy of the foregoing
Notice of Filing Corrected Signature
Page was served electronically
on:

Mary Pinkel
John Pharr

s/ Judy L. Berman