-2-

The plaintiff also notes that she is currently licensed to practice in State and Federal courts in Alaska.

DATED this 23rd day of January, 2006.

                                                          _s/   Judy L. Berman_____
                                                          Judy L. Berman
                                                          406 G Street, Suite 208
                                                          Anchorage, AK 99501
                                                          Phone: (907)272-3952
                                                          Fax: (907)272-3953
                                                          E-mail: judyberman@gci.net
                                                          Alaska Bar No. 9106027

**Certificate of Service**

I hereby certify that on January 23rd, 2006, a copy of the foregoing Motion to Accept Pleadings Filed by Plaintiff was served electronically on:

Mary Pinkel
John Pharr

s/ Judy L. Berman