IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
JUDY L. BERMAN,              )
                             )
      Plaintiff,             )
                             )
vs.                          )
                             )
ANCHORAGE POLICE DEPT.,      )
OFC. ROBERT DUTTON, and      )
SGT. GIL DAVIS,              )
                             )
      Defendants.            )
_____ )
```
Case No.  A04-0227 CV (JKS)

**NOTICE OF FILING CORRECTED LAST PAGE AND EXHIBIT PAGE**

The plaintiff, Judy L. Berman, hereby gives notice of the
filing of a corrected last page with certificate of service, to
the previously filed Reply to Opposition to Motion to Exclude
Testimony of Expert Witness.  A "dummy" Exhibit Page pursuant to
Amended Local Rule 5.3(g)(2)(B)(ii), is also added after the last
page.

DATED this 25th day of January, 2006.

_s/  Judy L. Berman_____
Judy L. Berman
406 G Street, Suite 208
Anchorage, AK 99501
Phone: (907)272-3952
Fax: (907)272-3953
E-mail: judyberman@gci.net
Alaska Bar No. 9106027

-2-

## **Certificate of Service**

I hereby certify that on January
27th, 2006, a copy of the foregoing
Notice of Filing Corrected Last Page
and Exhibit Page was served
electronically on:

Mary Pinkel
John Pharr


s/ Judy L. Berman