DATED this 23rd day of January, 2006.

        _s/   Judy L. Berman_____
        Judy L. Berman
        406 G Street, Suite 208
        Anchorage, AK 99501
        Phone: (907)272-3952
        Fax: (907)272-3953
        E-mail: judyberman@gci.net
        Alaska Bar No. 9106027

**Certificate of Service**

I hereby certify that on January 23rd , 2006, a copy of the foregoing Reply to Opposition to Motion to Exclude Testimony of Expert Witness was served electronically on:

Mary Pinkel
John Pharr

s/ Judy L. Berman

Case No. A04-0227 CIV (TMB);  Page 11 of 12

EXHIBIT 5

EXCERPT OF DEFENDANTS' RESPONSES TO PLAINTIFF'S
DISCOVERY REQUESTS

**FILED CONVENTIONALLY**

(EXHIBITS 1-4 WERE FILED WITH MOTION TO EXCLUDE)