IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
JUDY L. BERMAN,              )
                             )
     Plaintiff,              )
                             )
vs.                          )
                             )
ANCHORAGE POLICE DEPT.,      )
OFC. ROBERT DUTTON, and      )
SGT. GIL DAVIS,              )
                             )
     Defendants.             )
_____)
Case No.  A04-0227 CV (JKS)
```

## NOTICE OF FILING PROPOSED ORDER

The plaintiff, Judy L. Berman, hereby gives notice of the filing of a proposed order, which should have been filed as an attachment to the previously filed Motion to Accept Pleadings Filed by Plaintiff.

DATED this 27th day of January, 2006.

                                                  _s/  Judy L. Berman_____
Judy L. Berman
406 G Street, Suite 208
Anchorage, AK 99501
Phone: (907)272-3952
Fax: (907)272-3953
E-mail: judyberman@gci.net
Alaska Bar No. 9106027

-2-

**Certificate of Service**

I hereby certify that on January 27th, 2006, a copy of the foregoing NOTICE OF FILING PROPOSED ORDER, and the attached PROPOSED ORDER were served electronically on:

Mary Pinkel
John Pharr

s/ Judy L. Berman