IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
JUDY L. BERMAN,              )
                             )
     Plaintiff,              )
                             )
vs.                          )
                             )
ANCHORAGE POLICE DEPT.,      )
OFC. ROBERT DUTTON, and      )
SGT. GIL DAVIS,              )
                             )
     Defendants.             )
_____)
Case No.  A04-0227 CV (TMB)
```

**PROPOSED ORDER**

THIS MATTER having come before the Court on the plaintiff's Motion to Accept Pleadings Filed by Plaintiff, and the Court having considered the pleadings of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that the plaintiff's motion is GRANTED.

The court will accept pleadings, motions, and other documents filed by the plaintiff.

DATED this _____ day of January, 2006.

_____
United States District Court Judge