IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
JUDY L. BERMAN,              )
                             )
     Plaintiff,              )
                             )
vs.                          )
                             )
ANCHORAGE POLICE DEPT.,      )
OFC. ROBERT DUTTON, and      )
SGT. GIL DAVIS,              )
                             )
     Defendants.             )
_____)
Case No.  A04-0227 CV (TMB)
```

**PROPOSED ORDER**

THIS MATTER having come before the Court on the plaintiff's Motion to Compel Discovery, and the Court having considered the pleadings of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that the plaintiff's motion is GRANTED.

IT IS FURTHER ORDERED that within seven days of the date of this order, Defendant Anchorage Police Department shall provide full and complete responses to Interrogatories Nos. 5, 6, 7 and 8 and produce all documents requested in Requests for Production Nos. 5, 6, 7, 8, 9, 10, 11, 13, 14, 15, and 16 propounded by the plaintiff.

DATED this _____day of _____, 2006.

_____
Timothy M. Burgess
United States District Court Judge

**Certificate of Service**

I hereby certify that on January 30th, 2006, a copy of the foregoing PROPOSED ORDER was served electronically on:

Mary Pinkel
John Pharr

s/ Judy L. Berman