Mary B. Pinkel
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
Email: PinkelMBMuni.org
(907) 343-4545
Facsimile (907) 343-4550

Attorney for Defendants Anchorage
Police Department; Ofc. R. Dutton;
And Sgt. Gil Davis


INFORMATION COPY FOR CLIENT
From Law Offices of John C. Pharr
Date Nov 8/05

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JUDY L. BERMAN, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| vs. | ) |
|  | ) |
| ANCHORAGE POLICE DEPARTMENT, | ) |
| OFC. R. DUTTON, and SGT. G. DAVIS, | ) |
|  | ) |
| Defendants. | ) |
|  | ) Case No. A04-227 CIV (JKS) |

## RESPONSE TO FIRST SET OF DISCOVERY REQUESTS TO DEFENDANT ANCHORAGE POLICE DEPARTMENT

Pursuant to Rules 26, 33, and 34 of the Federal Rules of Civil Procedure, the defendant, Anchorage Police Department and Robert Dutton and Gil Davis, by and through counsel, the Municipal Attorney's Office, herby answers the first set of discovery requests from defendant, Judy L. Berman.

UNICIPALITY
OF
ANCHORAGE

OFFICE OF THE
MUNICIPAL ATTORNEY

P.O. Box 196650
Anchorage, Alaska
99519-6650

Telephone: 343-4545
Facsimile: 343-4550

Exhibit 5
Page 1 of 8

employee of the Anchorage Police Department, and one or more members of the public.

**RESPONSE:** Objection. This request seeks irrelevant information and is not reasonably calculated to lead to the discovery of admissible evidence. Moreover, this request seeks confidential law enforcement records which we are prohibited from disclosing pursuant to AMC 3.90.040 C. and AS 40.25.120. This request is also over-broad and burdensome.

**REQUEST FOR PRODUCTION NO.4:** Please produce all written reports or other accounts produced by Gil Davis relating to any events that occurred, April 6, 2002, other than the events that are the subject of this action, including but not limited to arrest reports, police reports, accident reports, disturbance reports, and reports regarding any disputes, altercations or arguments between members of the public, or between Sgt. Gil Davis or any employee of the Anchorage Police Department, and one or more members of the public.

**RESPONSE:** Same response as to Request for Production No. 3.

**REQUEST FOR PRODUCTION NO.5:** Please produce copies of all Anchorage Police Department policies and procedures regarding requesting identification from members of the public, and procedures for requesting identification from members of the public who are not suspected of unlawful activity.

**RESPONSE:** Objection. This request seeks irrelevant information, is confusing and is not reasonably calculated to lead to the discovery of admissible evidence. The Plaintiff was stopped and her identification was requested because of her suspected unlawful illegal activity. Moreover, see AS 28.15.131. In addition, discovery is ongoing and we reserve the

MUNICIPALITY OF ANCHORAGE
OFFICE OF THE MUNICIPAL ATTORNEY
P.O. Box 196650
Anchorage, Alaska 99519-6650
Telephone: 343-4545
Facsimile: 343-4550

RESPONSE TO FIRST SET OF DISCOVERY REQUESTS TO DEFENDANT ANCHORAGE POLICE DEPARTMENT
Berman v. APD Case No. A04-227CV (JKS)
Page 6 of 14

Exhibit 5
Page 2 of 8

right to supplement this and other responses as more information becomes available.

**REQUEST FOR PRODUCTION NO.6**: Please produce copies of all Anchorage Police Department policies and procedures regarding members of the public who decline to produce identification when requested to do so by a police officer.

**RESPONSE**: Objection. This request is over-broad, vague, confusing, seeks irrelevant information and information not reasonably calculated to lead to the discovery of admissible evidence and violates AMC 3.90.040 C. 5 and 6. Without waiving these objections, see, 28.15.131, and AS 12.25.180. In addition, discovery is ongoing and we reserve the right to supplement this and other responses as more information becomes available.

**REQUEST FOR PRODUCTION NO.7**: Please produce copies of all Anchorage Police Department policies and procedures regarding the proper action to take when a member of the public who is not suspected of criminal activity declines to produce identification when requested to do so by a police officer.

**RESPONSE**: Same Response as to Request for Production No. 5.

**REQUEST FOR PRODUCTION NO. 8**: Please produce copies of all training materials provided to employees of the Anchorage Police Department regarding procedures for requesting identification from members of the public, and procedures for requesting identification from members of the public who are not suspected of unlawful activity.

**RESPONSE**: Same Response as Response to Request for Production No. 5.

MUNICIPALITY OF ANCHORAGE

OFFICE OF THE MUNICIPAL ATTORNEY
P.O. Box 196650
Anchorage, Alaska 99519-6650
Telephone: 343-4545
Facsimile: 343-4550

RESPONSE TO FIRST SET OF DISCOVERY REQUESTS TO DEFENDANT ANCHORAGE POLICE DEPARTMENT
Berman v. APD Case No. A04-227CV (JKS)
Page 7 of 14

Exhibit 5
Page 3 of 8

**REQUEST FOR PRODUCTION NO. 9**: Please produce copies of all training materials provided to employees of the Anchorage Police Department regarding the proper action to take when a member of the public declines to produce identification when requested to do so by a police officer.

**RESPONSE**: Same Response as Response to Request for Production No. 6.

**REQUEST FOR PRODUCTION NO. 10**: Please produce copies of all training materials provided to employees of the Anchorage Police Department regarding the proper action to take when a member of the public who is not suspected of criminal activity declines to produce identification when requested to do so by a police officer.

**RESPONSE**: See Response to Request for Production No. 5.

**REQUEST FOR PRODUCTION NO.11**: Please produce all documents related to the termination of Robert Dutton's employment with the Anchorage Police Department.

**RESPONSE**: Objection. This request seeks information which is not relevant and which is not reasonably calculated to lead to the discovery of admissible evidence. In addition, this request seeks confidential personnel and law enforcement files which we re prohibited from disclosing pursuant to AMC 3.30.016, AMC 3.90.040 B and AMC 3.90.040 C. Moreover, this request also seeks confidential files which we are prohibited from disclosing pursuant to AMC 3.90.040 O and pursuant to the Alaska Constitution's broad protection of the privacy rights of individuals. This request is also over-broad and burdensome.

Exhibit 5
Page 4 of 8

MUNICIPALITY OF ANCHORAGE
OFFICE OF THE MUNICIPAL ATTORNEY
P.O. Box 196650
Anchorage, Alaska 99519-6650
Telephone: 343-4545
Facsimile: 343-4550

RESPONSE TO FIRST SET OF DISCOVERY REQUESTS TO DEFENDANT ANCHORAGE POLICE DEPARTMENT
Berman v. APD Case No. A04-227CV (JKS)
Page 8 of 14

## VERIFICATION

STATE OF ALASKA         )
                        )SS.
THIRD JUDICIAL DISTRICT )

I, Captain Thomas Nelson, being first duly sworn, depose and state as follows:

I am the Commander of Public & Internal Affairs for the Municipality of Anchorage in the above-named case and I verify that I have read the foregoing interrogatories and request for production and understand the contents thereof; I have executed the foregoing document on behalf of the Municipality of Anchorage as my free and voluntary act and deed for the purposes therein set forth; and I verify that the same is true of my knowledge and belief as a duly authorized representative for the Municipality of Anchorage.

MUNICIPALITY OF ANCHORAGE

By: *[signature]* CPT Nelson

Its: Commander of Public and Internal Affairs

SUBSCRIBED AND SWORN TO before me this 1st day of November, 2005.

*[signature]* Retah Hails
Notary Public in and for Alaska
My Commission Expires: 1-1-06

*[Notary seal: RETAH HAILS NOTARY PUBLIC STATE OF ALASKA]*

| Exhibit | 5 |
|---|---|
| Page | 5 of 8 |

MUNICIPALITY OF ANCHORAGE

OFFICE OF THE MUNICIPAL ATTORNEY

P.O. Box 196650
Anchorage, Alaska
99519-6650

Telephone: 343-4545
Facsimile: 343-4550

RESPONSE TO FIRST SET OF DISCOVERY REQUESTS TO DEFENDANT ANCHORAGE POLICE DEPARTMENT
Berman v. APD Case No. A04-227CV (JKS)
Page 11 of 14

## VERIFICATION

I, Robert. Dutton, being first duly sworn, depose and state as follows:

I am a defendant in the above-named case and I verify that I have read the foregoing interrogatories and request for production and understand the contents thereof; I have executed the foregoing document as my free and voluntary act and deed for the purposes therein set forth; and I verify that the same is true of my knowledge and belief as a duly authorized representative for the Municipality of Anchorage.

_____
R. Dutton

SUBSCRIBED AND SWORN TO before me this __1__ day of November, 2005.

_____
Notary Public in and for Alaska
My Commission Expires: __1-1-06__

Exhibit __5__

Page __6__ of __8__

MUNICIPALITY OF ANCHORAGE

OFFICE OF THE MUNICIPAL ATTORNEY

P.O. Box 196650
Anchorage, Alaska
99519-6650

Telephone: 343-4545
Facsimile: 343-4550

RESPONSE TO FIRST SET OF DISCOVERY REQUESTS TO DEFENDANT ANCHORAGE POLICE DEPARTMENT
Berman v. APD Case No. A04-227CV (JKS)
Page 12 of 14

## VERIFICATION

I, Gil Davis, being first duly sworn, depose and state as follows:

I am a defendant in the above-named case and I verify that I have read the foregoing interrogatories and request for production and understand the contents thereof; I have executed the foregoing document as my free and voluntary act and deed for the purposes therein set forth; and I verify that the same is true of my knowledge and belief as a duly authorized representative for the Municipality of Anchorage.

_____
Gil Davis

SUBSCRIBED AND SWORN TO before me this ___1___ day of November, 2005.

_____
Notary Public in and for Alaska
My Commission Expires: _1-1-06_

Exhibit __5__

Page __7__ of __8__

MUNICIPALITY OF ANCHORAGE
OFFICE OF THE
UNICIPAL ATTORNEY
P.O. Box 196650
Anchorage, Alaska
99519-6650
Telephone: 343-4545
Facsimile: 343-4550

RESPONSE TO FIRST SET OF DISCOVERY REQUESTS TO DEFENDANT ANCHORAGE POLICE DEPARTMENT
Berman v. APD Case No. A04-227CV (JKS)
Page 13 of 14

Respectfully submitted this _1st_ day of _November_, 2005.

                                    FREDERICK H. BONESS
                                    Municipal Attorney

                        By: _____
                                    Mary B. Pinkel
                                    Assistant Municipal Attorney
                                    Alaska Bar No. 8505030

I hereby certify that I caused to be mailed a
true and correct copy of this foregoing document
to John Pharr on November _1_, 2005.
_____Retah Hicks_____
Retah Hicks

Exhibit 5
Page 8 of 8

MUNICIPALITY
OF
ANCHORAGE

OFFICE OF THE
MUNICIPAL ATTORNEY

P.O. Box 196650
Anchorage, Alaska
99519-6650

Telephone: 343-4545
Facsimile: 343-4550

RESPONSE TO FIRST SET OF DISCOVERY REQUESTS TO DEFENDANT ANCHORAGE POLICE DEPARTMENT
Berman v. APD Case No. A04-227CV (JKS)
Page 14 of 14