## LAW OFFICES OF JOHN C. PHARR
### 733 West Fourth Avenue, Suite 308
### Anchorage, Alaska 99501
jpharr@gci.net

Phone (907) 272-2525

Fax (907) 277-9859

December 12, 2005

Mary B. Pinkel
Assistant Municipal Attorney
P.O. Box 196650
Anchorage, AK 99519

Exhibit ___1___

Page ___1___ of _2_

Re: Berman v. Anchorage Police Dept. et. al
Case No. A04-227 CIV (JKS)
VIA FAX AND MAIL

Dear Mary:

The purpose of this letter is to inform you that I am not satisfied with your responses to the plaintiff's first set of discovery requests to the Anchorage Police Department.

Request for Production Nos. 5 through 10 ask for production of Department procedures and training materials dealing with procedures regarding requesting identification from members of the public. This information is clearly relevant to the issue of whether proper procedure was followed in this case, and is also relevant to the issue of whether the officers received adequate training from the Department. Your objection to these requests is not well taken.

Interrogatory Nos. 5 through 8 and Request for Production No. 13 through 17 seek information regarding complaints received regarding defendants Davis and Dutton, disciplinary procedures initiated by the Department involving their conduct, and other lawsuits that have been filed against the Department, naming them as defendants, or arising out of their conduct while performing their duties as police officers. This information is reasonably calculated to lead to the discovery of admissible evidence. The plaintiff is certainly entitled to find out through discovery whether these officers had a history of complaints or discipline for improper conduct, and whether the Department took adequate measures to correct these problems prior to the incident which is the subject of this action. For the same reason, the plaintiff is also entitled to discover documents related to the reasons for the termination of defendant Dutton's employment with the Department, as requested in Request for Production No. 11.

Finally, Request for Production Nos. 3 and 4 seeks information regarding other arrests or incidents the officers were involved in on the night of April 6, 2002. This information is certainly relevant to the officers' state of mind when they approached the plaintiff later that night.

Your objection to these requests is also not well taken.

Since you have stated that you plan on being out of town during the last week of the year, and since I plan on being out of the office during the prior week, please provide complete responses to the above-referenced Interrogatories and Requests for Production on or before December 21, 2005, prior to your departure. A motion to compel will be filed if I do not receive the information requested by that date.

Sincerely,

LAW OFFICES OF JOHN C. PHARR
Attorneys for Judy L. Berman

John C. Pharr

cc: Judy Berman

Exhibit _____1_____

Page ___2___ of _2_

-2-