

# Municipality of Anchorage

P.O. Box 196650 • Anchorage, Alaska 99519-6650 • Telephone: (907) 343-4545 • Fax: (907) 343-4550 http://www.muni.org

*Mayor Mark Begich*

**Office of the Municipal Attorney**

Civil Division

DEC 19 2005

December 16, 2005

John C. Pharr, Esq.
733 W. 4th Avenue, Suite 308
Anchorage, AK 99501

Re:   *Berman, Judy vs. Anchorage Police Department et al.*
      Case #: A04-227 CIV (JKS)
      Our file #: L04-0432

Dear John:

This letter is in response to your letter to me of December 12, 2005 concerning the Municipality's and the officers' discovery responses to the Plaintiff of November 1, 2005. First, your letter came over five weeks after we had provided you with our responses. If our responses had been truly unsatisfactory, I would have assumed you would have written us sooner. Second, I do not agree that our responses to your requests were unsatisfactory. As our responses indicated, your requests for law enforcement techniques constituted a request for irrelevant material not reasonably calculated to lead to the discovery of admissible evidence. In addition, the Anchorage Municipal Code requires that confidential law enforcement techniques be kept confidential. See, AMC 03.90.040 C. Moreover, AS 28.15.131 and the municipal code corollary require citizens to produce their driver's licenses to the police upon demand.

Further, your requests for the confidential personnel files of the officers also sought irrelevant information and were not reasonably calculated to lead to the discovery of admissible evidence. Your request for this information also violated AMC 3.90.040 B. and C.; AMC 3.30.016; and the Alaska Constitutions' broad protection of the privacy rights of individuals.

Exhibit 2

Page 1 of 2

*Community, Security, Prosperity*

Finally, you have now had the opportunity to depose Officers Dutton and Davis. Both men provided full explanations for why it was necessary to stop, detain and arrest Ms. Berman for her illegal and troublesome behavior on April 6, 2002. Please contact me if you have any further concerns or questions.

Very truly yours,

Mary B. Pinkel
Assistant Municipal Attorney

Exhibit 2
Page 2 of 2