IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

JUDY L. BERMAN,                )
                               )
    Plaintiff,                 )
                               )
vs.                            )
                               )
ANCHORAGE POLICE DEPT.,        )
OFC. ROBERT DUTTON, and        )
SGT. GIL DAVIS,                )
                               )
    Defendants.                )
_____)

Case No. A04-0227 CV (JKS)

**FIRST SET OF DISCOVERY REQUESTS TO
DEFENDANT ANCHORAGE POLICE DEPARTMENT**

Pursuant to Rules 26, 33, and 34 of the Federal Rules of Civil Procedure, the plaintiff, Judy L. Berman, by and through counsel, hereby propounds her first set of discovery requests to Defendant Anchorage Police Department. Defendant's responses are due within 30 days of the date of service, in accordance with the above-referenced rules.

**INTERROGATORY NO. 1:** Please state the date on which Robert Dutton's employment with the Anchorage Police Department began and the date on which his employment with the Anchorage Police Department ended.

**ANSWER:**

LAW OFFICES OF
JOHN C. PHARR
833 W. 4th Avenue
Suite 308
Anchorage, AK 99501
(907) 272-2525
(907) 277-9859
(facsimile)

Exhibit ___3___

Page ___1___ of _15_

**INTERROGATORY NO. 2:** Please state each position held by Robert Dutton during his employment with the Anchorage Police Department, the dates of each position and a description of the duties of each position.

**ANSWER:**

**INTERROGATORY NO. 3:** Please state the date on which Gil Davis' employment with the Anchorage Police Department began, and if he is no longer employed by the Anchorage Police Department, the date his employment ended.

**ANSWER:**

LAW OFFICES OF
JOHN C. PHARR
733 W. 4th Avenue
Suite 308
Anchorage, AK 99501
(907) 272-2525
(907) 277-9859
(facsimile)

Exhibit 3
Page 2 of 15

Plaintiff's first discovery requests to Anchorage Police Dept. page 2 of 15

**INTERROGATORY NO. 4:** Please state each position held by Gil Davis during his employment with the Anchorage Police Department, the dates of each position, and a description of the duties of each position.

**ANSWER:**

**INTERROGATORY NO. 5:** Please provide a complete description of all complaints received by the Anchorage Police Department regarding Robert Dutton from members of the public, Department personnel, or any other source, in any form including but not limited to verbal, written, telephonic or electronic, and whether formal or informal. Please also state how each was resolved.

**ANSWER:**

Exhibit 3
Page 3 of 15

LAW OFFICES OF
JOHN C. PHARR
733 W. 4th Avenue
Suite 308
Anchorage, AK 99501
(907) 272-2525
(907) 277-9859
(facsimile)

Plaintiff's first discovery requests to Anchorage Police Dept. page 3 of 15

**INTERROGATORY NO. 6:** Please provide a complete description of all disciplinary actions initiated by the Anchorage Police Department regarding Robert Dutton including but not limited to suspensions, reprimands, demotions, reassignments and terminations. For each action please also provide the beginning and ending dates, a complete descriptions of the events leading to the action and reasons for the action, and how it was resolved.

**ANSWER:**

**INTERROGATORY NO. 7:** Please provide a complete description of all complaints received by the Anchorage Police Department regarding Gil Davis from members of the public, Department personnel or any other source, in any form including but not limited to verbal, written, telephonic or electronic, and whether formal or informal. Please also state how each was resolved.

**ANSWER:**

LAW OFFICES OF
JOHN C. PHARR
733 W. 4th Avenue
Suite 308
Anchorage, AK 99501
(907) 272-2525
(907) 277-9859
(facsimile)

Exhibit 3
Page 4 of 15

Plaintiff's first discovery requests to Anchorage Police Dept. page 4 of 15

**INTERROGATORY NO. 8:** Please provide a complete description of all disciplinary actions initiated by the Anchorage Police Department regarding Gil Davis including but not limited to suspensions, reprimands, demotions, reassignments and terminations. For each action please also provide the beginning and ending dates, a complete description of the events leading to the action and reasons for the actions, and how it was resolved.

**ANSWER:**

LAW OFFICES OF
JOHN C. PHARR
733 W. 4th Avenue
Suite 308
Anchorage, AK 99501
(907) 272-2525
(907) 277-9859
(facsimile)

Exhibit 3
Page 5 of 15

**REQUEST FOR PRODUCTION NO. 1:** Please produce all audio and video recordings, and all recordings made by any other means, of all or part of the events of April 6, 2002 which are the subject of this action, including but not limited to the plaintiff's arrest and the events preceding and following her arrest.

**ANSWER:**

**REQUEST FOR PRODUCTION NO. 2:** Please produce all written accounts of the events of April 6, 2002 which are the subject of this action, **other than** documents which have previously been produced pursuant to Civil Rule 26(a)(1).

**ANSWER:**

LAW OFFICES OF
JOHN C. PHARR
733 W. 4th Avenue
Suite 308
Anchorage, AK 99501
(907) 272-2525
(907) 277-9859
(facsimile)

Exhibit 3
Page 6 of 15

Plaintiff's first discovery requests to Anchorage Police Dept. page 6 of 15

**REQUEST FOR PRODUCTION NO. 3:** Please produce all written reports or other accounts produced by Robert Dutton relating to any events that occurred on April 6, 2002, **other than the events that are the subject of this action,** including but not limited to arrest reports, police reports, accident reports, disturbance reports, and reports regarding any disputes, altercations or arguments between members of the public, or between Officer Dutton or any other employee of the Anchorage Police Department, and one or more members of the public.

**ANSWER:**

**REQUEST FOR PRODUCTION NO. 4:** Please produce all written reports or other accounts produced by Gil Davis relating to any events that occurred on April 6, 2002, **other than the events that are the subject of this action,** including but not limited to arrest reports, police reports, accident reports, disturbance reports, and reports regarding any disputes, altercations or arguments between members of the public, or between Sgt. Gil Davis or any employee of the Anchorage Police Department, and one or more members of the public.

**ANSWER:**

LAW OFFICES OF
JOHN C. PHARR
733 W. 4th Avenue
Suite 308
Anchorage, AK 99501
(907) 272-2525
(907) 277-9859
(facsimile)

Exhibit 3
Page 7 of 15

**REQUEST FOR PRODUCTION NO. 5:** Please produce copies of all Anchorage Police Department policies and procedures regarding requesting identification from members of the public, and procedures for requesting identification from members of the public who are not suspected of unlawful activity.

**ANSWER:**

**REQUEST FOR PRODUCTION NO. 6:** Please produce copies of all Anchorage Police Department policies and procedures regarding members of the public who decline to produce identification when requested to do so by a police officer.

**ANSWER:**

LAW OFFICES OF
JOHN C. PHARR
733 W. 4th Avenue
Suite 308
Anchorage, AK 99501
(907) 272-2525
(907) 277-9859
(facsimile)

Exhibit 3
Page 8 of 15

**REQUEST FOR PRODUCTION NO. 7:** Please produce copies of all Anchorage Police Department policies and procedures regarding the proper action to take when a member of the public who is not suspected of criminal activity declines to produce identification when requested to do so by a police officer.

**ANSWER:**

**REQUEST FOR PRODUCTION NO. 8:** Please produce copies of all training materials provided to employees of the Anchorage Police Department regarding procedures for requesting identification from members of the public, and procedures for requesting identification from members of the public who are not suspected of unlawful activity.

**ANSWER:**

LAW OFFICES OF
JOHN C. PHARR
733 W. 4th Avenue
Suite 308
Anchorage, AK 99501
(907) 272-2525
(907) 277-9859
(facsimile)

3
9 / 15

**REQUEST FOR PRODUCTION NO. 9:** Please produce copies of all training materials provided to employees of the Anchorage Police Department regarding the proper action to take when a member of the public declines to produce identification when requested to do so by a police officer.

**ANSWER:**

**REQUEST FOR PRODUCTION NO. 10:** Please produce copies of all training materials provided to employees of the Anchorage Police Department regarding the proper action to take when a member of the public who is not suspected of criminal activity declines to produce identification when requested to do so by a police officer.

**ANSWER:**

LAW OFFICES OF
JOHN C. PHARR
733 W. 4th Avenue
Suite 308
Anchorage, AK 99501
(907) 272-2525
(907) 277-9859
(facsimile)

Exhibit 3
Page 10 of 15

Plaintiff's first discovery requests to Anchorage Police Dept. page 10 of 15

**REQUEST FOR PRODUCTION NO. 11:** Please produce all documents related to the termination of Robert Dutton's employment with the Anchorage Police Department.

**ANSWER:**

**REQUEST FOR PRODUCTION NO. 12:** If Gil Davis is no longer employed by the Anchorage Police Department, please produce all documents related to the termination of his employment.

**ANSWER:**

**REQUEST FOR PRODUCTION NO. 13:** Please produce all documents related to all complaints received regarding Robert Dutton, which were listed in your response to Interrogatory No. 5.

**ANSWER:**

LAW OFFICES OF
JOHN C. PHARR
733 W. 4th Avenue
Suite 308
Anchorage, AK 99501
(907) 272-2525
(907) 277-9859
(facsimile)

Exhibit  3
Page  11 of 15

Plaintiff's first discovery requests to Anchorage Police Dept. page 11 of 15

**REQUEST FOR PRODUCTION NO. 14:** Please produce all documents related to all disciplinary actions initiated by the Anchorage Police Department regarding Robert Dutton, which were listed in your response to Interrogatory No. 6.

**ANSWER:**

**REQUEST FOR PRODUCTION NO. 15:** Please produce all documents related to all complaints received regarding Gil Davis, which were listed in your response to Interrogatory No. 7.

**ANSWER:**

**REQUEST FOR PRODUCTION NO. 16:** Please produce all documents related to all disciplinary actions initiated by the Anchorage Police Department regarding Gil Davis, which were listed in your response to Interrogatory No. 8.

**ANSWER:**

LAW OFFICES OF
JOHN C. PHARR
733 W. 4th Avenue
Suite 308
Anchorage, AK 99501
(907) 272-2525
(907) 277-9859
(facsimile)

Exhibit 3
Page 12 of 15

**REQUEST FOR PRODUCTION NO. 17:** Please produce copies of all complaints filed against the Municipality of Anchorage or the Anchorage Police Department, in State or Federal court, other than the instant action, arising out of the conduct or actions of Robert Dutton and/or Gil Davis.

**ANSWER:**

**REQUEST FOR PRODUCTION NO. 18:** Please produce copies of all complaints filed against the Anchorage Police Department or the Municipality of Anchorage, in State or Federal court, in the last five years, other than the instant action, alleging excessive force, assault and battery, false arrest or civil rights violations by any employee of the Anchorage Police Department.

**ANSWER:**

LAW OFFICES OF
JOHN C. PHARR
733 W. 4th Avenue
Suite 308
Anchorage, AK 99501
(907) 272-2525
(907) 277-9859
(facsimile)

Exhibit 3

Page 13 of 15

DATED this 29 day of September, 2005.

                    LAW OFFICES OF JOHN C. PHARR
                    Attorneys for Judy L. Berman

                    By: _____
                         John C. Pharr
                         Alaska Bar No. 8211140

## VERIFICATION

STATE OF ALASKA        )
                            ) ss:
THIRD JUDICIAL DISTRICT  )

I, _____, who hold the position of

_____ with the Anchorage Police Department, being duly sworn upon

oath, state that the foregoing interrogatories have been answered by me fully and truthfully to the

best of my knowledge and belief.

DATED this _____ day of _____, 2005.

Subscribed and sworn to before me this _____ day of _____,
2005, at Anchorage, Alaska.

                                      _____
                                        NOTARY PUBLIC IN AND FOR ALASAKA
                                        My commission expires: _____

Exhibit 3
Page 14 of 15

LAW OFFICES OF
JOHN C. PHARR
733 W. 4th Avenue
Suite 308
Anchorage, AK 99501
(907) 272-2525
(907) 277-9859
(facsimile)

Plaintiff's first discovery requests to Anchorage Police Dept.  page 14 of 15

Certificate of Service

I certify that on the 29 day of Sept., 2005 ~~a true~~ the original ~~and correct copy~~ of he foregoing document was mailed to:

Theresa Hillhouse
Assistant Municipal Attorney
P.O. Box 196650
Anchorage, AK 99519

*[signature]*

LAW OFFICES OF
JOHN C. PHARR
833 W. 4th Avenue
Suite 308
Anchorage, AK 99501
(907) 272-2525
(907) 277-9859
(facsimile)

3
15  15

Plaintiff's first discovery requests to Anchorage Police Dept. page 15 of 15