Mary B. Pinkel
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
Email: PinkelMBMuni.org
(907) 343-4545
Facsimile (907) 343-4550



Attorney for Defendants Anchorage
Police Department; Ofc. R. Dutton;
And Sgt. Gil Davis

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JUDY L. BERMAN, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| ANCHORAGE POLICE DEPARTMENT, OFC. R. DUTTON, and SGT. G. DAVIS, | ) ) ) |
| Defendants. | ) ) |

Case No. A04-227 CIV (JKS)

### RESPONSE TO FIRST SET OF DISCOVERY REQUESTS TO DEFENDANT ANCHORAGE POLICE DEPARTMENT

Pursuant to Rules 26, 33, and 34 of the Federal Rules of Civil Procedure, the defendant, Anchorage Police Department and Robert Dutton and Gil Davis, by and through counsel, the Municipal Attorney's Office, herby answers the first set of discovery requests from defendant, Judy L. Berman.

Exhibit 4

Page 1 of 14

**MUNICIPALITY OF ANCHORAGE**

OFFICE OF THE MUNICIPAL ATTORNEY

P.O. Box 196650
Anchorage, Alaska
99519-6650

Telephone: 343-4545
Facsimile: 343-4550

**INTERROGATORY NO. 1**: Please state the date on which Robert Dutton's employment with the Anchorage Police Department began and the date on which his employment with the Anchorage Police Department ended.

**ANSWER**: Robert Dutton worked for the Anchorage Police Department from February 10, 1992 until July 7, 2003.

**INTERROGATORY NO. 2**: Please state each position held by Robert Dutton during his employment with the Anchorage Police Department, the date of each position and a description of the duties of each position.

**ANSWER**: Patrol Officer (July 1992 through December 1995) (general patrol duties)

Traffic Officer/DUI Enforcement (December 1995 through December 1996) (traffic enforcement, specifically targeting DUI offenders) (falls under general duties of patrol officer).

Canine Officer (April 1997 through March 2002) Patrol Service dog handler 1 (general patrol duties with K9 partner Nikko).

Patrol Officer (March 2002 through July 2003) (general patrol duties). See attached job descriptions.

**INTERROGATORY NO. 3**: Please state the date on which Gil Davis' employment with the Anchorage Police Department began, and if he is no longer employed by the Anchorage Police Department, the date his employment ended.

**ANSWER**: Sgt. Davis began working for APD on November 14, 1994. He is still

MUNICIPALITY
OF
ANCHORAGE

OFFICE OF THE
MUNICIPAL ATTORNEY

P.O. Box 196650
Anchorage, Alaska
99519-6650

Telephone: 343-4545
Facsimile: 343-4550

RESPONSE TO FIRST SET OF DISCOVERY REQUESTS TO DEFENDANT ANCHORAGE POLICE DEPARTMENT
Berman v. APD Case No. A04-227CV (JKS)
Page 2 of 14

Exhibit 4
Page 2 of 14

employed there.

**INTERROGATORY NO. 4**: Please state each position held by Gil Davis during his employment with the Anchorage Police Department, the dates of each position, and a description of the duties of each position.

**ANSWER**:   1. police recruit form November 14, 1994 to June, 1995.

2. police officer from June, 1995 to September, 1997.

3. Detective from September 1997 until August, 20002.

4. Patrol sergeant from August 2000 to April, 2003.

5. Detective Sergeant, from April, 2003 to the present.

See, attached job descriptions.

**INTERROGATORY NO. 5**: Please provide a complete description of all complaints received by the Anchorage Police Department regarding Robert Dutton from members of the public, Department personnel, or any other source, in any form including but not limited to verbal, written, telephonic or electronic, and whether formal or informal. Please also state how each was resolved.

**ANSWER**: Objection. This request seeks information which is not relevant and not reasonably calculated to lead to the discovery of admissible evidence. In addition, this request seeks confidential personnel and law enforcement files which we are prohibited from disclosing pursuant to AMC 3.30.016, AMC 3.90.040 B and AMC 3.90.040 C. Moreover, this request also seeks files which we are prohibited from disclosing pursuant to AMC

MUNICIPALITY OF ANCHORAGE
OFFICE OF THE MUNICIPAL ATTORNEY
P.O. Box 196650
Anchorage, Alaska 99519-6650
Telephone: 343-4545
Facsimile: 343-4550

RESPONSE TO FIRST SET OF DISCOVERY REQUESTS TO DEFENDANT ANCHORAGE POLICE DEPARTMENT
Berman v. APD Case No. A04-227CV (JKS)
Page 3 of 14

Exhibit 4
Page 3 of 14

3.90.040 O and pursuant to the Alaska Constitutions' broad protection of the privacy rights of individuals. This request is also over-broad and burdensome.

**INTERROGATORY NO.6**: Please provide a complete description of all disciplinary actions initiated by the Anchorage Police Department regarding Robert Dutton including but not limited to suspensions, reprimands, demotions, reassignments and terminations. For each action please also provide the beginning and ending dates, a complete description of the events leading to the action and reasons for the action, and how it was resolved.

**ANSWER**: See Response to Interrogatory No. 5.

**INTERROGATORY NO.7**: Please provide a complete description of all complaints received by the Anchorage Police Department regarding Gil Davis from members of the public, Department personnel or any other source, in any form including but not limited to verbal, written, telephonic or electronic, and whether formal or informal. Please also state how each was resolved.

**ANSWER**: See response to Interrogatory No. 5.

**INTERROGATORY NO.8**: Please provide a complete description of all disciplinary actions initiated by the Anchorage Police Department regarding Gil Davis including but not limited to suspensions, reprimands, demotions, reassignments and terminations. For each action please also provide the beginning and ending dates, a complete description of the events leading to the action and reasons for the actions, and how it was

MUNICIPALITY OF ANCHORAGE
OFFICE OF THE MUNICIPAL ATTORNEY
P.O. Box 196650
Anchorage, Alaska 99519-6650
Telephone: 343-4545
Facsimile: 343-4550

RESPONSE TO FIRST SET OF DISCOVERY REQUESTS TO DEFENDANT ANCHORAGE POLICE DEPARTMENT
Berman v. APD Case No. A04-227CV (JKS)
Page 4 of 14

Page 4 of 14

resolved.

**ANSWER**: See response to Interrogatory No. 5.

## REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 1**: Please produce all audio and video recordings, and all recordings made by any other means, of all or part of the events of April 6, 2002 which are the subject of this action, including but not limited to the plaintiff's arrest and the events preceding and following her arrest.

**RESPONSE**: We have no audio and video recordings of the incident of April 6, 2002.

**REQUEST FOR PRODUCTION NO.2**: Please produce all written accounts of the events of April 6, 2002 which are the subject of this action, other than documents which have previously been produced pursuant to Civil Rule 26(a)(1).

**RESPONSE**: We have previously provided all written accounts of the events of April 6, 2002. However, see attached Tiburon print-out (dispatch entries) consisting of police call information (one page) and incident information (2 pages).

**REQUEST FOR PRODUCTION NO.3**: Please produce all written reports or other accounts produced by Robert Dutton relating to any events that on April 6, 2002, other than the events that are the subject of this action, including but not limited to arrest reports, police reports, accident reports, disturbance reports, and reports regarding any disputes, altercations or arguments between members of the public, or between Officer Dutton or any other

MUNICIPALITY
OF
ANCHORAGE

OFFICE OF THE
MUNICIPAL ATTORNEY
P.O. Box 196650
Anchorage, Alaska
99519-6650
Telephone: 343-4545
Facsimile: 343-4550

RESPONSE TO FIRST SET OF DISCOVERY REQUESTS TO DEFENDANT ANCHORAGE POLICE DEPARTMENT
Berman v. APD Case No. A04-227CV (JKS)
Page 5 of 14

Exhibit 4
Page 5 of 14

employee of the Anchorage Police Department, and one or more members of the public.

**RESPONSE**: Objection. This request seeks irrelevant information and is not reasonably calculated to lead to the discovery of admissible evidence. Moreover, this request seeks confidential law enforcement records which we are prohibited from disclosing pursuant to AMC 3.90.040 C. and AS 40.25.120. This request is also over-broad and burdensome.

**REQUEST FOR PRODUCTION NO.4**: Please produce all written reports or other accounts produced by Gil Davis relating to any events that occurred, April 6, 2002, other than the events that are the subject of this action, including but not limited to arrest reports, police reports, accident reports, disturbance reports, and reports regarding any disputes, altercations or arguments between members of the public, or between Sgt. Gil Davis or any employee of the Anchorage Police Department, and one or more members of the public.

**RESPONSE**: Same response as to Request for Production No. 3.

**REQUEST FOR PRODUCTION NO.5**: Please produce copies of all Anchorage Police Department policies and procedures regarding requesting identification from members of the public, and procedures for requesting identification from members of the public who are not suspected of unlawful activity.

**RESPONSE**: Objection. This request seeks irrelevant information, is confusing and is not reasonably calculated to lead to the discovery of admissible evidence. The Plaintiff was stopped and her identification was requested because of her suspected unlawful illegal activity. Moreover, see AS 28.15.131. In addition, discovery is ongoing and we reserve the

MUNICIPALITY
OF
ANCHORAGE

OFFICE OF THE
MUNICIPAL ATTORNEY

P.O. Box 196650
Anchorage, Alaska
99519-6650

Telephone: 343-4545
Facsimile: 343-4550

RESPONSE TO FIRST SET OF DISCOVERY REQUESTS TO DEFENDANT ANCHORAGE POLICE DEPARTMENT  Exhibit 4
Berman v. APD Case No. A04-227CV (JKS)
Page 6 of 14

Page 6 of 14

right to supplement this and other responses as more information becomes available.

**REQUEST FOR PRODUCTION NO. 6**: Please produce copies of all Anchorage Police Department policies and procedures regarding members of the public who decline to produce identification when requested to do so by a police officer.

**RESPONSE**: Objection. This request is over-broad, vague, confusing, seeks irrelevant information and information not reasonably calculated to lead to the discovery of admissible evidence and violates AMC 3.90.040 C. 5 and 6. Without waiving these objections, see, 28.15.131, and AS 12.25.180. In addition, discovery is ongoing and we reserve the right to supplement this and other responses as more information becomes available.

**REQUEST FOR PRODUCTION NO. 7**: Please produce copies of all Anchorage Police Department policies and procedures regarding the proper action to take when a member of the public who is not suspected of criminal activity declines to produce identification when requested to do so by a police officer.

**RESPONSE**: Same Response as to Request for Production No. 5.

**REQUEST FOR PRODUCTION NO. 8**: Please produce copies of all training materials provided to employees of the Anchorage Police Department regarding procedures for requesting identification from members of the public, and procedures for requesting identification from members of the public who are not suspected of unlawful activity.

**RESPONSE**: Same Response as Response to Request for Production No. 5.

MUNICIPALITY OF ANCHORAGE

OFFICE OF THE MUNICIPAL ATTORNEY
P.O. Box 196650
Anchorage, Alaska
99519-6650
Telephone: 343-4545
Facsimile: 343-4550

RESPONSE TO FIRST SET OF DISCOVERY REQUESTS TO DEFENDANT ANCHORAGE POLICE DEPARTMENT
Berman v. APD Case No. A04-227CV (JKS)
Page 7 of 14

Exhibit 4
Page 7 of 14

**REQUEST FOR PRODUCTION NO. 9**: Please produce copies of all training materials provided to employees of the Anchorage Police Department regarding the proper action to take when a member of the public declines to produce identification when requested to do so by a police officer.

**RESPONSE**: Same Response as Response to Request for Production No. 6.

**REQUEST FOR PRODUCTION NO. 10**: Please produce copies of all training materials provided to employees of the Anchorage Police Department regarding the proper action to take when a member of the public who is not suspected of criminal activity declines to produce identification when requested to do so by a police officer.

**RESPONSE**: See Response to Request for Production No. 5.

**REQUEST FOR PRODUCTION NO.11**: Please produce all documents related to the termination of Robert Dutton's employment with the Anchorage Police Department.

**RESPONSE**: Objection. This request seeks information which is not relevant and which is not reasonably calculated to lead to the discovery of admissible evidence. In addition, this request seeks confidential personnel and law enforcement files which we re prohibited from disclosing pursuant to AMC 3.30.016, AMC 3.90.040 B and AMC 3.90.040 C. Moreover, this request also seeks confidential files which we are prohibited from disclosing pursuant to AMC 3.90.040 O and pursuant to the Alaska Constitution's broad protection of the privacy rights of individuals. This request is also over-broad and burdensome.

MUNICIPALITY OF ANCHORAGE
OFFICE OF THE MUNICIPAL ATTORNEY
P.O. Box 196650
Anchorage, Alaska 99519-6650
Telephone: 343-4545
Facsimile: 343-4550

RESPONSE TO FIRST SET OF DISCOVERY REQUESTS TO DEFENDANT ANCHORAGE POLICE DEPARTMENT
Berman v. APD Case No. A04-227CV (JKS)
Page 8 of 14

Exhibit 4
Page 8 of 14

**REQUEST FOR PRODUCTION NO. 12**: If Gil Davis is no longer employed by the Anchorage Police Department, please produce all documents related to the termination of his employment.

**RESPONSE**: Same objections as to Request for Production No. 11. Without waiving these objections, Sergeant Davis is still employed by the Anchorage Police Department.

**REQUEST FOR PRODUCTION NO. 13**: Please produce all documents related to all complaints received regarding Robert Dutton, which were listed in your response to Interrogatory No.5.

**RESPONSE**: Same Response as Answer to Interrogatory No. 5.

**REQUEST FOR PRODUCTION NO. 14**: Please produce all documents related to all disciplinary actions initiated by the Anchorage Police Department regarding Robert Dutton, which were listed in your response to Interrogatory No.6.

**RESPONSE**: Same Response as Answer to Interrogatory No. 5.

**REQUEST FOR PRODUCTION NO. 15**: Please produce all documents related to all complaints received regarding Gil Davis, which were listed in your response to Interrogatory No. 7.

**RESPONSE**: Same Response as Answer to Interrogatory No. 7.

**REQUEST FOR PRODUCTION NO. 16**: Please produce all documents related to all disciplinary actions initiated by the Anchorage Police Department regarding Gil Davis, which were listed in your response to Interrogatory No.8.

MUNICIPALITY OF ANCHORAGE
OFFICE OF THE MUNICIPAL ATTORNEY
P.O. Box 196650
Anchorage, Alaska 99519-6650
Telephone: 343-4545
Facsimile: 343-4550

RESPONSE TO FIRST SET OF DISCOVERY REQUESTS TO DEFENDANT ANCHORAGE POLICE DEPARTMENT
Berman v. APD Case No. A04-227CV (JKS)
Page 9 of 14

Exhibit 4
Page 9 of 14

**RESPONSE:** Same Response as Answer to Interrogatory No. 8.

**REQUEST FOR PRODUCTION NO. 17:** Please produce copies of all complaints filed against the Municipality of Anchorage or the Anchorage Police Department, in State or Federal court, other than the instant action, arising out of the conduct or actions of Robert Dutton and/or Gil Davis.

**RESPONSE:** Objection. This request is vague, confusing, is burdensome, seeks irrelevant information and is not reasonably calculated to lead to the discovery of admissible evidence.

**REQUEST FOR PRODUCTION NO. 18:** Please produce copies of all complaints filed against the Anchorage Police Department or the Municipality of Anchorage, in State or Federal court, in the last five years, other than the instant action, alleging excessive force, assault and battery, false arrest or civil rights violations by any employee of the Anchorage Police Department.

**RESPONSE:** Objection. This request is burdensome and vague. It also seeks irrelevant information and information which is not reasonably calculated to lead to the discovery of admissible evidence.

MUNICIPALITY
OF
ANCHORAGE

OFFICE OF THE
MUNICIPAL ATTORNEY

P.O. Box 196650
Anchorage, Alaska
99519-6650

Telephone: 343-4545
Facsimile: 343-4550

RESPONSE TO FIRST SET OF DISCOVERY REQUESTS TO DEFENDANT ANCHORAGE POLICE DEPARTMENT
Berman v. APD Case No. A04-227CV (JKS)
Page 10 of 14

Exhibit 4
Page 10 of 14

## VERIFICATION

STATE OF ALASKA            )
                           )SS.
THIRD JUDICIAL DISTRICT    )

I, _Captain Thomas Nelb_, being first duly sworn, depose and state as follows:

I am the _Commander Public & Internal Affairs_ for the Municipality of Anchorage in the above-named case and I verify that I have read the foregoing interrogatories and request for production and understand the contents thereof; I have executed the foregoing document on behalf of the Municipality of Anchorage as my free and voluntary act and deed for the purposes therein set forth; and I verify that the same is true of my knowledge and belief as a duly authorized representative for the Municipality of Anchorage.

MUNICIPALITY OF ANCHORAGE

By: _[signature] CPT Nelb_

Its: _Commander of Public and Internal Affairs_

SUBSCRIBED AND SWORN TO before me this __1st__ day of November, 2005.

_[signature] Retah H___
Notary Public in and for Alaska
My Commission Expires: _1-1-06_

Exhibit __4__
Page __11__ of __14__

MUNICIPALITY OF ANCHORAGE
OFFICE OF THE MUNICIPAL ATTORNEY
P.O. Box 196650
Anchorage, Alaska
99519-6650
Telephone: 343-4545
Facsimile: 343-4550

RESPONSE TO FIRST SET OF DISCOVERY REQUESTS TO DEFENDANT ANCHORAGE POLICE DEPARTMENT
Berman v. APD Case No. A04-227CV (JKS)
Page 11 of 14

## VERIFICATION

I, Robert. Dutton, being first duly sworn, depose and state as follows:

I am a defendant in the above-named case and I verify that I have read the foregoing interrogatories and request for production and understand the contents thereof; I have executed the foregoing document as my free and voluntary act and deed for the purposes therein set forth; and I verify that the same is true of my knowledge and belief as a duly authorized representative for the Municipality of Anchorage.

_____
R. Dutton

SUBSCRIBED AND SWORN TO before me this ___1___ day of November, 2005.

_____
Notary Public in and for Alaska
My Commission Expires: __1-1-06__

MUNICIPALITY OF ANCHORAGE
OFFICE OF THE MUNICIPAL ATTORNEY
P.O. Box 196650
Anchorage, Alaska
99519-6650
Telephone: 343-4545
Facsimile: 343-4550

RESPONSE TO FIRST SET OF DISCOVERY REQUESTS TO DEFENDANT ANCHORAGE POLICE DEPARTMENT
Berman v. APD Case No. A04-227CV (JKS)
Page 12 of 14

Exhibit 4
Page 12 of 14

# VERIFICATION

I, Gil Davis, being first duly sworn, depose and state as follows:

I am a defendant in the above-named case and I verify that I have read the foregoing interrogatories and request for production and understand the contents thereof; I have executed the foregoing document as my free and voluntary act and deed for the purposes therein set forth; and I verify that the same is true of my knowledge and belief as a duly authorized representative for the Municipality of Anchorage.

_____
Gil Davis

SUBSCRIBED AND SWORN TO before me this ___1___ day of November, 2005.

_____Retah Hicks_____
Notary Public in and for Alaska
My Commission Expires: _1-1-06_

[Notary Seal: RETAH HICKS, NOTARY PUBLIC, STATE OF ALASKA]

Exhibit ___4___
Page ___13___ of ___14___

**MUNICIPALITY OF ANCHORAGE**
OFFICE OF THE MUNICIPAL ATTORNEY
P.O. Box 196650
Anchorage, Alaska
99519-6650
Telephone: 343-4545
Facsimile: 343-4550

RESPONSE TO FIRST SET OF DISCOVERY REQUESTS TO DEFENDANT ANCHORAGE POLICE DEPARTMENT
Berman v. APD Case No. A04-227CV (JKS)
Page 13 of 14

Respectfully submitted this __1st__ day of __November__, 2005.

>FREDERICK H. BONESS
>Municipal Attorney
>
>By: _____
>Mary B. Pinkel
>Assistant Municipal Attorney
>Alaska Bar No. 8505030

I hereby certify that I caused to be mailed a true and correct copy of this foregoing document to John Pharr on November __1__, 2005.

_____
Retah Hicks

4
14 of 14

MUNICIPALITY
OF
ANCHORAGE

OFFICE OF THE
MUNICIPAL ATTORNEY

P.O. Box 196650
Anchorage, Alaska
99519-6650

Telephone: 343-4545
Facsimile: 343-4550

RESPONSE TO FIRST SET OF DISCOVERY REQUESTS TO DEFENDANT ANCHORAGE POLICE DEPARTMENT
Berman v. APD Case No. A04-227CV (JKS)
Page 14 of 14