Mary B. Pinkel
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska  99519-6650
E-mail: pinkelmb@muni.org
(907) 343-4545
Facsimile: 343-4550

Attorney for Defendants Anchorage
Police Department; Ofc. R. Dutton;
And Sgt. Gil Davis

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JUDY L. BERMAN, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| ANCHORAGE POLICE DEPARTMENT, OFFICER ROBERT DUTTON, and SERGEANT GIL DAVIS, | ) ) ) ) |
| Defendants. | ) ) ) |

U.S. District Court Case No. 3:04-cv-227 (TMB)

### RESPONSE TO PLAINTIFF'S MOTION TO ACCEPT PLEADINGS FILED BY PLAINTIFF

Defendants, the Anchorage Police Department, Officer Robert Dutton and Sergeant Gil Davis, ("The Municipal Defendants"), through counsel, the Municipal Attorney's Office, hereby respond to the Plaintiff's Motion to Accept Pleadings filed by Plaintiff.

By way of background, Ms. Berman's counsel, John Pharr, has moved to withdraw as counsel for Ms. Berman in this litigation.  The Municipality has non-opposed this motion.

Ms. Berman, an attorney, now seeks to file pleadings on her own behalf pending the court's ruling on the motion to withdraw. While the Municipal Defendants understand that Ms. Berman wishes to file pleadings on her own behalf, Ms. Berman's actions have created confusion for the Municipality already and are likely to create more. For example, Ms. Berman has recently filed a motion to compel against the Municipality. See, Motion to Compel dated January 30, 2006 and identified as docket 51. The undersigned is not sure of whom she should be dealing with concerning the issues raised in this motion to compel. In addition, counsel for the Municipality had written Mr. Pharr a letter in December, 2005 concerning the discovery issues raised, and had received no further response. She was therefore taken aback that Ms. Berman filed the motion to compel before Ms. Berman or her counsel communicated further with the undersigned, especially in light of the favorable facts for the Municipality that were brought out at the December, 2005 depositions of Officers Davis and Dutton.[1] Furthermore, counsel for the Municipality would like to discuss other housekeeping issues, and is unsure as to whom she should contact.

For these reasons, counsel requests that the court rule on Mr. Pharr's Motion to Withdraw so that it is clear who is representing Ms. Berman in this matter. Counsel is hesitant to discuss matters with Ms. Berman while Ms. Berman is represented by counsel. However, it may be that Ms. Berman has undertaken to file pleadings without consulting her

---

1 The Municipality intends to file a response to the Plaintiff's motion to compel.
Response to motion to accept pleadings filed by plaintiff
Case No. A04-227CIV (TMB)
Page 2 of 3

attorney of record first. Therefore, the Municipality needs clarification of Ms. Berman's role in this matter.

Respectfully submitted this 10th day of February, 2006.

> FREDERICK H. BONESS
> Municipal Attorney
>
> By: /s/ Mary B. Pinkel
>     Mary B. Pinkel
>     Assistant Municipal Attorney
>     Alaska Bar No. 8505030

The undersigned hereby certifies that on 2/10/06 a true and correct copy of the foregoing was served on:
- John Pharr
- Judy L. Berman

by first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

/s/ Patricia A. Karella
Patricia A. Karella, Legal Secretary
Municipal Attorney's Office