Mary B. Pinkel
Assistant Municipal Attorney
Municipality of Anchorage Department of Law
Civil Division
P.O. Box 196650
Anchorage, Alaska  99519-6650
(907) 343-4545 (phone)
(907) 343-4550 (fax)
uslit@muni.org

Attorney for Defendants Anchorage
Police Department, Officer Robert Dutton,
And Sergeant Gil Davis

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| JUDY L. BERMAN, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| ANCHORAGE POLICE DEPARTMENT, OFFICER ROBERT DUTTON, and SGT. GIL DAVIS, | ) ) ) ) |
| Defendants. | ) ) |

U.S. District Court Case No. 3:04-cv- 227 CIV (TMB)

**MOTION FOR EXTENSION OF TIME FOR THE FILING OF OPPOSITION TO MOTION TO COMPEL**

Defendants, the Anchorage Police Department, Officer Robert Dutton and Sergeant Gil Davis ("the Municipal Defendants"), through counsel, the Municipal Attorney, move the court to extend the deadline for the filing of their opposition to the Plaintiff's Motion to Compel for an additional 14 days.    The Municipal Defendants' opposition is currently due

on February 17, 2006. If this court grants the defendants' motion for an extension, the new due date for the opposition will be March 3, 2006.

Counsel has left a message with John Pharr, opposing counsel, concerning her need for an extension of time, but has not received a call back. She is hesitant to contact Ms. Berman, as Ms. Berman is still formally represented by counsel. Ms. Berman herself filed the motion to compel, even though she is still represented by counsel.

The defendants file this motion on shortened time because their opposition is due on February 17, 2006. This motion is supported by the accompanying affidavit of counsel and is accompanied by an order.

Respectfully submitted this 14th day of February, 2006.

FREDERICK H. BONESS
Municipal Attorney

By: /s/ Mary B. Pinkel
    Mary B. Pinkel
    Assistant Municipal Attorney
    Alaska Bar No. 8505030

The undersigned hereby certifies that on 02/14/06 a
true and correct copy of the *Motion*
*for Extension of Time for the Filing of Opposition to Motion to Compel*
was served on:
- John Pharr
- Judy Berman

by first class regular mail, if noted above, or by electronic
means through the ECF system as indicated on the Notice
of Electronic Filing.
/s/ Patricia A. Karella
Patricia A. Karella, Legal Secretary
Municipal Attorney's Office