Mary B. Pinkel
Assistant Municipal Attorney
Municipality of Anchorage Department of Law
Civil Division
P.O. Box 196650
Anchorage, Alaska  99519-6650
(907) 343-4545 (phone)
(907) 343-4550 (fax)
uslit@muni.org

Attorney for Defendants Anchorage
Police Department, Officer Robert Dutton,
And Sergeant Gil Davis

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| JUDY L. BERMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ANCHORAGE POLICE DEPARTMENT, | ) |
| OFFICER ROBERT DUTTON, and | ) |
| SGT. GIL DAVIS, | ) |
| | ) |
| Defendants. | ) |
| | ) |

U.S. District Court Case No. 3:04-cv- 227 CIV (TMB)

**PROPOSED**

**ORDER GRANTING MOTION FOR EXTENSION OF TIME FOR THE FILING OF OPPOSITION TO MOTION TO COMPEL (ON SHORTENED TIME)**

Defendants, the Anchorage Police Department, Officer Robert Dutton and Sergeant Gil Davis ("the Municipal Defendants"), through counsel, the Municipal Attorney, have moved the court to extend the deadline for the filing of their opposition to the Plaintiff's Motion to Compel for an additional 14 days.  Good cause having been shown, the motion to

extend is hereby GRANTED. The Municipal Defendants' opposition to the motion to compel is now due on March 3, 2006.

Dated this \_\_\_\_ day of February, 2006.

_____
U.S.District Court Judge
Timothy M. Burgess

The undersigned hereby certifies that on _____ a
true and correct copy of the *Order on Motion*
*for Extension of Time for the Filing of Opposition to Motion to Compel*
was served on:
- John Pharr
- Judy Berman

by first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

 /s/ _____