Mary B. Pinkel
Assistant Municipal Attorney
Municipality of Anchorage Department of Law
Civil Division
P.O. Box 196650
Anchorage, Alaska  99519-6650
(907) 343-4545 (phone)
(907) 343-4550 (fax)
uslit@muni.org

Attorney for Defendants Anchorage
Police Department, Officer Robert Dutton,
And Sergeant Gil Davis

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| JUDY L. BERMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ANCHORAGE POLICE DEPARTMENT, | ) |
| OFFICER ROBERT DUTTON, and | ) |
| SGT. GIL DAVIS, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

U.S. District Court Case No. 3:04-cv-227 (TMB)

**AFFIDAVIT IN SUPPORT OF MOTION FOR EXTENSION OF TIME FOR THE FILING OF OPPOSITION TO MOTION TO COMPEL**

Mary B. Pinkel being duly sworn upon oath deposes and states as follows;

      1.    I am employed as an assistant municipal attorney in the Municipality of Anchorage Department of Law Civil Division, and have been assigned to represent the Anchorage Police Department, and Officers Robert Dutton and Gil Davis in this matter.

2.  I am in the midst of working on several other cases in my office which require my immediate attention, and will not be able to prepare an opposition to the Plaintiff's Motion to Compel by February 17, 2006, which is the date it is currently due. One of the cases I am currently working on involves the revocation of a child care license which is currently under suspension. The other cases involve civil lawsuits relating to municipal agencies and municipal employees.

3.  Last week I left a message for Mr. Pharr to see if he would be willing to grant me an extension of time to oppose the motion to compel. However, he has not returned my call, and I am hesitant to call Ms. Berman since she is still represented by counsel. As the court is aware, Mr. Pharr has moved to withdraw and Ms. Berman herself filed the motion to compel on January 30, 2006.

4.  Ms. Berman's motion to compel raises many issues concerning the confidentiality of police records, including confidential enforcement techniques and personnel files of law enforcement officers. In order to adequately oppose Ms. Berman's motion to compel, I will therefore need additional time to conduct further research and draft a response.

5.  Moreover, I am currently preparing for the court a dispositive motion which could very well dispose of this case and render the issues raised by Ms. Berman in her motion to compel moot. I plan to file that motion on February 27, 2006. For all of the above reasons, I request that the court grant me an extension of time until March 3, 2006 to file an opposition to the Plaintiff's Motion to Compel.

reasons, I request that the court grant me an extension of time until March 3, 2006 to file an opposition to the Plaintiff's Motion to Compel.

Dated this 14th day of February, 2006.

_____
Mary B. Pinkel
Assistant Municipal Attorney
Alaska Bar No. 8505030

SUBSCRIBED AND SWORN to before me this 14 day of February, 2006.

_____
Notary Public in and for Alaska
My commission expires: 3/20/07

The undersigned hereby certifies that on 02/14/06 a true and correct copy of the *Affidavit in Support of Motion for Extension of Time for the Filing of Opposition to Motion to Compel* was served on:

- John Pharr
- Judy Berman

by first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

/s/ Patricia A. Karella
Patricia A. Karella, Legal Secretary
Municipal Attorney's Office

**MUNICIPALITY OF ANCHORAGE**

OFFICE OF THE
MUNICIPAL ATTORNEY

P.O. Box 196650
Anchorage, Alaska
99519-6650

Telephone: 343-4545
Facsimile: 343-4550

Affidavit in Support of Motion for Extension of Time for the filing of Opposition to Motion to Compel
Case No. 3: 04-cv-227 (TMB)
Page 3 of 3