IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
JUDY L. BERMAN,              )
                             )
     Plaintiff,              )
                             )
vs.                          )
                             )
ANCHORAGE POLICE DEPT.,      )
OFC. ROBERT DUTTON, and      )
SGT. GIL DAVIS,              )
                             )
     Defendants.             )
_____)
Case No.  04-0227 CV (TMB)
```

**PLAINTIFF'S REPLY TO DEFENDANTS' RESPONSE TO
MOTION TO ACCEPT PLEADINGS FILED BY PLAINTIFF**

The plaintiff, Judy L. Berman, hereby files her reply to the defendants' response to her motion to accept pleadings filed by the plaintiff.

The plaintiff is in agreement with the defendants, to the extent that they do not appear to oppose her motion to file pleadings in her own behalf, pending a ruling by the court on her counsel's motion to withdraw.[1]

The defendants, however, made additional comments in their response, not directly related to the plaintiff's motion, and the plaintiff is not in agreement with these comments.

The defendants claim to have been "taken aback" by the Motion to Compel filed by the plaintiff. However, the plaintiff's counsel's letter of December 12, 2005 clearly informs

---

[1] The plaintiff filed a response non-opposing her counsel's motion to withdraw, although she did question the propriety of an attorney's withdrawing from a case due to "lack of time."

the defendants that a motion to compel will be filed if the defendants do not comply with the plaintiff's discovery requests. (*See* Exhibit 1 to the plaintiff's Motion to Compel). Defendants' counsel's letter in response restates the defendants' objections, and in no way suggests that further discussion could change the defendants' position, nor does it invite any further discussion of discovery matters. (*See* Exhibit 2 to the plaintiff's Motion to Compel). Therefore, there is no reason for the defendants to have been surprised or confused by the plaintiff's motion.

The plaintiff also disagrees with the comment that "favorable facts for the Municipality" were brought out in the depositions of Officers Dutton and Davis. Both officers, in fact, gave testimony that not only contradicted each other's version of events, but was also inconsistent with their previous accounts of the incident.

DATED this 21st day of February, 2006.

_s/  Judy L. Berman_____
Judy L. Berman
406 G Street, Suite 208
Anchorage, AK 99501
Phone: (907)272-3952
Fax: (907)272-3953
E-mail: judyberman@gci.net
Alaska Bar No. 9106027

**Certificate of Service**

I hereby certify that on February 21st, 2006, a copy of the foregoing Reply to Defendants' Response to Motion to Accept Pleadings Filed by Plaintiff was served electronically on:

Mary Pinkel
John Pharr

s/ Judy L. Berman