Mary B. Pinkel
Assistant Municipal Attorney
Municipality of Anchorage Department of Law
Civil Division
P.O. Box 196650
Anchorage, Alaska  99519-6650
(907) 343-4545 (phone)
(907) 343-4550 (fax)
uslit@muni.org

Attorney for Defendants Anchorage
Police Department, Officer Robert Dutton,
And Sergeant Gil Davis

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| JUDY L. BERMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ANCHORAGE POLICE DEPARTMENT, | ) |
| OFFICER ROBERT DUTTON, and | ) |
| SGT. GIL DAVIS, | ) |
| | ) |
| Defendants. | ) |
| | ) |

U.S. District Court Case No. 3:04-cv- 227-TMB

**MOTION FOR EXTENSION OF TIME FOR THE FILING OF DISPOSITIVE MOTIONS AND MOTIONS IN LIMINE (ON SHORTENED TIME)**

Defendants, the Anchorage Police Department, Officer Robert Dutton and Sergeant Gil Davis ("the Municipal Defendants"), through counsel, the Municipal Attorney, move the court to extend the deadline for the filing of dispositive motions and motions in limine for an additional 14 days. Pursuant to the court's previous order, dated January 23, 2006, the deadline for the filing of

dispositive motions and motions in limine is currently February 27, 2006.  However, the Municipal Defendants request that this deadline be extended an additional 14 days.  If this court grants the defendants' motion for an extension, the new due date for these motions will be March 13, 2006.

Counsel is hesitant to contact Ms. Berman, as Ms. Berman is still formally represented by counsel.  However, counsel for Ms. Berman has moved to withdraw and Ms. Berman herself has begun filing pleadings on her own behalf.

The defendants file this motion on shortened time because dispositive motions and motions in limine are currently due on February 27, 2006.  This motion is supported by the accompanying affidavit of counsel and is accompanied by an order.

Respectfully submitted this 22nd day of February, 2006.

FREDERICK H. BONESS
Municipal Attorney


By:  s/ Mary B. Pinkel
     Municipal Attorney's Office
     P.O. Box 196650
     Anchorage, Alaska 99519-6650
     Phone: (907) 343-4545
     Fax: (907) 343-4550
     E-mail: uslit@muni.org
     Alaska Bar No. 8505030

The undersigned hereby certifies that on 02/22/06 a
true and correct copy of the *Motion on shortened time
for Extension of Time for the Filing of Dispositive
Motions and Motions in Limine*
was served on:

- John Pharr
- Judy Berman

by first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

 s/Sheri Curro
Sheri Curro, Legal Secretary
Municipal Attorney's Office