Mary B. Pinkel
Assistant Municipal Attorney
Municipality of Anchorage Department of Law
Civil Division
P.O. Box 196650
Anchorage, Alaska  99519-6650
(907) 343-4545 (phone)
(907) 343-4550 (fax)
uslit@muni.org

Attorney for Defendants Anchorage
Police Department, Officer Robert Dutton,
And Sergeant Gil Davis

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| JUDY L. BERMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ANCHORAGE POLICE DEPARTMENT, | ) |
| OFFICER ROBERT DUTTON, and | ) |
| SGT. GIL DAVIS, | ) |
| | ) |
| Defendants. | ) |

U.S. District Court Case No. 3:04-cv- 227-TMB

**PROPOSED ORDER GRANTING MOTION FOR EXTENSION OF TIME FOR THE FILING OF DISPOSITIVE MOTIONS AND MOTIONS IN LIMINE (ON SHORTENED TIME)**

Defendants, the Anchorage Police Department, Officer Robert Dutton and Sergeant Gil Davis ("the Municipal Defendants"), through counsel, the Municipal Attorney, have moved the court to extend the deadline for the filing of dispositive motions and motions in limine for an additional 14 days.  Good cause having been shown, the motion to extend is

hereby GRANTED.  The Municipal Defendants' opposition to the motion to compel is now due on March 13, 2006.

Dated this _____ day of February, 2006.

                                                                                                U.S.District Court Judge
Timothy M. Burgess

The undersigned hereby certifies that on 02/22/06 a true and correct copy of the *Proposed Order on for Extension of Time for the Filing of Dispositive Motions and Motions in Limine*
was served on:
- John Pharr
- Judy Berman

by first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

 s/Sheri Curro
Sheri Curro, Legal Secretary
Municipal Attorney's Office

Order on Motion for Extension of time for
Filing of Dispositive Motions And Motions in Limine
Case No. 3:04-cv-227-TMB
Page 2 of 2