Mary B. Pinkel
Assistant Municipal Attorney
Municipality of Anchorage Department of Law
Civil Division
P.O. Box 196650
Anchorage, Alaska  99519-6650
(907) 343-4545 (phone)
(907) 343-4550 (fax)
uslit@muni.org

Attorney for Defendants Anchorage
Police Department, Officer Robert Dutton,
And Sergeant Gil Davis

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| JUDY L. BERMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ANCHORAGE POLICE DEPARTMENT, | ) |
| OFFICER ROBERT DUTTON, and | ) |
| SGT. GIL DAVIS, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

U.S. District Court Case No. 3:04-cv-227-TMB

**AFFIDAVIT IN SUPPORT OF MOTION FOR EXTENSION OF TIME FOR THE FILING OF DISPOSITIVE MOTIONS AND MOTIONS IN LIMINE (ON SHORTENED TIME)**

Mary B. Pinkel being duly sworn upon oath deposes and states as follows:

    1.    I am employed as an assistant municipal attorney in the Municipality of Anchorage Department of Law Civil Division, and have been assigned to represent the Anchorage Police Department, and Officers Robert Dutton and Gil Davis in this matter.

2.     I am in the midst of working on several other cases in my office which require my immediate attention, and will not be able to complete the dispositive motion on which I have been working by February 27, 2006, the date it is currently due. I have a demanding civil case load involving some complex legal matters concerning the Municipality. In addition, I have recently assisted another attorney in this office who is currently in a civil trial with Judge Morse in state court.

3.     I am hesitant to call Ms. Berman since she is still represented by counsel. As the court is aware, Mr. Pharr has moved to withdraw and Ms. Berman herself has begun filing her own pleadings.

4.     I am currently preparing for the court a dispositive motion which could very well dispose of this case. Although I have been working on that motion for the past month, other litigation concerning the Municipality has required me to divert my attention from my work on that motion. For all of the above reasons, I request that the court grant me an extension of time until March 13, 2006 to file dispositive motions and motions in limine

Affidavit in Support of Motion on shortened time for Extension
of Time for the filing of Dispositive Motions and Motions in Limine
Case No. 3:04-cv-227 (TMB)
Page 2 of 3

Dated this 22nd Day of February, 2006.

*Mary B. Pinkel*
Mary B. Pinkel
Assistant Municipal Attorney
Alaska Bar No. 8505030

SUBSCRIBED AND SWORN to before me this 22nd day of February, 2006.

*Sheri Curro*
Notary Public in and for Alaska
My commission expires: 2-21-09



The undersigned hereby certifies that on 02/22/06 a true and correct copy of the *Affidavit in Support of Motion on shortened time for Extension of Time for the Filing of Dispositive Motions and Motions in Limine* was served on:

- John Pharr
- Judy Berman

by first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

s/ Sheri Curro
Sheri Curro, Legal Secretary
Municipal Attorney's Office