# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JUDY L. BERMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ANCHORAGE POLICE DEPARTMENT, | ) |
| OFFICER ROBERT DUTTON, and | ) |
| SGT. GIL DAVIS, | ) |
| | ) |
| Defendants. | ) |
| | ) |

U.S. District Court Case No. 3:04-cv- 227-TMB

## ORDER GRANTING MOTION FOR EXTENSION OF TIME FOR THE FILING OF DISPOSITIVE MOTIONS AND MOTIONS *IN LIMINE* (ON SHORTENED TIME)

Defendants, the Anchorage Police Department, Officer Robert Dutton and Sergeant Gil Davis ("the Municipal Defendants"), through counsel, the Municipal Attorney, have moved to extend the deadline for the filing of dispositive motions and motions *in limine* for an additional 14 days.  Good cause having been shown, the motion to extend is hereby **GRANTED**.  The Municipal Defendants' opposition to the motion to compel is now due on **March 13, 2006.**

Dated this 24th day of February, 2006.

                                                             s/Timothy M. Burgess
                                                             U.S. District Court Judge
                                                             Timothy M. Burgess