Mary B. Pinkel
Assistant Municipal Attorney
Municipality of Anchorage Department of Law
Civil Division
P.O. Box 196650
Anchorage, Alaska  99519-6650
(907) 343-4545 (phone)
(907) 343-4550 (fax)
uslit@muni.org

Attorney for Defendants Anchorage
Police Department, Officer Robert Dutton,
And Sergeant Gil Davis

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JUDY L. BERMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ANCHORAGE POLICE DEPARTMENT, | ) |
| OFFICER ROBERT DUTTON, and | ) |
| SGT. GIL DAVIS, | ) |
| | ) |
| Defendants. | ) |
| | ) |

U.S. District Court Case No. 3:04-cv-227-TMB

### MOTION FOR SUMMARY JUDGMENT ON QUALIFIED IMMUNITY

Defendants, the Anchorage Police Department, Officer Robert Dutton and Sergeant Gil Davis ("the Municipal Defendants"), through counsel, the Municipal Attorney, move for summary judgment on all of the claims alleged by the Plaintiff in her complaint, pursuant to Federal Rule of Civil Procedure 56 based on the doctrine of qualified immunity.  This motion is supported by the attached memorandum, affidavits, exhibits, and designated portions of the deposition transcript of Ms. Judy Berman, the plaintiff.

Respectfully submitted this 13th day of March, 2006.

          FREDERICK H. BONESS
Municipal Attorney


By:  s/ Mary B. Pinkel
     Municipal Attorney's Office
     P.O. Box 196650
     Anchorage, Alaska 99519-6650
     Phone: (907) 343-4545
     Fax: (907) 343-4550
     E-mail: uslit@muni.org
     Alaska Bar No. 8505030

The undersigned hereby certifies that on 03/13/06 a true and correct copy of the *Defendants' Motion for Summary Judgment on Qualified Immunity, Memorandum in Support of Motion for Summary Judgment on Qualified Immunity and Affidavits of Gil Davis, Robert Dutton, John Daily, Chih Shen and Hsuehjen (Sharon) Chen.*
was served on:

- John Pharr
- Judy Berman

by first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

 s/Sheri Curro
Sheri Curro, Legal Secretary
Municipal Attorney's Office