Mary B. Pinkel
Assistant Municipal Attorney
Municipality of Anchorage Department of Law
Civil Division
P.O. Box 196650
Anchorage, Alaska  99519-6650
(907) 343-4545 (phone)
(907) 343-4550 (fax)
uslit@muni.org

Attorney for Defendants Anchorage
Police Department, Officer Robert Dutton,
And Sergeant Gil Davis

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| JUDY L. BERMAN, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| ANCHORAGE POLICE DEPARTMENT, OFFICER ROBERT DUTTON, and SGT. GIL DAVIS, | ) ) ) ) |
| Defendants. | ) ) |

U.S. District Court Case No. 3:04-cv-227-TMB

**AFFIDAVIT OF CHIH CHEN**

Chih Chen being duly sworn upon oath deposes and states as follows:

1.  I am a citizen of Anchorage and have lived here since July, 1991.  I am currently employed by Alaska Communications Systems ("A.C.S.") in the Tax Accounting Department as a senior tax accountant.

2.  On April 6, 2002 at about 10:20 p.m., my wife, Sharon Chen, and I stopped at the

Carrs Huffman Grocery Store to purchase some groceries. I was driving our mini-van and parked in an open parking space in front of the store.

3. After I had parked our car and was proceeding to the store, I saw a woman screaming at my wife, Sharon Chen, and me. I now know this woman to be Judy Berman. She was behaving aggressively; she was loud and intimidating. I had no idea why this woman was screaming at us. I wondered if she was under the influence of alcohol or drugs. It was my impression that she was acting highly abnormally, and I was concerned that she would get violent with us and possibly hurt us.

4. A police officer then approached her and interrupted her. He seemed very calm and very polite.

5. I was very glad that the police officer had stopped Ms. Berman. I was afraid that Ms. Berman was going to hurt us or our car. The police intervention at that point made us feel safe.

6. I then left the parking lot and went inside the store. My wife followed shortly after me. After we had done our shopping and had left the store, the police officer interviewed us, and asked for our names and phone numbers.

7. When we eventually learned that Ms. Berman had been angry at us for "taking" her parking space, we were very surprised. There were many open parking spaces in front of Carrs Grocery Store that night. I will always be grateful to the Anchorage police for intervening in this situation. Had the police officer not intervened when he did, I do not know what would have happened.

8.    I was very surprised to later learn that Ms. Berman is an attorney. Her behavior towards my wife and me on April 6, 2002 was very hostile and threatening, and made me concerned that she would get violent. In addition, her behavior towards the police officer was highly disrespectful.

Dated this ___ day of March, 2006.

_____

SUBSCRIBED AND SWORN to before me this 1st day of March, 2006.

_____
Notary Public in and for Alaska
My commission expires: 2-21-09

