Mary B. Pinkel
Assistant Municipal Attorney
Municipality of Anchorage Department of Law
Civil Division
P.O. Box 196650
Anchorage, Alaska  99519-6650
(907) 343-4545 (phone)
(907) 343-4550 (fax)
uslit@muni.org

Attorney for Defendants Anchorage
Police Department, Officer Robert Dutton,
And Sergeant Gil Davis

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| JUDY L. BERMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ANCHORAGE POLICE DEPARTMENT, | ) |
| OFFICER ROBERT DUTTON, and | ) |
| SGT. GIL DAVIS, | ) |
| | ) |
| Defendants. | ) |

U.S. District Court Case No. 3:04-cv-227-TMB

**AFFIDAVIT OF HSUEHJEN (SHARON) CHEN**

Sharon Chen being duly sworn upon oath deposes and states as follows:

1. I am a citizen of Anchorage and have lived here since December, 1991. I am currently employed by the Alaska Court System in the Information Services Department as an informational technology manager.

2. On April 6, 2002 at about 10:20 p.m., my husband, Chih Shen, and I stopped at

the Carrs Huffman Grocery Store to purchase some groceries. My husband was driving our mini-van and he parked in an open parking space in front of the store.

3. As my husband parked our car, I heard someone honk a car horn loudly several times. As we exited the car, I saw a woman waving her arms and screaming at us. I had no idea why this woman was honking and screaming at us.

4. I found this woman's behavior to be very rude, abusive and intimidating. I wondered if she was under the influence of alcohol or drugs. It was my impression that she was acting highly abnormally, and I was afraid that she would get violent with us and possibly hurt us or damage our car.

5. After the officer had come up to Ms. Ms. Berman, I heard Ms. Berman tell him that she was going to "sue" him. I also heard Ms. Berman say: "I am a U.S. citizen." All that the officer had done was approach Ms. Berman and begin speaking to her. In contrast to Ms. Berman, who was acting extremely agitated and abnormal, the police officer who had approached Ms. Berman spoke and acted very calmly.

6. I was very glad that the police officer had stopped Ms. Berman. I was afraid that Ms. Berman was going to hurt us or our car. The police intervention at that point made us feel safe.

7. I then left the parking lot and went inside the store. After my husband and I had done our shopping and had left the store, the police officer interviewed us, and asked for our names and phone numbers.

8. When we eventually learned that Ms. Berman had been angry at us for "taking"

8. When we eventually learned that Ms. Berman had been angry at us for "taking" her parking space, we were very surprised. There were many open parking spaces in front of Carrs Grocery Store that night. I will always be grateful to the Anchorage police for intervening in this situation. Had the police officer not intervened when he did, I do not know what would have happened.

9. In my work for the Alaska Court System, I come into contact with many lawyers and judges. I was very surprised to later learn that Ms. Berman is an attorney. Her behavior towards my husband and me on April 6, 2002 was very frightening. In addition, her behavior towards the police officer was highly disrespectful.

Dated this 1st day of March, 2006.

By: /s/ Hsuehjen Chen

SUBSCRIBED AND SWORN to before me this 1st day of March, 2006.

/s/ Sheri Curro
Notary Public in and for Alaska
My commission expires: 2-21-09



Affidavit of Hsuehjen (Sharon) Chen in Support of Motion for Summary Judgment
Case No. 3:04-cv-227-TMB
Page 3 of 3