Mary B. Pinkel
Assistant Municipal Attorney
Municipality of Anchorage Department of Law
Civil Division
P.O. Box 196650
Anchorage, Alaska  99519-6650
(907) 343-4545 (phone)
(907) 343-4550 (fax)
uslit@muni.org

Attorney for Defendants Anchorage
Police Department, Officer Robert Dutton,
And Sergeant Gil Davis

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| JUDY L. BERMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ANCHORAGE POLICE DEPARTMENT, | ) |
| OFFICER ROBERT DUTTON, and | ) |
| SGT. GIL DAVIS, | ) |
| | ) |
| Defendants. | ) |
| | ) |

U.S. District Court Case No. 3:04-cv-227-TMB

**ORDER DENYING PLAINTIFF'S MOTION TO COMPEL**

This court having considered the Plaintiff's Motion to Compel dated January 30, 2006, and having considered the opposition filed thereto,

IT IS HEREBY ORDERED that the

Plaintiff's Motion to Compel is HEREBY DENIED.

        DATED this \_\_\_\_ day of _____, 2006.

                      _____
                      The Honorable Timothy M. Burgess
                      United States District Court Judge

The undersigned hereby certifies that on 03/13/06 a true and correct copy of the *Order Denying Plaintiff's Motion to Compel* was served on:

- John Pharr
- Judy Berman

by first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

 s/Sheri Curro_____
Sheri Curro, Legal Secretary
Municipal Attorney's Office