Judy L. Berman
406 G Street, Suite 208
Anchorage, AK 99501
(907)272-3952

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

JUDY L. BERMAN,            )
                           )
    Plaintiff,             )
                           )
vs.                        )
                           )
ANCHORAGE POLICE DEPT.,    )
OFC. ROBERT DUTTON, and    )
SGT. GIL DAVIS,            )
                           )
    Defendants.            )
_____)
Case No.  A04-0227 CV (TMB)

**MOTION FOR ONE WEEK EXTENSION OF TIME (ON SHORTENED TIME)**

COMES NOW the plaintiff, Judy L. Berman, and hereby moves this court for a one week extension of time to file dispositive motions and motions *in limine*.  As explained in the declaration filed herewith, the plaintiff has been preparing a dispositive motion for the past several months, but will require a brief extension of time in order to complete and finalize the motion. This motion is supported by the declaration of the plaintiff filed herewith.

The plaintiff also notes that since mid-December 2005, the Municipal Attorney's Office, which represents the defendants, has requested and been granted five extensions of time, none of which

have been opposed by the plaintiff.[1]

DATED this 13th day of March, 2006.

        ___s/ Judy L. Berman____
        Judy L. Berman
        Alaska Bar No. 9106027
        406 G Street, Suite 208
        Anchorage, AK 99501
        phone: (907)272-3952
        fax: (907) 272-3953
        e-mail:
        judyberman@gci.net

Certificate of  Service

I certify that on the 13th day of  March, 2006 a true and correct copy of the foregoing document was served electronically on:

    John C. Pharr, Esq.

    Mary Pinkel

_s/ Judy L. Berman____
Judy L. Berman

---

[1] The defendants were granted an extension of time to respond to the plaintiff's Motion to Exclude Testimony of Expert Witness; two extensions of time to file dispositive motions and motions *in limine;* and two extensions of time to respond to the plaintiff's Motion to Compel Discovery.