IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
JUDY L. BERMAN,              )
                             )
     Plaintiff,              )
                             )
vs.                          )
                             )
ANCHORAGE POLICE DEPT.,      )
OFC. ROBERT DUTTON, and      )
SGT. GIL DAVIS,              )
                             )
     Defendants.             )
_____)
Case No.  A04-0227 CV (TMB)
```

**PROPOSED ORDER GRANTING ONE WEEK EXTENSION OF TIME**

THIS MATTER having come before the Court on the plaintiff's Motion for One Week Extension of Time, and the Court having considered the pleadings of the parties, and finding that good cause exists,

IT IS HEREBY ORDERED that the plaintiff's motion is GRANTED.

The plaintiff is hereby granted an extension of time until March 20, 2006 to file dispositive motions and motions *in limine*.

DATED this _____day of _____, 2006.

_____
Timothy M. Burgess
United States District Court Judge

-2-

**Certificate of Service**

I hereby certify that on March 13th, 2006, a copy of the foregoing PROPOSED ORDER GRANTING EXTENSION OF TIME was served electronically on:

Mary Pinkel
John Pharr

s/ Judy L. Berman

-2-