Judy L. Berman
406 G Street, Suite 208
Anchorage, AK 99501
(907)272-3952

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JUDY L. BERMAN, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ANCHORAGE POLICE DEPT., | ) |
| OFC. ROBERT DUTTON, and | ) |
| SGT. GIL DAVIS, | ) |
| | ) |
|     Defendants. | ) |
| _____ | ) |

Case No.  A04-0227 CV (TMB)

## DECLARATION OF PLAINTIFF IN SUPPORT OF MOTION FOR EXTENSION OF TIME

The plaintiff, Judy L. Berman, hereby states and affirms that the following is true to the best of her knowledge and belief:

1. I am the plaintiff in the above-captioned action, and I am making this declaration in support of my motion for an extension of time to file dispositive motions and motions *in limine.*

2. On December 15, 2005, my attorney moved to withdraw as counsel of record. He stated that I "[have] a good case", but that because of the demands on his time he "just cannot do it any more."

3. Since that time I have been working on the case on my

own, in addition to managing my own legal practice.  I am a sole practitioner.

    4.  I have been preparing a dispositive motion for the past several months.  However, due to the demands of my own practice, I will need additional time to complete and finalize the motion.

    5.  The defendants' attorney has previously requested and been granted five extensions of time, none of which have been opposed by  me.

    6.  I respectfully request that the court grant me a one week extension of time, until March 20, 2006, to file dispositive motions and motions *in limine.*

    DATED this 13th day of March, 2006.

> ___s/ Judy L. Berman____
> Judy L. Berman
> Alaska Bar No. 9106027
> 406 G Street, Suite 208
> Anchorage, AK 99501
> phone: (907)272-3952
> fax: (907) 272-3953
> e-mail:
> judyberman@gci.net

Certificate of  Service

I certify that on the 13th day of  March, 2006 a true and correct copy of the foregoing document was served electronically on:

    John C. Pharr, Esq.

    Mary Pinkel

_s/ Judy L. Berman____
Judy L. Berman

-2-