IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

|  |  |
|---|---|
| JUDY L. BERMAN, | CASE NO. 3:04-CV-227 TMB |
| Plaintiff, | ORDER |
| v. |  |
| ANCHORAGE POLICE DEPT., OFC. R. DUTTON, & SGT. G. DAVIS, |  |
| Defendants. |  |

On December 15, 2005, on the eve of the close of discovery,[1] Plaintiff's counsel, John C. Pharr, moved to withdraw. Docket 35. Plaintiff filed her own response to the motion indicating her qualified non-opposition, noting that "there would seem to be no point in opposing the motion," but questioning whether counsel's time constraints qualify as "good cause" pursuant to the local rules. Docket 38. Defendants suggest that the withdrawal of counsel would leave Ms. Berman unrepresented in this matter, and therefore a hearing pursuant to LR 11.1 is warranted. Docket 42.

---

[1] Pursuant to the Scheduling and Planning Order entered on June 13, 2005, the close of discovery was scheduled for December 30, 2005. Docket 28. The deadline for discovery motions, dispositive motions, and motions in limine was 30 days following the close of discovery. Subsequently, the court granted an unopposed Motion for Extension of Time filed by defendants, extending the deadline for filing dispositive motions and motions in limine until February 27, 2006. Docket 44. On February 22, 2006, Defendants once again moved for an extension of time for filing dispositive motions and motions in limine. This court granted an extension of time until March 13, 2006. Docket 62.

On January 23, 2006, this matter was reassigned to the undersigned for all further proceedings. Docket 45. Mr. Pharr's motion to withdraw does not comply with LR 11.1, which requires written consent of the client, substitution of counsel, or a showing of good cause. Furthermore, in light of the fact that his withdrawal left Ms. Berman without representation, Mr. Pharr should have requested a hearing and given his client twenty days written notice of the hearing. LR 11.1( c)(3)[B].

Further complicating matters, Plaintiff has filed a *pro se* motion to accept pleadings filed on her own behalf.[2] Docket 46. Defendants have requested that this court rule on the motion to withdraw, so that it is clear with whom they should be communicating with respect to this matter. Docket 54.

A status conference has been scheduled in this matter on **Wednesday, March 22, 2006, at 2:00 p.m.** The court will address: 1) Mr. Pharr's Motion to Withdraw, *including any efforts made to secure substitute counsel for Plaintiff*; 2) Plaintiff's Motion to Accept Pleadings; and 3) Plaintiff's Motion for Extension of Time.

Dated this the 16th day of March, 2006.

                                      s/ Timothy Burgess
                                      Timothy M. Burgess
                                      District Court Judge

---

[2]The court notes that Ms. Berman is an attorney licensed to practice in State and Federal courts in Alaska.