Mary B. Pinkel
Assistant Municipal Attorney
Municipality of Anchorage Department of Law
Civil Division
P.O. Box 196650
Anchorage, Alaska  99519-6650
(907) 343-4545 (phone)
(907) 343-4550 (fax)
uslit@muni.org

Attorney for Defendants Anchorage
Police Department, Officer Robert Dutton,
And Sergeant Gil Davis

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| JUDY L. BERMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ANCHORAGE POLICE DEPARTMENT, | ) |
| OFFICER ROBERT DUTTON, and | ) |
| SGT. GIL DAVIS, | ) |
| | ) |
| Defendants. | ) |
| | ) |

U.S. District Court Case No. 3:04-cv-227-TMB

**MOTION FOR CONTINUANCE OF HEARING DATE (on Shortened Time)**

Defendants, the Anchorage Police Department, Officer Robert Dutton and Sergeant Gil Davis ("the Municipal Defendants"), through counsel, the Municipal Attorney, move the court for a continuance of the hearing date currently set for March 22, 2006 at 2:00 p.m. in this matter. Counsel is unavailable and out of town the entire week of March 20 through March 24, 2006. However, counsel can be available on the following dates: March 29-31, 2006; and April 3, 4 or 6, 2006.

Respectfully submitted this 16th day of March, 2006.

          FREDERICK H. BONESS
          Municipal Attorney


By:  s/ Mary B. Pinkel
     Municipal Attorney's Office
     P.O. Box 196650
     Anchorage, Alaska 99519-6650
     Phone: (907) 343-4545
     Fax: (907) 343-4550
     E-mail: uslit@muni.org
     Alaska Bar No. 8505030

The undersigned hereby certifies that on 03/16/06 a true and correct copy of the *Defendants' Motion for Continuance of Hearing Date* was served on:

- John Pharr
- Judy Berman

By first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

 s/Sheri Curro
Sheri Curro, Legal Secretary
Municipal Attorney's Office