IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

|  |  |
|---|---|
| JUDY L. BERMAN,             ) | CASE NO. 3:04-CV-227 TMB |
|           Plaintiff,        ) | ORDER |
| v.                          ) |  |
| ANCHORAGE POLICE DEPT., OFC. R. DUTTON, & SGT. G. DAVIS, ) |  |
|           Defendants.       ) |  |

The status conference scheduled in this matter on <u>Wednesday, March 22, 2006, at 2:00 p.m.</u> is VACATED.  The status conference has been rescheduled for **<u>Monday, April 3, 2006, at 2:00 p.m.</u>**  The court will address:  1) Mr. Pharr's Motion to Withdraw, *including any efforts made to secure substitute counsel for Plaintiff*; 2) Plaintiff's Motion to Accept Pleadings; and 3) Plaintiff's Motion for Extension of Time.

The Court does not intend to rule on any pending motions prior to the status conference.  The parties are asked to refrain from filing any further pleadings in this matter until after the status conference, where deadlines regarding all pending motions, including any necessary extensions of time, will be addressed.

Dated this the 17th day of March, 2006.

                                                                                      s/ Timothy Burgess
                                                                                      Timothy M. Burgess
                                                                                      District Court Judge