Karen E. Bretz
Attorney at Law
P.O. Box 91457
Anchorage, AK 995019
(907) 277-5847 Voice
(907) 277-5848 Facsimile

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JUDY L. BERMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ANCHORAGE POLICE DEPT., | ) |
| OFC. ROBERT DUTTON, and | ) |
| SGT. GIL DAVIS, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

Case No.  A04-0227 CV (TMB)

### **ENTRY OF APPEARANCE**

PLEASE TAKE NOTICE that the office of Karen E. Bretz, Attorney at Law, hereby enters its appearance as counsel of record for the plaintiff, Judy L. Berman, in the above-captioned action, and requests that all future pleadings be served on it electronically, through the Court's Electronic Case Filing (CM/ECF) system.  Other correspondence may be directed to it at the address indicated below.

-2-

DATED this 27th day of April, 2006.

s/ Karen E. Bretz
Karen E. Bretz
Attorney at Law
P.O. Box 91457
Anchorage, AK 99509
(907) 277-5847 Voice
(907) 277-5848 Facsimile
e-mail: kbretz@alaska.net
Alaska Bar No. 9911058

Certificate of Service

I certify that on the 27th day of April, 2006 a true and correct copy of the foregoing document was served electronically on:

    Mary Pinkel

 s/ Karen E. Bretz
 Karen E. Bretz