Karen E. Bretz
Attorney at Law
P.O. Box 91457
Anchorage, AK 99509
(907)277-5847 Voice
(907)277-5848 Facsimile

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JUDY L. BERMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ANCHORAGE POLICE DEPT., | ) |
| OFC. ROBERT DUTTON, and | ) |
| SGT. GIL DAVIS, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

Case No.  A04-0227 CV (TMB)

**MOTION FOR PARTIAL SUMMARY JUDGMENT**

COMES NOW the plaintiff, Judy L. Berman, by and through her counsel of record, and pursuant to Rule 56 of the Federal Rules of Civil Procedure, hereby moves this court for partial summary judgment.  The plaintiff moves for summary judgment on her claims of false arrest, assault and battery, and violation of civil rights, based upon the fact that the investigatory stop of plaintiff was improper as a matter of law, even when the evidence is viewed in the light most favorable to the defendants. The plaintiff also notes that regardless of the propriety of the investigatory stop, the search of her wallet violated her federal

-2-

and state constitutional rights as a matter of law.  This motion is supported by the Memorandum of Points and Authorities and Exhibits filed herewith.

DATED this 3rd day of July, 2006.

> s/Karen E. Bretz
> Attorney for Plaintiff
> P.O. Box 91457
> Anchorage, AK 99509
> (907)277-5847 Voice
> (907)277-5848 Facsimile
> e-mail: kbretz@alaska.net
> Alaska Bar No. 9911058

Certificate of  Service

I certify that on the 3rd day of  July, 2006 a true and correct copy of the foregoing document was served electronically on:

    Mary Pinkel
    Assistant Municipal Attorney

 s/ Karen E. Bretz