**EXHIBIT 1**

EXCERPTS OF THE DEPOSITION OF ROBERT DUTTON

Will be scanned on 7/5/06