**EXHIBIT 2**

EXCERPTS OF THE DEPOSITION OF GIL DAVIS

Will be scanned on 7/5/06