**EXHIBIT 3**

POLICE REPORT OF ROBERT DUTTON

Will be scanned on 7/5/06