**EXHIBIT 4**

POLICE REPORT OF GIL DAVIS

Will be scanned on 7/5/06