**EXHIBIT 5**

EXCERPTS OF ROBERT DUTTON AND GIL DAVIS' DISCOVERY RESPONSES

Will be scanned on 7/5/06