Mary B. Pinkel
Assistant Municipal Attorney
Municipality of Anchorage Department of Law
Civil Division
P.O. Box 196650
Anchorage, Alaska  99519-6650
(907) 343-4545 (phone)
(907) 343-4550 (fax)
uslit@muni.org

Attorney for Defendants Anchorage
Police Department, Officer Robert Dutton,
And Sergeant Gil Davis

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| JUDY L. BERMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ANCHORAGE POLICE DEPARTMENT, | ) |
| OFFICER ROBERT DUTTON, and | ) |
| SGT. GIL DAVIS, | ) |
| | ) |
| Defendants. | ) |
| | ) |

U.S. District Court Case No. 3:04-cv-227-TMB

**JOINT MOTION FOR EXTENSION OF TIME FOR THE FILING OF**

**DEFENDANTS' OPPOSITION AND REPLY RE MOTIONS FOR SUMMARY**

**JUDGMENT**

**AND FOR FILING OF PLAINTIFF'S REPLY ON MOTION TO COMPEL**

Defendants, the Anchorage Police Department, Officer Robert Dutton and Sergeant.

Gil Davis ("the Municipal Defendants"), through counsel, the Municipal Attorney, and the

Plaintiff, Judy Berman, through counsel, Karen Bretz, jointly move the court to extend the deadlines for the filing of the Defendants' Opposition to Plaintiff's Motion for Partial Summary Judgment and for the filing of the Defendants' Reply to the Plaintiff's Opposition to the Defendants' Motion for Summary Judgment for an additional 45 days.  In addition, the parties move the court for an extension of time on the filing of the Plaintiff's Reply to the Defendants' Opposition to the Plaintiff's Motion to Compel for an additional 7 days.  Counsel have conferred and agree to these three extensions of time.  The parties therefore respectfully request that the court issue an order which grants the following extensions of time:

1. The deadline for the filing of Defendants' Opposition to Plaintiff's Motion for Partial Summary Judgment shall be extended from July 18, 2006 until September 1, 2006;

2. The deadline for the filing of Defendants' Reply to the Plaintiff's Opposition to the Defendants' Motion for Summary Judgment shall be extended from July 24, 2006 until September 7, 2006.

3. The deadline for the filing of Plaintiff's Reply to the Defendants' Opposition to the Plaintiff's Motion to Compel shall be extended nunc pro tunc from July 3, 2006 until July 10, 2006.

/

/

/

/

Joint Motion for Extension of Deadline for Filing Opposition & Reply
And for Filing of Plaintiffs Reply to Motion to Compel
Case No. 3:04-cv-227-TMB
Page 2 of 3

Respectfully submitted this 6th day of July, 2006.

>FREDERICK H. BONESS
>Municipal Attorney
>
>By: /s/ Mary B. Pinkel
>      Municipal Attorney's Office
>      P.O. Box 196650
>      Anchorage, Alaska 99519-6650
>      Phone: (907) 343-4545
>      Fax: (907) 343-4550
>      E-mail: uslit@muni.org
>      Alaska Bar No. 8505030

Respectfully submitted this 6th day of July, 2006.

>By: /s/Karen E. Bretz (consent given)
>      Karen E. Bretz Attorney at Law
>      Attorney for Plaintiff
>      P.O. Box 91457
>      Anchorage, AK 99509
>      Phone: (907) 277-5847
>      Fax: (907) 277-5848
>      E-mail: kbretz@alaska.net
>      Alaska Bar No. 9911058

The undersigned hereby certifies that on 07/06/06 a true and correct copy of the *Non-Opposed Motion for Extension of Time for the Filing of Defendants Opposition & Reply* was served on:

- Karen Bretz

by first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

/s/ Sheri Curro
Sheri Curro, Legal Secretary
Municipal Attorney's Office

Joint Motion for Extension of Deadline for Filing Opposition & Reply
And for Filing of Plaintiffs Reply to Motion to Compel
Case No. 3:04-cv-227-TMB
Page 3 of 3