IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JUDY L. BERMAN,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ANCHORAGE POLICE DEPT., OFFC. ROBERT DUTTON, & SGT. GIL DAVIS,<br><br>　　　　　Defendants. | Case No.  3:04-cv-227  TMB<br><br>O R D E R |

The parties have jointly moved to extend the deadlines for the filing of the Defendants' Opposition to Plaintiff's Motion for Partial Summary Judgment and for the filing of the Defendants' Reply to the Plaintiff's Opposition to the Defendants' Motion for Summary Judgment for an additional 45 days.  Docket 89.  In addition, the parties move for an extension of time on the filing of the Plaintiff's Reply to the Defendants' Opposition to the Plaintiff's Motion to Compel for an additional 7 days. Counsel have conferred and agree to these three extensions of time, but have failed to provide the Court with any reasonable excuse for an additional extension of time of 45 days.

Accordingly, IT IS HEREBY ORDERED:

1.  The deadline for the filing of Plaintiff's Reply to the Defendants' Opposition to the Plaintiff's Motion to Compel shall be extended nunc pro tunc from July 3, 2006 until July 10, 2006.

    2.  A hearing on the remaining requests for extensions of time is set before this Court on **Friday, July 21, 2006, at 2:00 p.m.**

    Dated at Anchorage, Alaska, this 7th day of July, 2006.

                                                /s/ Timothy Burgess  
                                                Timothy M. Burgess  
                                                United States District Judge