Mary B. Pinkel
Assistant Municipal Attorney
Municipality of Anchorage
Department of Law-Civil Division
P.O. Box 196650
Anchorage, Alaska 99519-6650
(907) 343-4545

Attorney for Defendants Anchorage
Police Department; Officer Robert Dutton;
and Sergeant Gil Davis

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

JUDY L. BERMAN,                          )
                                         )
            Plaintiff,                   )
                                         )
vs.                                      )
                                         )
ANCHORAGE POLICE DEPARTMENT,             )
OFC. ROBERT DUTTON and SGT. GIL          )
DAVIS                                    )
                                         )
            Defendants.                  )
_____)

Case No. A04-0227 CV (JKS)

*Exhibit 5*

### ROBERT DUTTON'S RESPONSE TO PLAINTIFF'S "FIRST" SET OF DISCOVERY REQUESTS TO DEFENDANT ROBERT DUTTON

The defendant, Robert Dutton, hereby responds to the "first"[1] set of discovery requests of the plaintiff Judy Berman to Robert Dutton as follows:

**REQUEST FOR ADMISSION NO. 1:** Please admit that your reason for approaching the plaintiff on April 6, 2002, was to determine if she needed assistance.

---
[1] These requests are really the second set of discovery requests from the Plaintiff to the defendant Robert Dutton.

MUNICIPALITY
OF
ANCHORAGE
OFFICE OF THE
MUNICIPAL ATTORNEY
P.O. Box 196650
Anchorage, Alaska
99519-6650
Telephone: 343-4545
Facsimile: 343-4550

**ANSWER:** Denied. See my police report. Ms. Berman was creating a disturbance. She was honking her horn and screaming repeatedly. She had also made a U turn.

**REQUEST FOR ADMISSION NO. 2:** Please admit that when you reached the plaintiff's location on April 6, 2002, she was no longer sounding her vehicle horn.

**ANSWER:** Objection. This request for admission seeks irrelevant information, and is not reasonably calculated to lead to the discovery of admissible evidence. Without waiving these objections, admit that Plaintiff Judy Berman stopped sounding the horn after I had begun to approach the vehicle.

**REQUEST FOR ADMISSION NO. 3:** Please admit that the plaintiff was not screaming when you decided to approach her, or at any time prior to when you decided to approach her.

**ANSWER:** Denied. See my police report. I heard Ms. Berman scream as I drove up to the area. She was screaming something about a "parking space." She subsequently told me that the Chens took her parking space.

**REQUEST FOR ADMISSION NO. 4:** Please admit that the plaintiff was courteous and cooperative when you approached her and began to speak with her.

**ANSWER:** Denied. See my police report. In addition, Ms. Berman failed to produce identification as requested, and failed to cooperate with me as discussed in my report.

MUNICIPALITY OF ANCHORAGE
OFFICE OF THE UNICIPAL ATTORNEY
P.O. Box 196650
Anchorage, Alaska 99519-6650
Telephone: 343-4545
Facsimile: 343-4550

**REQUEST FOR ADMISSION NO. 5:** Please admit that the plaintiff was not screaming when you approached her and began to speak with her.

**ANSWER:** Objection. This request seeks irrelevant information, is vague, confusing and poorly phrased. Without waiving these objections, this request is denied. It appeared to me that <u>after</u> Ms. Berman saw me approach her, she stopped screaming.

**REQUEST FOR ADMISSION NO. 6:** Please admit that the plaintiff had already exited her vehicle when you reached her location and began to speak with her.

**ANSWER:** Objection. This question is poorly phrased and is a compound question. In addition, it seeks irrelevant information and is not reasonably calculated to lead to the discovery of admissible evidence. Moreover, it is denied. Ms. Berman was still in her car when I reached it. I knocked on her door. She then stepped out of the car.

**REQUEST FOR ADMISSION NO. 7:** Please admit that after a brief conversation between you and the plaintiff, you made the statement, "If you do it again, I'll find it in my heart to cite you," or words to that effect.

**ANSWER:** Objection. This request seeks irrelevant information and is not reasonably calculated to lead to the discovery of admissible evidence. Without waiving these objections, I have no recollection of making such a statement and it is therefore denied.

**REQUEST FOR ADMISSION NO. 8:** Please admit that the plaintiff said, "Have a great night," or words to that effect, before she began to walk away.

MUNICIPALITY
OF
ANCHORAGE

OFFICE OF THE
UNICIPAL ATTORNEY
P.O. Box 196650
Anchorage, Alaska
99519-6650
Telephone: 343-4545
Facsimile: 343-4550

Robert Dutton's Response to Plaintiff's First Set of Discovery Requests to Defendant Robert Dutton
Case No. A04-0277 CV (JKS)
Page 3 of 10

**ANSWER:** Objection. This request seeks irrelevant information and is not reasonably calculated to lead to the discovery of admissible evidence. Without waiving these objections, see my police report which indicates that Ms. Berman made the statement "Have a nice day."

**REQUEST FOR ADMISSION NO. 9:** Please admit that the plaintiff was already walking away when you asked her to produce identification.

**ANSWER:** Objection. This request seeks irrelevant information and is not reasonably calculated to lead to the discovery of admissible evidence. Without waiving these objections, it is denied. See my police report, which indicates that I asked for Ms. Berman's identification as she initially tried to walk away.

**REQUEST FOR ADMISSION NO. 10:** Please admit that you and Sgt. Davis surrounded the plaintiff at the entrance to the store and restrained her, preventing her from entering the store.

**ANSWER:** Objection. This request seeks irrelevant information and is not reasonably calculated to lead to the discovery of admissible evidence. In addition, it is denied as it mischaracterizes what occurred. See my police report. However, it is admitted that restraint in the form of a sleeve guide was used. All other allegations are denied.

**REQUEST FOR ADMISSION NO. 11:** Please admit that after initially refusing to produce identification, the plaintiff agreed to produce identification.

MUNICIPALITY OF ANCHORAGE
OFFICE OF THE UNICIPAL ATTORNEY
P.O. Box 196650
Anchorage, Alaska 99519-6650
Telephone: 343-4545
Facsimile: 343-4550

Robert Dutton's Response to Plaintiff's First Set of Discovery Requests to Defendant Robert Dutton
Case No. A04-0277 CV (JKS)
Page 4 of 10

ANSWER: Denied. Ms. Berman never agreed to produce identification. See my police report.

**REQUEST FOR ADMISSION NO. 12:** Please admit that you saw Sgt. Davis take the plaintiff's wallet out of her hands.

ANSWER: Objection. This request seeks irrelevant information and is not reasonably calculated to lead to the discovery of admissible evidence. Without waiving these objections, it is denied. I did not see Sergeant Davis take Ms. Berman's wallet out of her hands. In addition, see my police report.

**REQUEST FOR ADMISSION NO. 13:** Please admit that you saw Sgt. Davis search through the plaintiff's wallet and remove her driver's license from the wallet.

ANSWER: Objection. This request seeks irrelevant information and is not reasonably calculated to lead to the discovery of admissible evidence. In addition, it seeks a legal conclusion to which no response is required. Without waiving these objections, admit that Officer Davis looked through Ms. Berman's wallet for her driver's license and that he removed her driver's license from the wallet. All other allegations are denied.

**INTERROGATORY NO. 1:** If your answer to Request for Admission No. 1 is anything other than an unqualified admission, please state all facts that are the basis for your response, and identify all evidence you intend to rely on in support of your response.

ANSWER: See response to Request For Admission ("RFA") number 1.

MUNICIPALITY OF ANCHORAGE
OFFICE OF THE UNICIPAL ATTORNEY
P.O. Box 196650
Anchorage, Alaska
99519-6650
Telephone: 343-4545
Facsimile: 343-4550

**INTERROGATORY NO. 12:** If your answer to Request for Admission No. 12 is anything other than an unqualified admission, please state all facts that are the basis for your response, and identify all evidence you intend to rely on in support of your response.

**ANSWER:** See response to RFA number 12.

**INTERROGATORY NO. 13:** If your answer to Request for Admission No. 13 is anything other than an unqualified admission, please state all facts that are the basis for your response, and identify all evidence you intend to rely on in support of your response.

**ANSWER:** See response to Request for Admission number 13.

**INTERROGATORY NO. 14:** Please provide the name of your current employer, and state your current position with that employer and a description of your current duties in that employment.

**ANSWER:** Objection. This request seeks irrelevant information and is not reasonably calculated to lead to the discovery of admissible evidence. Without waiving these objections, my current employer is the United Parcel Service ("UPS.") My position is that of a service provider. My duties are to deliver and pick up packages and parcels.

**INTERROGATORY NO. 15:** Please provide the name, address and telephone number of each employer who has employed you since your employment with the Anchorage Police Department, your position with each employer, the dates of each employment, the position you held at each employment, and a description of the duties.

**ANSWER:** Objection. This request seeks irrelevant information and is not reasonably calculated to lead to the discovery of admissible evidence. Without waiving

MUNICIPALITY OF ANCHORAGE
OFFICE OF THE MUNICIPAL ATTORNEY
P.O. Box 196650
Anchorage, Alaska 99519-6650
Telephone: 343-4545
Facsimile: 343-4550

Robert Dutton's Response to Plaintiff's First Set of Discovery Requests to Defendant Robert Dutton
Case No. A04-0277 CV (JKS)
Page 8 of 10

DEC 1 6 2005

these objections, United Parcel Service ("UPS") has been my employer since August 2003. It is located at 6200 Lockheed Avenue, Anchorage, AK 99502. Its phone number is 248-6282. The positions I have held at UPS are as follows: ramp employee (loading and un-loading aircraft); ramp supervisor (supervising employees who were performing ramp duties; and service provider (duties outlined in Response to Interrogatory No. 14.)

DATED this 12th day of December, 2005

FREDERICK H. BONESS
Municipal Attorney

By: _____
Mary B. Pinkel
Assistant Municipal Attorney
Alaska Bar Number 8505030

## VERIFICATION

STATE OF ALASKA      )
                     ) ss:
THIRD JUDICIAL DISTRICT )

I, Robert Dutton, being duly sworn upon oath, state that the foregoing interrogatories and requests for admission have been answered by me fully and truthfully to the best of my knowledge and belief

DATED this 14 day of December, 2005

_____
Robert Dutton

Subscribed and sworn to before me this 14 day of December, 2005.

_____
NOTARY PUBLIC IN AND FOR ALASKA
My commission expires: June 8, 2006

MUNICIPALITY OF ANCHORAGE
OFFICE OF THE MUNICIPAL ATTORNEY
P.O. Box 196650
Anchorage, Alaska 99519-6650
Telephone: 343-4545
Facsimile: 343-4550

Robert Dutton's Response to Plaintiff's First Set of Discovery Requests to Defendant Robert Dutton
Case No. A04-0277 CV (JKS)
Page 9 of 10

Certificate of Service
I certify that on the 13 day of December, 2005 the
original of the foregoing document was hand-delivered to:
LAW OFFICES OF JOHN C. PHARR
733 W. 4th Avenue, Suite 308
Anchorage, AK 99501

_Sheri Curro_
Sheri Curro

I hereby certify that I caused to be mailed / handdelivered a true and correct copy of the foregoing to:

_John Pharr_

on __14__ day of __December__ 20__05__

_Sheri Curro_

verification page

MUNICIPALITY
OF
ANCHORAGE

OFFICE OF THE
UNICIPAL ATTORNEY

P.O. Box 196650
Anchorage, Alaska
99519-6650

Telephone: 343-4545
Facsimile: 343-4550

Robert Dutton's Response to Plaintiff's First Set of Discovery Requests to Defendant Robert Dutton
Case No. A04-0277 CV (JKS)
Page 10 of 10

Mary B. Pinkel
Assistant Municipal Attorney
Municipality of Anchorage
Department of Law: Civil Division
P.O. Box 196650
Anchorage, Alaska 99519-6650
(907) 343-4545

Attorney for Defendants Anchorage
Police Department; Officer Robert Dutton and
And Sergeant Gil Davis

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JUDY L. BERMAN, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| ANCHORAGE POLICE DEPARTMENT, OFFFICER ROBERT DUTTON and SGT. GIL DAVIS, | ) ) ) ) |
| Defendants. | ) ) |

Case No. A04-0227 CV (JKS)

### GIL DAVIS'S RESPONSES TO PLAINTIFF'S "FIRST" SET OF DISCOVERY REQUESTS TO DEFENDANT GIL DAVIS

The defendant, Gil Davis, through counsel, the Municipal Attorney's Officer, hereby responds to the "first"[1] set of discovery requests of the Plaintiff Judy Berman to Gil Davis as follows:

---

[1] These requests are really the second set of discovery requests from the Plaintiff to the defendant Gil Davis.

MUNICIPALITY OF ANCHORAGE
OFFICE OF THE
JNICIPAL ATTORNEY
P.O. Box 196650
Anchorage, Alaska 99519-6650
Telephone: 343-4545
Facsimile: 343-4550

**REQUEST FOR ADMISSION NO. 1**: Please admit that you took the plaintiff's wallet out of her hands without her permission.

**ANSWER**: Objection. This request seeks irrelevant information and is not reasonably calculated to lead to the discovery of admissible evidence. Without waiving these objections, admit.

**REQUEST FOR ADMISSION NO. 2**: Please admit that you searched through the plaintiff's wallet and removed her driver's license from the wallet.

**ANSWER**: Objection. This request seeks irrelevant information and is not reasonably calculated to lead to the discovery of admissible evidence. In addition, it seeks a legal conclusion to which no response is required. Without waiving these objections, admit that I looked through Ms. Berman's wallet for her driver's license and removed Ms. Berman's driver's license from her wallet. All other allegations are denied.

**REQUEST FOR ADMISSION NO. 3**: Please admit that the plaintiff did not give you permission to search through her wallet.

**ANSWER**: Objection. This request seeks irrelevant information and is not reasonably calculated to lead to the discovery of admissible evidence. Without waiving these objections, admit.

**REQUEST FOR ADMISSION NO. 4**: Please admit that the plaintiff was holding her wallet in her hands and attempting to comply with your request to produce identification, when you took her wallet from her.

MUNICIPALITY OF ANCHORAGE
OFFICE OF THE UNICIPAL ATTORNEY
P.O. Box 196650
Anchorage, Alaska 99519-6650
Telephone: 343-4545
Facsimile: 343-4550

Gil Davis's Responses to Plaintiff's First Set of Discovery Requests to Defendant Gil Davis
Case NO. A04-0227 CV (JKS)
Page 2 of 4

ANSWER: This request is denied. Ms. Berman's wallet was in her hands, but she was not complying with our request that she produce identification.

**INTERROGATORY NO. 1:** If your answer to Request for Admission No. 1 is anything other than an unqualified admission, please state all facts that are the basis for your response, and identify all evidence that you intend to rely on in support of your response.

ANSWER: See response to Request for Admission ("RFA") Number 1.

**INTERROGATORY NO. 2:** If your answer to Request for Admission No.2 is anything other than an unqualified admission, please state all facts that are the basis for your response, and identify evidence you intend to rely on in support of your response.

ANSWER: See response to RFA Number 2.

**INTERROGATORY NO. 3:** If your answer to Request for Admission No.3 is anything other than an unqualified admission, please state all facts that are the basis for your response, and identify all evidence you intend to rely on in support of your response.

ANSWER: See Response to RFA Number 3.

**INTERROGATORY NO. 4:** If your answer to Request for Admission No.4 is anything other than an unqualified admission, please state all facts that are the basis for your response, and identify all evidence you intend to rely on in support of your response.

ANSWER: See Response to RFA Number 4. In addition, see my police report.

MUNICIPALITY OF ANCHORAGE
OFFICE OF THE UNICIPAL ATTORNEY
P.O. Box 196650
Anchorage, Alaska 99519-6650
Telephone: 343-4545
Facsimile: 343-4550

Gil Davis's Responses to Plaintiff's First Set of Discovery Requests to Defendant Gil Davis
Case NO. A04-0227 CV (JKS)
Page 3 of 4

DATED this 12th day of December, 2005.

                                              FREDERICK H. BONESS
                                              Municipal Attorney

                                  By: *[signature]*
                                          Mary B. Pinkel
                                          Assistant Municipal Attorney
                                          Alaska Bar Number 8505030

## VERIFICATION

STATE OF ALASKA          )
                               ) ss:
THIRD JUDICIAL DISTRICT  )

I, Gil Davis, being duly sworn upon oath, state that the foregoing interrogatories and requests for admission have been answered by me fully and truthfully to the best of my knowledge and belief.

DATED this 13th day of December 2005.

                                              *[signature]*
                                              Gil Davis

Subscribed and sworn to before me this 13th day of December 2005, at Anchorage, Alaska.

                                              *Sheri Curro*
                                              NOTARY PUBLIC IN AND FOR ALASKA
                                              My commission expires: 2-21-09



**Certificate of Service**
I certify that on the 13 day of December, 2005 the original foregoing document was hand-delivered to:
    LAW OFFICES OF JOHN C. PHARR
    733 W. 4th Avenue, Suite 308
    Anchorage, AK 99501

I hereby certify that I caused to be mailed / handdelivered a true and correct copy of the foregoing to:

John C. Pharr

*Sheri Curro*
Sheri Curro        on 13th day of December 20 05
                                  *Sheri Curro*

Gil Davis's Responses to Plaintiff's First Set of ~~Discovery Requests to Defendant Gil Davis~~
Case NO. A04-0227 CV (JKS)
Page 4 of 4

MUNICIPALITY OF ANCHORAGE
OFFICE OF THE MUNICIPAL ATTORNEY
P.O. Box 196650
Anchorage, Alaska
99519-6650
Telephone: 343-4545
Facsimile: 343-4550