Karen E. Bretz
Attorney at Law
P.O. Box 91457
Anchorage, AK 99509
(907) 277-5847 Voice
(907) 277-5848 Facsimile

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JUDY L. BERMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ANCHORAGE POLICE DEPT., | ) |
| OFC. ROBERT DUTTON, and | ) |
| SGT. GIL DAVIS, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

Case No. A04-0227 CV (TMB)

**ERRATA TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

The plaintiff, Judy L. Berman, by and through counsel, hereby gives notice of the filing of errata to the previously filed Opposition to Motion for Summary Judgment on Qualified Immunity (Docket 87).

Due to technical issues, Exhibits 1-4 to the motion could not be scanned at the time the motion was filed. These exhibits are being filed herewith. In addition, the signed copy of the affidavit in support, filed at Docket 88, is also being filed. The plaintiff apologizes to the court for the delay.

-2-

DATED this 12th day of July, 2006.

        s/ Karen E. Bretz_____
Karen E. Bretz
Attorney at Law
P.O. Box 91457
Anchorage, AK 99509
(907) 277-5847 Voice
(907) 277-5848 Facsimile
e-mail: kbretz@alaska.net
Alaska Bar No. 9911058

Certificate of Service

I certify that on the 12th day of July, 2006 a true and correct copy of the foregoing document was served electronically on:

   Mary Pinkel

 s/ Karen E. Bretz
 Karen E. Bretz