02-16925

| Continuation | Supplemental | | MUNICIPALITY | CASE NUMBERS |
|---|---|---|---|---|

**MUNICIPALITY OF ANCHORAGE**
**ANCHORAGE POLICE DEPARTMENT**
**NARRATIVE REPORT**

CASE NUMBERS
~~02-16929~~

CROSS REF. CASE #

DATE OCCURRED:
**4/6/2002**

TYPE OF INCIDENT
**RESISTING**

LOCATION OCCURRED
**CARRS HUFFMAN**

COMPLAINANT OR VICTIM

**NOTIFICATION:** On 04/06/2002 OFC DUTTON and I were working on an alcohol compliance check. Our mission was to observe liquor stores and watch for under aged individuals and intoxicated persons on the premises. At about 2215 hours we ended the detail and were leaving the Carrs on Huffman where we were last working. As we exited the lot I was behind OFC DUTTON in an under cover car. I heard a sound of a car horn, OFC DUTTON turned back, I followed.

**OBSERVATIONS:** I saw OFC DUTTON stop by a small gray car. He appeared to be speaking with the driver. I went to park. When I came back on foot I saw OFC DUTTON speaking with a WFA who was waving her arms around and appeared to be yelling though I could not hear her. The WFA then ran into the store, OFC DUTTON chased after her. They stopped in the foyer. AS I approached I saw OFC DUTTON begin to struggle with her, I ran to them.

OFC DUTTON was asking her for her ID, she was not compiling. The WFA was very angry, she was yelling that "This is the United States America" and "I don't have to give my ID to you". She kept yelling, disturbing the store so we decided to take her outside the store. Outside OFC DUTTON again asked for her ID and she kept refusing and arguing about the situation. She had her purse in her hands. She indicated that her ID was in it but would not open it. I took it away from her, she struggled and we handcuffed her. I took her ID from the purse in her view and put it in her jacket pocket.

The WFA stated that she was a lawyer and would sue us. OFC DUTTON arrested her for resisting. I ran her ID, her license was expired. OFC DUTTON cited and released her, telling her not to drive.

**CASE STATUS:** ATTACH TO ORIGINAL

26795

Exhibit 4

| Reporting Officer | DSN | Date Written | | |
|---|---|---|---|---|
| Sgt. Davis | 1275 | 4/7/2002 | **ORIGINAL REPORT** | PAGE 1 |