Mary B. Pinkel
Assistant Municipal Attorney
Municipality of Anchorage Department of Law
Civil Division
P.O. Box 196650
Anchorage, Alaska  99519-6650
(907) 343-4545 (phone)
(907) 343-4550 (fax)
uslit@muni.org

Attorney for Defendants Anchorage
Police Department, Officer Robert Dutton,
And Sergeant Gil Davis

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| JUDY L. BERMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ANCHORAGE POLICE DEPARTMENT, | ) |
| OFFICER ROBERT DUTTON, and | ) |
| SGT. GIL DAVIS, | ) |
| | ) |
| Defendants. | ) |
| | ) |

U.S. District Court Case No. 3:04-cv-227-TMB

| | |
|---|---|
| STATE OF ALASKA | ) |
| | ) ss. |
| THIRD JUDICIAL DISTRICT | ) |

**AFFIDAVIT OF MARY B. PINKEL IN SUPPORT OF JOINT MOTION FOR**

**EXTENSION OF TIME**

Mary B. Pinkel being duly sworn upon oath deposes and states as follows:

1.      I am employed by the Municipality of Anchorage, Department of Law, Civil Division as an Assistant Municipal Attorney. In that capacity, I am assigned to represent Robert Dutton, Gilbert Davis and the Anchorage Police Department (collectively referred to as "the Municipal Defendants") in this matter.

2.      On July 3, 2006, at 9:20 p.m., the Plaintiff filed a motion for partial summary judgment. In addition, at the same time, the Plaintiff filed an opposition to the Defendants' motion for summary judgment on qualified immunity.

3.      On July 6, 2006, Ms. Bretz, attorney for the Plaintiff, and I agreed that we would file a joint request for an extension of time with respect to the following deadlines: the Plaintiff's Reply to the Defendants' Opposition to Motion to Compel; the Defendants' Opposition to the Plaintiff's Motion for Partial Summary Judgment; and the Defendants' Reply to the Plaintiff's Opposition to the Defendant's Motion for Summary Judgment. I requested the two extensions on behalf of the Defendants because I had to leave town for a previously scheduled family reunion from July 7-17th; had recently received assignments to assist the Municipality Department of Health in time-sensitive requests for advice, including requests from the Child and Adult Care Section concerning child care investigations; the approaching discovery and dispositive motion deadlines in *Duffy v. MOA*, Case no. 3:05-cv-152-TMB, and the demands of my civil cases in state court. I therefore requested a 45 day extension of time for the filing of the two briefs in this case. Ms. Bretz agreed to these extensions of time. However, I inadvertently failed to explain to the court my reasons for requesting these extensions.

4. In addition, the two recent motions filed by Plaintiff for which I have requested extensions of time for filing a response were not complete at the time of filing, as the exhibits were not scanned in and attached until July 12, 2006. Therefore, I was not able until today to review many of the exhibits that the Plaintiff had filed with her pleadings and have still not had the opportunity to completely review the Plaintiff's recent filings.

5. Because of my busy case load and the emergency nature of my work for the Health Department, it will take me at least 45 days to prepare responses to the Plaintiff's recent filings. For all of these reasons, I request that the court grant the Municipality extensions of time to file responses to the Plaintiff's recent Motion for Partial Summary Judgment and the Plaintiff's Opposition to the Defendants' Motion for Summary Judgment of March 13, 2006. I sincerely apologize to the court for not expressing my reasons for my request for extensions of time previously.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

By: _____
     Mary B. Pinkel

SUBSCRIBED AND SWORN to before me this 18th day of July, 2006.

_____
Notary Public in and for Alaska
My commission expires: _____

The undersigned hereby certifies that on July 18, 2006 a true and correct copy of the *Affidavit of Mary B. Pinkel* was served on:

- Karen Bretz

by first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

 s/ Patricia A. Karella
Patricia A. Karella, Legal Secretary
Municipal Attorney's Office