Karen E. Bretz
Attorney at Law
P.O. Box 91457
Anchorage, AK  99509
(907) 277-5847 Voice
(907) 277-5848 Facsimile

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JUDY L. BERMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ANCHORAGE POLICE DEPT., ) | |
| OFC. ROBERT DUTTON, and ) | |
| SGT. GIL DAVIS, ) | |
| ) | |
| Defendants. ) | |
| ) | Case No. A04-0227 CV (TMB) |

## JOINT STATUS REPORT

On January 30, 2006 plaintiff filed a motion to compel discovery, seeking discovery related to:

1. Personnel information regarding defendants Dutton and Davis.

2. APD policies and procedures and officer training regarding stopping members of the public.

The Court requested that the parties confer toward resolving plaintiff's motion to compel discovery and to submit a joint status report by July 31, 2006.

On July 28 counsel for the parties conferred over the telephone and agreed that discovery regarding pertinent APD policies and procedures and training shall be provided to plaintiff under a confidentiality agreement signed by plaintiff and her counsel. If the plaintiff believes that the provided discovery is not responsive to her request and the parties cannot reach an agreement of what shall be provided, plaintiff shall inform the court.

The parties were unable to resolve issues regarding personnel information regarding Dutton and Davis.

A copy of this joint status report has been provided to and approved by defendants' counsel.

DATED this 28th day of July, 2006.

/s/ Karen E. Bretz
Karen E. Bretz
Attorney at Law
P.O. Box 91457
Anchorage, AK  99509
(907) 277-5847 Voice
(907) 277-5848 Facsimile
email:  kbretz@alaska.net
Alaska Bar No. 9911058

Certificate of Service

I certify that on the 30th day of July, 2006 a true and correct copy of the foregoing document was served electronically on

Mary Pinkel, Assistant Municipal Attorney
Municipality of Anchorage

/s/ Karen E. Bretz
Karen E. Bretz