**TABLE OF CONTENTS**

Exhibit A    Deposition of Judy L. Berman.

Exhibit B    Deposition of Robert Dutton.

Exhibit C    Deposition of Sergeant Gilbert M. Davis

Exhibit D    Affidavit of Robert Dutton

Exhibit E    Affidavit of Gil Davis

Exhibit F    Affidavit of Hsuehjen (Sharon) Chen

Exhibit G    Affidavit of Chih Chen

Exhibit H    Affidavit of John Daily