Mary B. Pinkel
Assistant Municipal Attorney
Municipality of Anchorage Department of Law
Civil Division
P.O. Box 196650
Anchorage, Alaska  99519-6650
(907) 343-4545 (phone)
(907) 343-4550 (fax)
uslit@muni.org

Attorney for Defendants Anchorage
Police Department, Officer Robert Dutton,
And Sergeant Gil Davis

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| JUDY L. BERMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ANCHORAGE POLICE DEPARTMENT, | ) |
| OFFICER ROBERT DUTTON, and | ) |
| SGT. GIL DAVIS, | ) |
| | ) |
| Defendants. | ) |
| | ) |

U.S. District Court Case No. 3:04-cv-227-TMB

**STIPULATION FOR PROTECTIVE ORDER**

Defendants, the Anchorage Police Department, Officer Robert Dutton and Sergeant. Gil Davis ("the Municipal Defendants"), through counsel, the Municipal Attorney, and the Plaintiff, Judy Berman, through counsel, Karen Bretz, HEREBY AGREE AND STIPULATE THAT THE Anchorage Police Department ("APD") policy and procedure information and training materials ("APD materials") responsive to Plaintiff's discovery request merit court

protection against disclosure to minimize the risk that lawbreakers will gain prior knowledge of police techniques, and to permit police personnel to carry out law enforcement work without undue interference or hazard.  The parties stipulate and agree that the "APD materials" requested by Plaintiff through discovery in this case shall be disclosed only to Plaintiff's counsel and Plaintiff.  Upon entry of the Court's order on this stipulation, the Municipality shall produce copies of these APD materials to Plaintiff's counsel, Karen Bretz.  Plaintiff's counsel shall not make, nor permit to be made, copies of the documents for anyone, including the Plaintiff.  However, Plaintiff's counsel may show these APD materials to Plaintiff.  In addition, Plaintiff's counsel and Plaintiff shall not disclose, cause to be disclosed, or allow to be disclosed, the documents or any of their contents to any person or entity not directly related to this case.

      The parties further stipulate that if the parties wish to refer to any such document in a pleading, motion, and exhibit or in any other manner in this matter, that they will submit the documents to this court under seal for its review.  The court will then determine whether and how the documents might be used in this matter without unduly risking re-disclosure.  In the event the parties use the documents produced in further proceedings in this matter, they will instruct the court clerk to designate the records "confidential" and will request that the clerk transcribe the confidential portions on a separate record with the documents utilized also included and marked "confidential."  All parties agree that these documents are produced pursuant to this Protective Order and shall not be used or referred to in any other litigation.  All documents shall be returned to the Office of the Municipal Attorney at the conclusion of this case.  This Stipulation for Protective Order addresses the following documents, and the

contents thereof:

1. 3.02.015 Custody-- Field Interviews --Operational Procedures

2. 3.02.020 Arrests –General  Operational Procedures

3.  3.02.025  Arrests—Misdemeanors—Operational Procedures

4. 3.03.005  Traffic Law Enforcement – Operational Procedures

5.  Training Bulletin #283 (7/26/04) (re Nevada case)

6. 3.07.005 Response to Resistance

7. Search Incident to Arrest Cases from Training Materials in blue notebook entitled "Alaska Legal Briefs"

Respectfully submitted this 24th day of August, 2006.

        FREDERICK H. BONESS
        Municipal Attorney


        By:  __s/ Mary B. Pinkel__
        Municipal Attorney's Office
        P.O. Box 196650
        Anchorage, Alaska 99519-6650
        Phone: (907) 343-4545
        Fax: (907) 343-4550
        E-mail: uslit@muni.org
        Alaska Bar No. 8505030

Respectfully submitted this day of 24th August, 2006.

        By:  __s/ Karen E. Bretz (consent given)__
        Karen E. Bretz Attorney at Law
        Attorney for Plaintiff

Case No. 3:04-cv-227-TMB
Page 3 of 5

P.O. Box 91457  
Anchorage, AK  99509  
Phone: (907) 277-5847  
Fax: (907) 277-5848  
E-mail: kbretz@alaska.net  
Alaska Bar No. 9911058

**ORDER**

IT IS SO ORDERED

By: _____
   The Honorable Timothy M. Burgess

The undersigned hereby certifies that on 8/24/06 a true and correct copy of the Stipulation for Protective Order was served on:
- Karen Bretz

by first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

 s/ Sheri Curro_____
Sheri Curro, Legal Secretary
Municipal Attorney's Office