Karen E. Bretz
Attorney at Law
P.O. Box 91457
Anchorage, AK  99509
Phone:  (907) 277-5847
Fax:  (907) 277-5848

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JUDY L. BERMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ANCHORAGE POLICE DEPT., | ) |
| OFC. ROBERT DUTTON, and | ) |
| SGT. GIL DAVIS, | ) |
| | ) |
| Defendants. | ) |
| | ) Case No. A04-0227 CV (TMB) |

### MOTION ON SHORTENED TIME FOR AN ENLARGEMENT OF TIME TO FILE MOTIONS IN LIMINE

COMES NOW plaintiff Judy Berman, through counsel, and moves the Court for an enlargement of time to file her motions in limine.  This motion is filed on shortened time.

In its August 8, 2006 Revised Order for Pre-Trial Proceedings and Final Pre-Trial Conference, the Court set a deadline of August 31, 2006 for the filing of motions in limine.  Plaintiff files this motion because she has had a death in her family and will be in Oregon all this week tending to family matters.  Her counsel requires her assistance in

preparing the motions in limine.  Plaintiff requests an enlargement of time until September 11, 2006 to file her motions in limine.

DATED this 30th day of August, 2006.

/s/ Karen E. Bretz
Karen E. Bretz
Attorney at Law
P.O. Box 91457
Anchorage, AK  99509
Phone :  (907) 277-5847
Fax:  (907) 277-5848
email:  kbretz@alaska.net
Alaska Bar No. 9911058

Certificate of Service

I certify that on the 30th day of August, 2006 a true and correct copy of the foregoing document was served electronically on

Mary Pinkel, Assistant Municipal Attorney
Municipality of Anchorage

/s/ Karen E. Bretz
Karen E. Bretz