Karen E. Bretz
Attorney at Law
P.O. Box 91457
Anchorage, AK  99509
Phone:  (907) 277-5847
Fax:  (907) 277-5848

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JUDY L. BERMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ANCHORAGE POLICE DEPT., | ) |
| OFC. ROBERT DUTTON, and | ) |
| SGT. GIL DAVIS, | ) |
| | ) |
| Defendants. | ) |
| | ) Case No. A04-0227 CV (TMB) |

**JOINT MOTION ON SHORTENED TIME FOR AN ENLARGEMENT OF TIME TO FILE DRAFT PRE-TRIAL ORDER**

COME NOW the parties and move the Court for an enlargement of time to file the joint draft pre-trial order.  This motion is filed on shortened time.

In its August 8, 2006 Revised Order for Pre-Trial Proceedings and Final Pre-Trial Conference, the Court ordered the parties to submit a single, joint proposed pre-trial order on or before August 31, 2006.

The parties file this motion because plaintiff has had a death in her family and will be in Oregon all this week tending to family matters.  The parties request an enlargement

of time until September 11, 2006 to file the draft pre-trial order.  Due to the fact that the draft pre-trial order and appendices is a joint filing, the parties request that the Court order indicate that all parties have an extension of time for the filing of the draft pre-trial order and all attachments thereto, as required by the Court's August 8, 2006 Revised Order.

DATED this 30th day of August, 2006.

    /s/ Karen E. Bretz
Karen E. Bretz
Attorney at Law
P.O. Box 91457
Anchorage, AK  99509
Phone :  (907) 277-5847
Fax:  (907) 277-5848
email:  kbretz@alaska.net
Alaska Bar No. 9911058

DATED this 30th day of August, 2006.

FREDERICK H. BONESS
Municipal Attorney

By:    /s/ Mary B. Pinkel (consent given)
Municipal Prosecutor's Office
P.O. Box 196650
Anchorage, AK  99519-6650
Phone:  (907) 343-4545
Fax:  (907) 343-4550
Email:  uslit@muni.org
Alaska Bar No. 8505030

Certificate of Service

I certify that on the 30th day of August, 2006 a true and correct copy of the foregoing document was served electronically on

Mary Pinkel, Assistant Municipal Attorney
Municipality of Anchorage

/s/ Karen E. Bretz
Karen E. Bretz