Karen E. Bretz
Attorney at Law
P.O. Box 91457
Anchorage, AK 99509
(907) 277-5847 Voice
(907) 277-5848 Facsimile

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JUDY L. BERMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ANCHORAGE POLICE DEPT., | ) |
| OFC. ROBERT DUTTON, and | ) |
| SGT. GIL DAVIS, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

Case No.  A04-0227 CV (TMB)

**MOTION ON SHORTENED TIME FOR AN ENLARGEMENT
OF TIME TO FILE PLAINTIFF'S REPLY TO OPPOSITION
TO MOTION FOR PARTIAL SUMMARY JUDGMENT**

COMES NOW  the plaintiff, Judy Berman, through counsel, and moves the Court for an enlargement of time to file her reply to the defendants' opposition to her motion for partial summary judgment.

Plaintiff files this motion because she had to be out of town unexpectedly last week due to a death in her family.  The Court has previously ordered that the reply is due on September 7, 2006.  Plaintiff's counsel requires her assistance in preparing the reply to the defendants'

-2-

opposition to the motion for partial summary judgment. The Court has recently granted an extension of time until September 11, 2006 for the filing of the joint proposed pre-trial order, and for the plaintiff to file motions in limine. The plaintiff respectfully requests an extension of time until September 18, 2006 to file her reply to the defendants' opposition to her motion for partial summary judgment .

DATED this 7th day of September, 2006.

/s/ Karen E. Bretz
Karen E. Bretz
Attorney at Law
P.O. Box 91457
Anchorage, AK 99509
(907) 277-5847 Voice
(907) 277-5848 Facsimile
e-mail: kbretz@alaska.net
Alaska Bar No. 9911058

Certificate of Service

I certify that on the 7th day of September, 2006 a true and correct copy of the foregoing document was served electronically on:

Mary Pinkel, Assistant Municipal Attorney
Municipality of Anchorage

/s/ Karen E. Bretz
  Karen E. Bretz