Karen E. Bretz
Attorney at Law
P.O. Box 91457
Anchorage, AK  99509
(907) 277-5847 Voice
(907) 277-5848 Facsimile

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JUDY L. BERMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ANCHORAGE POLICE DEPT., ) | |
| OFC. ROBERT DUTTON, and ) | |
| SGT. GIL DAVIS, ) | |
| ) | |
| Defendants. ) | |
| ) | Case No. A04-0227 CV (TMB) |

## ORDER GRANTING MOTION FOR AN ENLARGEMENT OF TIME TO FILE PLAINTIFF'S REPLY TO OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT

IT IS HEREBY ORDERED that plaintiff Judy Berman's motion for an

enlargement of time to file her reply to the defendants' opposition to her motion for

partial summary judgment is GRANTED.

Ms. Berman's motions in limine shall be filed by September 18, 2006.

DATED this _____ day of September, 2006.

_____
Judge Timothy M. Burgess

Certificate of Service

I certify that on the 7th day of September, 2006 a true and correct copy of the foregoing document was served electronically on

Mary Pinkel, Assistant Municipal Attorney
Municipality of Anchorage

/s/ Karen E. Bretz
Karen E. Bretz