Mary B. Pinkel
Assistant Municipal Attorney
Municipality of Anchorage Department of Law
Civil Division
P.O. Box 196650
Anchorage, Alaska 99519-6650
(907) 343-4545 (phone)
(907) 343-4550 (fax)
uslit@muni.org

Attorney for the Defendants
Police Department, Officer Robert Dutton,
And Sergeant Gil Davis

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| JUDY L. BERMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ANCHORAGE POLICE DEPARTMENT, | ) |
| OFFICER ROBERT DUTTON, and | ) |
| SGT. GIL DAVIS, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

U.S. District Court Case No. 3:04-cv-227-TMB

**JOINT MOTION ON SHORTENED TIME FOR AN ENLARGEMENT OF TIME CONCERNING PRETRIAL DEADLINES REGARDING EXHIBITS AND JOINT REQUEST FOR STATUS CONFERENCE**

COME NOW the parties and move the Court jointly for an enlargement of time in regard to the deadlines concerning exhibits which are outlined in the court's Revised Order for Pre-Trial Proceedings of August 8, 2006. In that Order, the court ordered the

following deadlines regarding exhibits: September 7, 2006 for marking, inspecting and reviewing with the trial court; September 14, 2006, for the filing of objections; and September 14, 2006, for the offering party's authorities re same. However, due to the court's recent order enlarging the time for the filing of the parties' joint draft pre-trial order which was issued at Docket 110 on August 31, 2006, the parties request that the court enlarge the time for the deadlines for exhibits for an additional 10 days. A copy of an order for the court's signature is hereby attached.

In addition, the parties request a status conference with the court to discuss the pre-trial deadlines and status of the case.

Respectfully submitted this 7th day of September, 2006.

By: s/ Mary B. Pinkel
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
Phone: (907) 343-4545
Fax: (907) 343-4550
E-mail: uslit@muni.org
Alaska Bar No. 8505030

Respectfully submitted this 7th day of September, 2006.

By: s/Karen E. Bretz (consent given)
Karen E. Bretz Attorney at Law
Attorney for Plaintiff
P.O. Box 91457
Anchorage, AK 99509
Phone: (907) 277-5847
Fax: (907) 277-5848
E-mail: kbretz@alaska.net
Alaska Bar No. 9911058

Joint Motion on Shortened Time for Extension of Time Pretrial Deadlines re: Exhibits
and Joint Request for Status Conference
Case No. 3:04-cv-227-TMB
Page 2 of 3

The undersigned hereby certifies that on 09/11/06 a
true and correct copy of the *Joint Motion on Shortened
Time forExtension of Time re Pretrial Deadlines re: Exhibits
and Joint Request for Status Conference & Proposed Orders*
was served on:

- Karen Bretz

By first class regular mail, if noted above, or by electronic
means through the ECF system as indicated on the Notice
of Electronic Filing.

 s/Sheri Curro
Sheri Curro, Legal Secretary
Municipal Attorney's Office

Joint Motion on Shortened Time for Extension of Time Pretrial Deadlines re: Exhibits
and Joint Request for Status Conference
Case No. 3:04-cv-227-TMB
Page 3 of 3