Mary B. Pinkel
Assistant Municipal Attorney
Municipality of Anchorage Department of Law
Civil Division
P.O. Box 196650
Anchorage, Alaska  99519-6650
(907) 343-4545 (phone)
(907) 343-4550 (fax)
uslit@muni.org

Attorney for Defendants Anchorage
Police Department, Officer Robert Dutton,
And Sergeant Gil Davis

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| JUDY L. BERMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ANCHORAGE POLICE DEPARTMENT, | ) |
| OFFICER ROBERT DUTTON, and | ) |
| SGT. GIL DAVIS, | ) |
| | ) |
| Defendants. | ) |
| | ) |

U.S. District Court Case No. 3:04-cv-227-TMB

**ORDER TO EXTEND PRETRIAL DEADLINES RE: EXHIBITS**

       This court having considered the Parties' Joint Motion on Shortened Time for an Enlargement of Time Concerning Pretrial Deadlines Regarding Exhibits, IT IS HEREBY ORDERED that the deadlines concerning exhibits shall be extended as follows:

1.  that the deadline of September 7, 2006 concerning exhibits being marked, inspected and

reviewed shall be extended from September 7, 2006 until September 17, 2006;

2. that the deadline for serving and filing objections to exhibits will be extended from September 14, 2006 to September 21, 2006;

3. that the deadline for the offering party's arguments and authorities in favor of admission of each such exhibit will be extended from September 14, 2001 to September 21, 2006.

DATED this _____ day of _____, 2006.

_____
The Honorable Timothy M. Burgess
United States District Court Judge