Mary B. Pinkel
Assistant Municipal Attorney
Municipality of Anchorage Department of Law
Civil Division
P.O. Box 196650
Anchorage, Alaska 99519-6650
(907) 343-4545 (phone)
(907) 343-4550 (fax)
uslit@muni.org

Attorney for the Defendants
Police Department, Officer Robert Dutton,
And Sergeant Gil Davis

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| JUDY L. BERMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ANCHORAGE POLICE DEPARTMENT, | ) |
| OFFICER ROBERT DUTTON, and | ) |
| SGT. GIL DAVIS, | ) |
| | ) |
| Defendants. | ) |
| | ) |

U.S. District Court Case No. 3:04-cv-227-TMB

**DEFENDANTS' MOTION IN LIMINE**

**CONCERNING PERSONNEL HISTORIES OF OFFICERS**

Defendants the Anchorage Police Department, Officer Robert Dutton and Sergeant. Gil Davis ("the Municipal Defendants"), through counsel, the Municipal Attorney, move the court to rule that the Plaintiff may not ask questions of the officers in regard to their personnel histories, both prior to and after the incident at issue, at trial in

this matter. Specifically, the Municipal Defendants request that the Plaintiff be precluded from questioning the officers about their personnel histories, other than their dates of employment and specific duties. This Motion is supported by the attached Memorandum of Law and Exhibit, and is accompanied by an Order.

Respectfully submitted this 13th day of September, 2006.

        By:  s/ Mary B. Pinkel
             Municipal Attorney's Office
             P.O. Box 196650
             Anchorage, Alaska 99519-6650
             Phone: (907) 343-4545
             Fax: (907) 343-4550
             E-mail: uslit@muni.org
             Alaska Bar No. 8505030

The undersigned hereby certifies that on 09/13/06 a
true and correct copy of the *Defendants' Motion in Limine*
*Concerning Personnel Histories of Officers & Proposed Order*
*in Limine*
was served on:

    -   Karen Bretz

By first class regular mail, if noted above, or by electronic
means through the ECF system as indicated on the Notice
of Electronic Filing.

 s/Sheri Curro
Sheri Curro, Legal Secretary
Municipal Attorney's Office
Motion in Limine Concerning Personnel Histories of Officers