Mary B. Pinkel
Assistant Municipal Attorney
Municipality of Anchorage Department of Law
Civil Division
P.O. Box 196650
Anchorage, Alaska 99519-6650
(907) 343-4545 (phone)
(907) 343-4550 (fax)
uslit@muni.org

Attorney for the Defendants
Police Department, Officer Robert Dutton,
And Sergeant Gil Davis

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JUDY L. BERMAN, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| vs. | ) |
|  | ) |
| ANCHORAGE POLICE DEPARTMENT, | ) |
| OFFICER ROBERT DUTTON, and | ) |
| SGT. GIL DAVIS, | ) |
|  | ) |
| Defendants. | ) |
| _____ | ) |

U.S. District Court Case No. 3:04-cv-227-TMB

**ORDER GRANTING DEFENDANTS' MOTION IN LIMINE**

This court has considered the Defendants' Motion in Limine Concerning Personnel Histories of Officers Davis and Dutton and the opposition filed thereto. The Motion is GRANTED. It is further ORDERED:

1.  Plaintiff is precluded from inquiring into the personnel histories of Officers Davis and Dutton, either before or after the incident at issue, with the exception of their dates of employment and specific duties.

2.  Plaintiff shall assure that none of their exhibits mention or make reference to confidential personnel information, other than the dates of employment and job descriptions of these officers.

DATED this ____ day of _____, 2006.

_____
The Honorable Timothy M. Burgess
United States District Court Judge