## TABLE OF CONTENTS

Exhibit 1        K. Bretz letter dated July 17, 2006

Exhibit 2        Defendants' Supplemental Expert Disclosure dated July 25, 2006

Exhibit 3        K. Bretz letter dated July 31, 2006

Exhibit 4        M. Pinkel letter dated August 4, 2006

Exhibit 5        K. Bretz letter dated August 22, 2006

Exhibit 6        M. Pinkel letter dated August 30, 2006