KAREN E. BRETZ
ATTORNEY AT LAW

P. O. BOX 91457 • ANCHORAGE, ALASKA 99509
610 C STREET, SUITE 2B • ANCHORAGE
(907) 277-5847 VOICE • (907) 277-5848 FACSIMILE
EMAIL: KBRETZ@ALASKA.NET

Mary Pinkel, Assistant Municipal Attorney
Municipality of Anchorage
P.O. Box 196650
Anchorage, AK 99519-6650
Facsimile: 343-4550

Re:   Judy Berman

July 17, 2006

Dear Mary,

The Court recently issued a ruling regarding the testimony of John Daily, your proposed expert witness. The Court ruled that Officer Daily may testify as to proper police procedure and officer training, but not as to whether the proper procedures were followed in this case. The Court further found Daily's report to be "an entirely one-sided opinion on the behavior of these officers, based solely on information provided by the officers themselves." Page 5 of Order at Docket 84.

Federal Civil Rule 26(a)(2)(B) requires that the report of an expert contain a complete statement of the opinions to which the expert intends to testify at trial and the basis for those opinions. The Court has ruled that Daily may not testify on any of the opinions or conclusions contained in his report. Therefore, his report is essentially of no value.

If you intend to you call Daily as an expert, please provide a new expert disclosure that comports with the Court's ruling at your and his earliest convenience.

Please also be advised that I will be out of town from July 31 through August 11.

Very truly yours,

Karen Bretz