Karen E. Bretz
Attorney at Law
P.O. Box 91457
Anchorage, AK 99509
(907) 277-5847 Voice
(907) 277-5848 Facsimile

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JUDY L. BERMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ANCHORAGE POLICE DEPT., | ) |
| OFC. ROBERT DUTTON, and | ) |
| SGT. GIL DAVIS, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

Case No.  A04-0227 CV (TMB)

## ORDER

THIS COURT having considered the plaintiff's Motion in Limine No. 2, to exclude the testimony of Officer John Daily, based on the plaintiff's failure to provide expert disclosure that complies with the Court's order at Docket 84, and having considered any opposition thereto,

IT IS HEREBY ORDERED that the plaintiff's motion is GRANTED.

Officer John Daily shall not be permitted to testify at trial in this matter.

DATED this _____ day of September 2006.

                                                                _____
                                                                Timothy M. Burgess
                                                                United States District Court Judge

<u>Certificate of Service</u>

I certify that on the 13th day of September, 2006 a true and correct copy of the foregoing document was served electronically on:

    Mary Pinkel
    Assistant Municipal Attorney

_s/ Karen E. Bretz__
Karen E. Bretz