Karen E. Bretz
Attorney at Law
P.O. Box 91457
Anchorage, AK 99509
(907) 277-5847 Voice
(907) 277-5848 Facsimile

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JUDY L. BERMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ANCHORAGE POLICE DEPT., | ) |
| OFC. ROBERT DUTTON, and | ) |
| SGT. GIL DAVIS, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

Case No.  A04-0227 CV (TMB)

## NOTICE OF LODGING

COMES NOW  the plaintiff, Judy Berman, through counsel, and hereby gives notice of the filing of a proposed order in reference to her Motion in Limine No.1, filed at Docket 114. The proposed order was inadvertently omitted when the motion was filed on September 11, 2006. The plaintiff apologizes to the Court for this omission.

-2-

DATED this 14th day of September, 2006.

/s/ Karen E. Bretz
Karen E. Bretz
Attorney at Law
P.O. Box 91457
Anchorage, AK 99509
(907) 277-5847 Voice
(907) 277-5848 Facsimile
e-mail: kbretz@alaska.net
Alaska Bar No. 9911058

Certificate of Service

I certify that on the 14th day of September, 2006 a true and correct copy of the foregoing document was served electronically on:

   Mary Pinkel, Assistant Municipal Attorney
   Municipality of Anchorage

/s/ Karen E. Bretz
   Karen E. Bretz