Karen E. Bretz
Attorney at Law
P.O. Box 91457
Anchorage, AK 99509
(907) 277-5847 Voice
(907) 277-5848 Facsimile

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JUDY L. BERMAN, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ANCHORAGE POLICE DEPT., | ) |
| OFC. ROBERT DUTTON, and | ) |
| SGT. GIL DAVIS, | ) |
| | ) |
|     Defendants. | ) |
| _____ | ) |

Case No.  A04-0227 CV (TMB)

### ORDER

THIS COURT having considered the plaintiff's Motion in Limine No. 1, to exclude the testimony of Chih Chen and Sharon Chen, and any opposition thereto,

IT IS HEREBY ORDERED that the plaintiff's motion is GRANTED.

Chih Chen and Sharon Chen shall not be permitted to testify at trial in this matter.

DATED this _____ day of September 2006.

                                              _____
                                              Timothy M. Burgess
                                              United States District Court Judge

-2-

Certificate of Service

I certify that on the 14th day of September, 2006 a true and correct copy of the foregoing document was served electronically on:

    Mary Pinkel
    Assistant Municipal Attorney


/s/ Karen E. Bretz
  Karen E. Bretz