Karen E. Bretz
Attorney at Law
P.O. Box 91457
Anchorage, AK  99509
Phone:  (907) 277-5847
Fax:  (907) 277-5848

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JUDY L. BERMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ANCHORAGE POLICE DEPT., | ) |
| OFC. ROBERT DUTTON, and | ) |
| SGT. GIL DAVIS, | ) |
| | ) |
| Defendants. | ) |
| | ) Case No. A04-0227 CV (TMB) |

**JOINT MOTION FOR CLARIFICATION OF PRETRIAL DEADLINES**

COME NOW the parties and move the Court for clarification of the pretrial deadlines set at the September 11, 2006 status conference.

Docket entry number 115 states that oral argument shall be held September 20 at 1:30 AM.  The parties believe that the Court stated at the status conference that the time for oral argument shall be at 1:30 PM.

Docket entry 115 states that the draft pretrial order shall be due September 12, that exhibits shall be exchanged by September 17, that objections to exhibits shall be due September 21, and that the deadline for offering arguments in support of admission of the

exhibits shall be due September 21. The parties believe that the Court stated at the status conference that all these filings shall be due September 22. The parties believe that the Court set these deadlines to fall after oral argument so that the parties would not have to prepare unnecessary filings in the event that the case is disposed of in summary judgment.

The parties recognize that the confusion with the deadlines is due primarily to their many requests for deadline changes.

DATED this 14th day of September, 2006.

/s/ Karen E. Bretz
Karen E. Bretz
Attorney at Law
P.O. Box 91457
Anchorage, AK  99509
Phone : (907) 277-5847
Fax: (907) 277-5848
email: kbretz@alaska.net
Alaska Bar No. 9911058

DATED this 14th day of September, 2006.

JAMES N. REEVES
Municipal Attorney

By: /s/ Mary B. Pinkel (consent given)
Municipal Attorney's Office
P.O. Box 196650
Anchorage, AK  99519-6650
Phone: (907) 343-4545
Fax: (907) 343-4550
Email: uslit@muni.org
Alaska Bar No. 8505030

Certificate of Service

I certify that on the 14th day of September, 2006 a true and correct copy of the foregoing document was served electronically on

Mary Pinkel, Assistant Municipal Attorney
Municipality of Anchorage

/s/ Karen E. Bretz
Karen E. Bretz