Karen E. Bretz
Attorney at Law
P.O. Box 91457
Anchorage, AK  99509
Phone:  (907) 277-5847
Fax:  (907) 277-5848

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JUDY L. BERMAN,              )<br>                                              )<br>          Plaintiff,              )<br>                                              )<br>      v.                                  )<br>                                              )<br>ANCHORAGE POLICE DEPT.,  )<br>OFC. ROBERT DUTTON, and  )<br>SGT. GIL DAVIS,                  )<br>                                              )<br>          Defendants.          )<br>_____) | Case No. A04-0227 CV (TMB) |

### ORDER CLARIFYING PRETRIAL DEADLINES

   IT IS HEREBY ORDERED that oral argument shall be held on September 20, 2006 at 1:30 PM.

   IT IS HEREBY ORDERED that the deadline for submission of the draft pretrial order, trial exhibits, objections to exhibits, and offering of arguments in support of admission of the exhibits shall be September 22.

   DATED this _____ day of September, 2006.

                                                              _____
                                                              Judge Timothy M. Burgess

Certificate of Service

I certify that on the 14th day of September, 2006 a true and correct copy of the foregoing document was served electronically on

Mary Pinkel, Assistant Municipal Attorney
Municipality of Anchorage

/s/ Karen E. Bretz
Karen E. Bretz