IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JUDY L. BERMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ANCHORAGE POLICE DEPT., ) | |
| OFC. ROBERT DUTTON, and ) | |
| SGT. GIL DAVIS, ) | |
| ) | |
| Defendants. ) | |
| ) | Case No. 3:04-cv-0227 TMB |

**ORDER CLARIFYING PRETRIAL DEADLINES**

**IT IS HEREBY ORDERED** that oral argument shall be held on September 20, 2006 at 1:30 PM.

**IT IS HEREBY ORDERED** that the deadline for submission of the draft pretrial order, trial exhibits, objections to exhibits, and offering of arguments in support of admission of the exhibits shall be September 22, 2006.

DATED this 15th day of September, 2006.

/s/ Timothy M. Burgess
TIMOTHY M. BURGESS
U.S. DISTRICT COURT

1