Mary B. Pinkel
Assistant Municipal Attorney
Municipality of Anchorage Department of Law
Civil Division
P.O. Box 196650
Anchorage, Alaska 99519-6650
(907) 343-4545 (phone)
(907) 343-4550 (fax)
uslit@muni.org

Attorney for the Defendants
Police Department, Officer Robert Dutton,
And Sergeant Gil Davis

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JUDY L. BERMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ANCHORAGE POLICE DEPARTMENT, | ) |
| OFFICER ROBERT DUTTON, and | ) |
| SGT. GIL DAVIS, | ) |
| | ) |
| Defendants. | ) |
| | ) |

U.S. District Court Case No. 3:04-cv-227-TMB

## ORDER

THIS COURT having considered the Municipal Defendants' Opposition to Plaintiff's Motion in Limine No. 1,

IT IS HEREBY ORDERED that the Plaintiff's Motion in Limine No. 1 to exclude the testimony of Chih and Sharon Chen is DENIED.

DATED this \_\_\_\_ day of _____, 2006.

_____
The Honorable Timothy M. Burgess
United States District Court Judge