**TABLE OF CONTENTS**

Exhibit A    November 18, 2005 Expert Disclosure of John Daily

Exhibit B    July 25, 2006 Supplemental Expert Disclosure (contains July 18, 2006 report)

Exhibit C    August 25, 2006 Supplemental Expert Disclosure

Exhibit D    August 8, 2006 Letter from Mary Pinkel to Karen Bretz

Exhibit E    August 22, 2006 Letter from Mary Pinkel to Karen Bretz

Exhibit F    August 30, 2006 Letter from Mary Pinkel to Karen Bretz