cc Daily

Mary B. Pinkel
Assistant Municipal Attorney
Municipality of Anchorage Department of Law
Civil Division
P.O. Box 196650
Anchorage, Alaska 99519-6650
(907) 343-4545 (phone)
(907) 343-4550 (fax)
uslit@muni.org

Attorney for Defendants Anchorage
Police Department, Officer Robert Dutton,
And Sergeant Gil Davis

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JUDY L. BERMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ANCHORAGE POLICE DEPARTMENT, | ) |
| OFFICER ROBERT DUTTON, and | ) |
| SGT. GIL DAVIS, | ) |
| | ) |
| Defendants. | ) |

U.S. District Court Case No. 3:04-cv-227-TMB

### SUPPLEMENTAL EXPERT DISCLOSURE

Defendants the Anchorage Police Department ("APD"), Officer Robert Dutton and Sergeant Gil Davis, ("The Municipal Defendants"), through counsel, the Municipal Attorney, supplement their disclosure concerning its expert, Officer John Daily, now that the Plaintiff has agreed to the protective order and now that the court has approved the parties' stipulation

MUNICIPALITY
OF
ANCHORAGE

OFFICE OF THE
MUNICIPAL ATTORNEY

P.O. Box 196650
Anchorage, Alaska
99519-6650

Telephone: 343-4545
Facsimile: 343-4550

Exhibit C  Page 1 of 2

to the protective order. The Municipal defendants therefore disclose the following supplemental information, data or other information relied upon by their expert, John Daily, as required by Federal Rule of Civil Procedure 26 (a) and (e). This supplemental information is subject to the Protective Order issued by the Court on August 25, 2006:

1. 03.02.015 Custody – Field Interviews -- Operational Procedures (5 pages);

2. 03.02.020 Arrests – General Operational Procedures (6 pages);

3. 03.02.025 Arrests – Misdemeanors -- Operational Procedures (4 pages);

4. 03.03.005 Traffic Law Enforcement -- Operational Procedures (7 pages);

5. Training Bulletin #283 (7/26/04) (re Nevada case) (2 pages);

6. 03.07.005 Response to Resistance – Operational Procedures (5 pages);

7. Search Incident to Arrest Cases from Training Materials in blue notebook entitled "Alaska Legal Briefs" (4 pages).

Respectfully submitted this 25th day of August, 2006.

FREDERICK H. BONESS
Municipal Attorney

By: _____
Mary B. Pinkel
Assistant Municipal Attorney
Alaska Bar No. 8505030

Certificate of Service
I hereby certify that I caused to be mailed ~~a true~~ the original ~~and correct copy~~ of the foregoing document on the 25 day of August, 2006 to:
Karen Bretz

Supplemental Expert Disclosure
Case No. 3:04-cv-227-TMB
Page 2 of 2

MUNICIPALITY
OF
ANCHORAGE

OFFICE OF THE
MUNICIPAL ATTORNEY

P.O. Box 196650
Anchorage, Alaska
99519-6650

Telephone: 343-4545
Facsimile: 343-4550

Exhibit C  Page 2 of 2