

# Municipality of Anchorage

P.O. Box 196650 • Anchorage, Alaska 99519-6650 • Telephone: (907) 343-4545 • Fax: (907) 343-4550  http://www.muni.org

*Mayor Mark Begich*

**Office of the Municipal Attorney**

Civil Division

August 22, 2006

Karen Bretz
610 C Street, Suite 2B, Box 91457
Anchorage, AK 99509

Re: *Berman, Judy vs. Anchorage Police Department et al.*
    Case #: 3:04-cv-227-TMB
    Our file #: L04-0432
    **Stipulation for Protective Order**

Dear Karen:

On August 1, 2006 I emailed and mailed you a copy of the stipulation for a protective order with respect to police policies and procedures. However, I have still not heard back from you. Please contact when you have heard back from Judy so that I can finalize the stipulation and file it with the court.

Please call me if you have any questions or concerns about any of the foregoing.

Very truly yours,

*Mary B. Pinkel*

Mary B. Pinkel
Assistant Municipal Attorney

Exhibit E  Page 1 of 1

*Community, Security, Prosperity*