```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

  JUDY L. BERMAN         vs.   ANCHORAGE POLICE DEPARTMENT, ET AL

BEFORE THE HONORABLE TIMOTHY M. BURGESS CASE NO. 3:04-CV-00227-TMB

DEPUTY CLERK/RECORDER:     SUZANNETTE DAVID

APPEARANCES:    PLAINTIFF: KAREN BRETZ

                DEFENDANT: MARY PINKEL

PROCEEDINGS: ORAL ARGUMENT ON PLAINTIFF'S MOTION TO COMPEL (DKT 51), DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (DKT 63) AND PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT (DKT 85) HELD 09/20/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 1:40 p.m. court convened.

Plaintiff's Motion to Compel (DKT 51) **DENIED WITHOUT PREJUDICE.**

October 4, 2006, trial date and deadlines **VACATED.**

Arguments heard.

At 2:28 p.m. court recessed.
At 2:38 p.m. court reconvened.

Defendant's Motion for Summary Judgment (DKT 63) and Plaintiff's Motion for Partial Summary Judgment (DKT 85) **TAKEN UNDER ADVISEMENT.** Written ruling to issue.

At 3:15 p.m. court adjourned.

DATE: September 20, 2006        DEPUTY CLERK'S INITIALS: SCD