Karen E. Bretz
Attorney at Law
P.O. Box 91457
Anchorage, AK 99509
(907) 277-5847 Voice
(907) 277-5848 Facsimile

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JUDY L. BERMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ANCHORAGE POLICE DEPT., | ) |
| OFC. ROBERT DUTTON, and | ) |
| SGT. GIL DAVIS, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

Case No.  A04-0227 CV (TMB)

**MOTION ON SHORTENED TIME FOR AN ENLARGEMENT
OF TIME TO FILE PLAINTIFF'S RESPONSE TO DEFENDANTS'
MOTION IN LIMINE AND PLAINTIFF'S REPLY TO DEFENDANTS'
OPPOSITION TO PLAINTIFF'S SECOND MOTION IN LIMINE**

On September 13, 2006, the plaintiff filed her second motion in limine, relating to the testimony of John Daily, the defendants' expert witness (Docket 118).  The defendants filed their opposition to the motion on September 19, 2006 (Docket 124).

Also on September 13, 2006, the defendants filed a motion in limine concerning the personnel histories of the officers (Docket 116).

At a motion hearing on September 20, 2006, the Court stated that it was vacating the trial date of October 4, 2006, and also vacating the pre-trial deadlines. The plaintiff understood this to include the deadlines relating to the pending motions in limine. It was the plaintiff's understanding that the Court would not be considering the motions in limine until after it had considered the pending dispositive motions.

However, on October 12, 2006, the Court issued a ruling (Docket 127) on the plaintiff's first motion in limine filed on September 11, 2006 (Docket 114).

Since the plaintiff was apparently mistaken in her understanding that the motions in limine were being held in abeyance, an extension of time of 14 days is respectfully requested, so that the plaintiff may reply to the defendants' opposition at Docket 124, and respond to the defendants' motion at Docket 116.[1]

DATED this 13th day of October, 2006.

/s/ Karen E. Bretz
Karen E. Bretz
Attorney at Law
P.O. Box 91457
Anchorage, AK 99509
(907) 277-5847 Voice
(907) 277-5848 Facsimile
e-mail: kbretz@alaska.net
Alaska Bar No. 9911058

---

[1] The plaintiff notes that it may be difficult for her to respond to the motion that the officers' personnel histories should be excluded at trial, since the defendants have not produced any discovery on this issue, and the motion to compel has been denied without prejudice.

<u>Certificate of Service</u>

I certify that on the 13th day of October, 2006 a true and correct copy of the foregoing document was served electronically on:

    Mary Pinkel, Assistant Municipal Attorney
    Municipality of Anchorage

<u>/s/ Karen E. Bretz</u>
  Karen E. Bretz