Karen E. Bretz
Attorney at Law
P.O. Box 91457
Anchorage, AK 99509
(907) 277-5847 Voice
(907) 277-5848 Facsimile

Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JUDY L. BERMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ANCHORAGE POLICE DEPT., | ) |
| OFC. ROBERT DUTTON, and | ) |
| SGT. GIL DAVIS, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

Case No.  A04-0227 CV (TMB)

## **ORDER**

THIS COURT having considered the plaintiff's motion for an enlargement of time to reply to the defendants' opposition to her second motion in limine, and to respond to the defendants' motion in limine, and good cause having been shown,

IT IS HEREBY ORDERED that the plaintiff's motion is GRANTED.

The plaintiff's reply to the defendants' opposition at Docket 124, and the plaintiff's response to the defendants' motion at Docket 116 are now due on or before October 27, 2006.

-2-

DATED this _____ day of October 2006.

                                                                                                                       _____
                                                Timothy M. Burgess
                                                United States District Court Judge

Certificate of Service

I certify that on the 13th day of October, 2006 a true and correct copy of the foregoing document was served electronically on:

    Mary Pinkel
    Assistant Municipal Attorney

/s/ Karen E. Bretz
  Karen E. Bretz