| Continuation X | Supplemental | | MUNICIPALITY OF ANCHORAGE ANCHORAGE POLICE DEPARTMENT NARRATIVE REPORT | CASE NUMBERS 02-16925 ~~02-16929~~ |
|---|---|---|---|---|
| CROSS REF. CASE # | | | | DATE OCCURRED: 4-6-2002 |
| TYPE OF INCIDENT Resisting | | LOCATION OCCURRED 1501 Huffman Road | | COMPLAINANT OR VICTIM Exhibit 1 |

Page 1 of 3

**INFORMATION:** On 4-6-2002, SGT G. DAVIS and I were working an "Alcohol Compliance" detail. SGT DAVIS was undercover in plain clothes and in an unmarked vehicle. I was in my marked police vehicle and in uniform. We had been watching the Oaken Keg at Carrs Huffman and had just decided to leave and go back to the station.

**OBSERVATIONS:** I had been making a final sweep of the parking lot and was about to pull out on to Huffman. I heard a horn honking. The horn continued to honk repeatedly and I thought it may be a car alarm. I made a U turn at the entrance to the parking lot and told SGT DAVIS I was going back to check on the car horn. I then saw that the horn was coming from a lady stopped in her car in front of the store. As I approached she made a 3/4 U turn and pulled into a parking spot in front of the store. I saw two people exit a van that was parked next to the vehicle. The lady in the car started honking at them again and was yelling and screaming at them. The two people (which I later identified as C. CHEN and S. CHEN) went into the store.

**ACTION TAKEN:** I was stopped behind the vehicle, a grey 1986 Chevrolet Nova, Alaska License CKT 338, in my marked police car. I exited the vehicle and approached the vehicle. I saw a lady sitting in the driver's seat still and knocked on her window. The lady opened the door and got out. I asked her why she was creating a disturbance in the parking lot. The lady told me that those people parked in her spot. I told her that she was creating a disturbance and the direction she was driving did not entitle her to park in that spot anyway. She said "Have a nice day" and started to walk away. I told her I needed to see her identification. She told me she did not have any ID and was not going to show me anyway. She continued to walk away from me towards the doors to Carrs.

I told her that she had just driven her vehicle into the lot and was driving a motor vehicle so she should have a driver's license in her possession. I got in front of her at the door and again told her to show me an identification. She told me again that she was not going to and I had no reason to be harassing her. She tried to walk away again.

I placed her in a sleeve guide and told her that I was investigating a disturbance that had ocurred and that she was required to identify herself to me.

She told me that she is a citizen of the United States and an attorney and she was not going to identify herself to me because she hadn't done anything wrong. She then told

| Reporting Officer B. Dutton | DSN 968 | Date Written 4/7/2002 | ORIGINAL REPORT |
|---|---|---|---|

| Continuation X | Supplemental | | MUNICIPALITY OF ANCHORAGE ANCHORAGE POLICE DEPARTMENT NARRATIVE REPORT | | CASE NUMBERS 02-16925 02-16929 |
|---|---|---|---|---|---|
| CROSS REF. CASE # | | | | | DATE OCCURRED: 4-6-2002 |
| TYPE OF INCIDENT Resisting | | LOCATION OCCURRED 1501 Huffman Road | | 26795 | COMPLAINANT OR VICTIM Page 2 of 3 |

me that if I did not take my hand off of her arm she would sue me. She also demanded me to show her my ID. I showed her the metal badge on my chest and even pulled out my wallet and showed her my department ID.

By this time, SGT DAVIS had returned and was coming up to the entrance where I was at. He had his badge hanging around his neck in plain view. The lady had her purse open and pulled out her wallet and said she wanted to write our names down. SGT DAVIS told her to get her ID out of the wallet while she had it out. She began putting it down and then the lady tried to pull away from me and began to spin. SGT DAVIS and I each took an arm, placed them behind her back and I placed her in handcuffs. SGT DAVIS then started checking in the wallet she had dropped for her ID. SGT DAVIS found an expired OL which identified her as BERMAN.

BERMAN was placed in my vehicle. I told her if she did not have excessive criminal history, I would give her a citation and release her. I did tell her that she could not drive and would have to call someone with a valid license to come out and pick up her car.

BERMAN just kept saying she was a citizen of the United States and was going to personally sue me.

I ran an APSIN check and found that her OL did expire in December 2001 and she had no criminal history. I agreed to cite and release her if she was willing to promise to appear in court on May 7, 2002. BERMAN said she would and then she was going to sue me.

I wrote out the citation and then took BERMAN out of the car, took her out of handcuffs and asked her to sign the citation.

BERMAN then began to accuse me and SGT DAVIS of stealing her wallet. Seconds later she found it in her coat pocket. She then signed the citation and was released after writing down my name and SGT DAVIS' name and badge numbers.

**INTERVIEW WITH WITNESSES:** C. CHEN and S. CHEN exited the Carrs after BERMAN had been released. They did not witness my contact with BERMAN or the arrest of BERMAN. They did not have any idea why she was honking her horn repeatedly at them or why BERMAN was screaming at them.

**OTHER OFFICERS INVOLVED:** SGT G. DAVIS was present during some of the contact and during the arrest of BERMAN. Refer to his supplemental report for details.

**CASE STATUS:** Closed by Arrest

26794

| Reporting Officer B. Dutton | DSN 968 | Date Written 4/7/2002 | ORIGINAL REPORT |
|---|---|---|---|

| Continuation | Supplemental | | MUNICIPALITY OF ANCHORAGE ANCHORAGE POLICE DEPARTMENT NARRATIVE REPORT | CASE NUMBERS 02-16925 02-16929 |
|---|---|---|---|---|
| CROSS REF. CASE # | | | | DATE OCCURRED: 4/6/2002 |
| TYPE OF INCIDENT RESISTING | | | LOCATION OCCURRED CARRS HUFFMAN | COMPLAINANT OR VICTIM |

**NOTIFICATION:** On 04/06/2002 OFC DUTTON and I were working on an alcohol compliance check. Our mission was to observe liquor stores and watch for under aged individuals and intoxicated persons on the premises. At about 2215 hours we ended the detail and were leaving the Carrs on Huffman where we were last working. As we exited the lot I was behind OFC DUTTON in an under cover car. I heard a the sound of a car horn, OFC DUTTON turned back, I followed.

**OBSERVATIONS:** I saw OFC DUTTON stop by a small gray car. He appeared to be speaking with the driver. I went to park. When I came back on foot I saw OFC DUTTON speaking with a WFA who was waving her arms around and appeared to be yelling though I could not hear her. The WFA then ran into the store, OFC DUTTON chased after her. They stopped in the foyer. AS I approached I saw OFC DUTTON begin to struggle with her, I ran to them.

OFC DUTTON was asking her for her ID, she was not compiling. The WFA was very angry, she was yelling that "This is the United States America" and "I don't have to give my ID to you". She kept yelling, disturbing the store so we decided to take her outside the store. Outside OFC DUTTON again asked for her ID and she kept refusing and arguing about the situation. She had her purse in her hands. She indicated that her ID was in it but would not open it. I took it away from her, she struggled and we handcuffed her. I took her ID from the purse in her view and put it in her jacket pocket.

The WFA stated that she was a lawyer and would sue us. OFC DUTTON arrested her for resisting. I ran her ID, her license was expired. OFC DUTTON cited and released her, telling her not to drive.

**CASE STATUS:** ATTACH TO ORIGINAL

Exhibit _____1_____

Page __3__ of __3__

26795

| Reporting Officer Sgt. Davis | DSN 1275 | Date Written 4/7/2002 | ORIGINAL REPORT | PAGE 1 |
|---|---|---|---|---|