Mary B. Pinkel
Assistant Municipal Attorney
Municipality of Anchorage Department of Law
Civil Division
P.O. Box 196650
Anchorage, Alaska  99519-6650
(907) 343-4545 (phone)
(907) 343-4550 (fax)
uslit@muni.org

Attorney for Defendants Anchorage
Police Department, Gil Davis and
Robert Dutton

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| JUDY L. BERMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ANCHORAGE POLICE DEPARTMENT, | ) |
| OFFICER ROBERT DUTTON AND SGT. | ) |
| GIL DAVIS | ) |
| | ) |
| Defendants. | ) |
| | ) |

U.S. District Court Case No. 3:04-cv-227-TMB

## STIPULATION AND NOTICE OF DISMISSAL WITH PREJUDICE
### [Federal Civil Rule 41 (a)]

The Plaintiff, Judy L. Berman, by and through counsel, Karen E. Bretz, and the Defendants, the Anchorage Police Department, Sergeant Gil Davis, and Officer Robert Dutton (collectively referred to as "the Municipality" or "the Municipal Defendants"), by and through counsel, Mary B. Pinkel, Assistant Municipal Attorney, hereby stipulate that

all claims, counterclaims, rights and interests which have been asserted or which could have been asserted between the parties in this case shall be dismissed with prejudice, with each party to bear its own costs and attorney's fees.  The Plaintiff will not appeal this court's judgment of October 31, 2006 which dismissed with prejudice count 4 of this matter.  As to counts 1, 2 and 3, the Plaintiff specifically dismisses those claims with prejudice, with each party to bear its own costs and fees.

Pursuant to Federal Rule of Civil Procedure 41(a), this dismissal is effective without further order of the Court.

Respectfully submitted this 18th day of December, 2006.

> JAMES N. REEVES
> Municipal Attorney
>
> By:   s/ Mary B. Pinkel
>       Mary B. Pinkel
>       Assistant Municipal Attorney
>       Municipal Attorney's Office
>       P.O. Box 196650
>       Anchorage, Alaska 99519-6650
>       Phone: (907) 343-4545
>       Fax: (907) 343-4550
>       E-mail: uslit@muni.org
>       Alaska Bar No. 8505030

Respectfully submitted this 18th day of December, 2006.

> By:   s/Karen E. Bretz (consent given)
>       Karen E. Bretz Attorney at Law
>       Attorney for Plaintiff
>       P.O. Box 91457
>       Anchorage, AK  99509
>       Phone: (907)  277-5847
>       Fax: (907) 277-5848
>       E-mail: kbretz@alaska.net
>       Alaska Bar No. 9911058

Stipulation and Notice of Dismissal With Prejudice
Berman v. Anchorage Police Department, Officer Robert Dutton and Sgt. Gil Davis
U.S. District Court Case No. 3:04-cv-227-TMB                                                                          Page 2 of 3

The undersigned hereby certifies that on 12/18/06 a true and correct copy of the Stipulation and Notice of Dismissal With Prejudice was served on:
- Karen Bretz

by first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

 s/ Sheri Curro
Sheri Curro, Legal Secretary
Municipal Attorney's Office

Stipulation and Notice of Dismissal With Prejudice
Berman v. Anchorage Police Department, Officer Robert Dutton and Sgt. Gil Davis
U.S. District Court Case No. 3:04-cv-227-TMB                                    Page 3 of 3