IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JUDY L. BERMAN,<br><br>                Plaintiff,<br>   vs.<br><br>ANCHORAGE POLICE DEPT., OFFC. ROBERT DUTTON, & SGT. GIL DAVIS,<br><br>                Defendant. | Case No. 3:04-CV-00227- TMB<br><br>**AMENDED JUDGMENT<br>IN A CIVIL CASE** |

      \_\_\_    **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

      _X_    **DECISION BY COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that Count 4 of this matter is Dismissed with prejudice and Counts 1, 2 & 3 are DISMISSED with prejudice, each party to bear its own costs and fees..

APPROVED:

  /s/ Timothy M. Burgess
    **TIMOTHY M. BURGESS**
    United States District Judge

| December 28, 2006 | IDA J. ROMACK |
|---|---|
| Date | Clerk |